Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (If known): __Not Yet Assigned__ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Kelham Vineyard & Winery, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Not Applicable

4. **Debtor's federal Employer Identification Number (EIN)**

   ☑ Unknown

   6 8 - 0 4 7 3 6 2 3
   EIN

5. **Debtor's address**

   Principal place of business:
   360 Zinfandel Lane
   Number   Street

   St. Helena   CA   94574
   City         State ZIP Code

   Napa County
   County

   Mailing address, if different:
   Number   Street

   P.O. Box

   City   State   ZIP Code

   Location of principal assets, if different from principal place of business:
   Number   Street

   City   State   ZIP Code

| Debtor | Kelham Vineyard Winery, LLC | Case number (if known) | Not Yet Assigned |
|---|---|---|---|
| | Name | | |

| 6. | Debtor's website (URL) | https://www.kelhamvineyards.com |
|---|---|---|

| 7. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | Type of debtor's business | *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☑ No |
|---|---|---|
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____ Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | | MM / DD / YYYY |

## Part 3: Report About the Case

| 10. | Venue | *Check one:* |
|---|---|---|
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|---|---|---|
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☑ No |
|---|---|---|
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Kelham Vineyard & Winery, LLC.
Name

Case number (if known) Not Yet, Assigned

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Main Street Cottage, LLC | Real Property Rent | $ 107,500.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 107,500.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Hamilton Nicholsen, Member Manager
Name

PO Box 60
Number  Street

Oakville        CA      94562
City            State   ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07 / 18 / 2023
           MM / DD / YYYY

X _(signed)_ Member Manager
Signature of petitioner or representative, including representative's title

**Attorneys**

Rebekah Parker SBN 143674
Printed name

_____
Firm name, if any

4225-H Oceanside Boulevard #369
Number  Street

Oceanside       CA      92056-3472
City            State   ZIP Code

Contact phone  213 268-2918   Email
                              AttorneyRParker@gmail.com

Bar number  143674

State       California

X _(signed)_
Signature of attorney

Date signed  07 / 18 / 2023
             MM / DD / YYYY

Debtor: **Kelham Vineyard & Winery**
Case number (if known): Not Yet Assigned

**Name and mailing address of petitioner**

Name: Not Applicable

Number Street

City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name: Not Applicable

Number Street

City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

---

Printed name: Not Applicable

Firm name, if any

Number Street

City  State  ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Not applicable

Number Street

City  State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name: Not applicable

Number Street

City  State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

---

Printed name: Not applicable

Firm name, if any

Number Street

City  State  ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

# Corporate Ownership Statement

This Corporate Ownership Statement was prepared and is being filed pursuant to Federal Rule of Bankruptcy Procedure 1010(b) which provides that "Each petitioner that is a corporation shall file with the involuntary petition a corporate ownership statement containing the information described in Rule 7007.1".

Federal Rule of Bankruptcy Procedure 7007.1 in turn provides that "Any nongovernmental corporation that is a party to an adversary proceeding, other than the debtor, shall file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. The same requirement applies to a nongovernmental corporation that seeks to intervene."

Pursuant to and in Compliance with Federal Rule of Bankruptcy Procedure 7007.1 the undersigned herein attest that Main Street Cottage, LLC., has no parent corporation nor does publicly held corporation exist that own 10% or more of its shares.

I, Hamilton Nicholsen, declare that the foregoing is true and correct under penalty of perjury.

Executed in Napa County California on July 18, 2023.

*[signature]* Member Manager
Hamilton Nicholsen, Member Manager
Main Street Cottage, LLC.