# Notice Recipients

District/Off: 0971–1  User: admin  Date Created: 7/20/2023
Case: 23–10384  Form ID: SUMINVBK  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Rebekah L Parker   attorneyrparker@gmail.com

TOTAL: 1