**REBEKAH PARKER SBN 143674**
4225-H Oceanside Boulevard #369
Oceanside CA, 92056-3472
Telephone No. (213) 628-2918
Email:  AttorneyRParker@Gmail.Com

Attorney for Main Street Cottage, LLC.
Petitioning Creditor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA,
### SANTA ROSA DIVISION

|  |  |
|---|---|
| In re | **Case No. 23-10384** |
| KELHAM VINEYARD & WINERY, LLC. | Chapter 11 |
| Alleged Debtor. | |

**MOTION FOR EXPEDITED ADJUDICATION OF PENDING INVOLUNTARY AND REQUEST FOR ENTRY OF ORDER FOR RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF REBEKAH PARKER IN SUPPORT THEREOF**

DATE:  [ TO BE SET ]
TIME:  [ TO BE SET ]
ROOM: Courtroom 220

United States Bankruptcy Court
1300 Clay Street
Oakland, CA 94612

**TO WILLIAM LAFFERTY, U.S. BANKRUTPCY JUDGE, KELHAM VINEYARD & WINERY, LLC., AND THE OFFICE OF THE U.S. TRUSTEE:**

# I
## RELIEF REQUEST

Main Street Cottage, LLC. the sole petitioning creditor in the above captioned Involuntary Petition ("Movant") herein moves the Court, through this Motion for Expedited Adjudication of this Pending Involuntary, for the entry of an Order of Relief in the above captioned Involuntary Petition against Kelham Vineyard & Winery ("KVW") for cause, pursuant to 11 U.S.C. §303 and Federal Rule of Bankruptcy Procedure 1013. <u>See</u>, Exhibit A, Executed Summon & Involuntary Petition.

# II
## ARGUMENT

**A. Expedited Entry of an Order for Relief is Procedurally Proper and Warranted.**

Pursuant to Federal Rule of Bankruptcy Procedure 1013, an Order for Relief should be entered in this Involuntary Proceeding at the Court's earliest possible convenience. Specifically, Federal Rule of Bankruptcy Procedure 1013 provides that "…"[t]he court shall determine the issue of a contested petition *at the earliest practicable time* and forthwith enter an order for relief." As will be conclusively shown below, while KVW's answer nominally creates a contested proceeding, KVW's answer presents no unresolved issues in connection with the pending Involuntary. As such, as will be demonstrated, based on the law and facts herein, Movant respectfully submits that entry of an Order for Relief in the case at bar on an expedited basis would constitute "literal compliance with Rule 1013". <u>In re Bishop, Baldwin Rewald, Dillingham, & Wong</u>, 779 F.2d 471, 475 (9th Cir. 1985) (Holding that "The earliest practicable time is when there is sufficient information to resolve the conflict before the court").

**B. Expedited Entry of an Order for Relief is Supported by Uncontroverted Facts.**

Bankruptcy Code §303 governing Involuntary Petitions provides in pertinent part,

> (a) An involuntary case may be commenced … under chapter … 11 of this title … against a person …. that may be a debtor under the chapter under which such case is commenced. (b) An involuntary case against a person is commenced by the filing with the bankruptcy court of a petition under …. chapter … 11 of this title… by three or more entities, each of which is either a holder of a claim against such person that is not contingent as to liability or the subject of a bona fide dispute as to liability or amount … if such noncontingent, undisputed claims aggregate at least $10,000 … if there are fewer than 12 such holders, excluding any employee or insider of such person … by one or more of such holders … that hold in the aggregate at least $10,000 of such claims … (h) If the petition is not timely controverted, the court shall order relief against the debtor in an involuntary case under the chapter under which the petition was filed. Otherwise, after trial, the court shall order relief against the debtor in an involuntary case under the chapter under which the petition was filed, only if—(1) the debtor is generally not paying such debtor's debts as such debts become due unless such debts are the subject of a bona fide dispute as to liability or amount…"

With the proviso that Movant can illustrate that these requirements at met by the various admissions made in KVW's Answer (*See Request for Judicial Notice re Verified & Notarized Answer Docket No. 6*), an Order for Relief should be entered in this matter as soon as practicable. To this end, Movant respectfully submits that the elements or the requirements of section 303 are uncontroverted:

1. As alleged in the Involuntary Petition, Main Street Cottage, LLC., the sole petitioning creditor, holds a claim against KVW in the amount of $107,500.00. <u>See</u>, Exhibit B, KVW Answer to Involuntary Petition, ¶5.

2. The $107,500.00 claim of Main Street Cottage, LLC., is not contingent as to liability or the subject of a bona fide dispute as to liability or amount. <u>See</u>, Exhibit B, KVW Answer to Involuntary Petition, ¶6.

3. Excluding any employee or insider, KVW had less the 12 creditors on July 20, 2023, the date of the filing the Involuntary Petition. <u>See</u>, Exhibit B, KVW Answer to Involuntary Petition, ¶7.

4. KVW is generally not paying its debts as such debts become due. <u>See</u>, Exhibit B, KVW Answer to Involuntary Petition, ¶9.

When the claims of employees and insiders are included, KVW's list of unpaid debts, both in number and amount, increases substantially. <u>See</u>, Exhibit B, KVW Answer to Involuntary Petition, ¶8. While KVW, with the assistance of personal loans from its members, has managed to remain current on small trade, KVW has been in default on all its major or principal operational debts since its inception, including but not limited to rent payments on 360 Zinfandel Lane, Saint Helena (KVW's principal place of business without which KVW could not operate), agricultural payments to its grape supplier (KVW's principal trade obligation without which KVW could not produce its principal product wines), lease payments for use of Main Street Cottage (KVW's principal marketing tool used to entice Wine Club Members to place wine orders in exchange for complementary use of the facility), and guaranteed payments to its Managing Member due for services rendered ( KVW's manager in charge of running the day to day operations). <u>See</u>, Exhibit B, KVW Answer to Involuntary Petition, ¶10. KVW is also in default on debts owed to a few major or principal suppliers, including barrel suppliers Francois Freres Barrels and Tonnellerie Sylvain (i.e., without these barrels KVW would have no place to age its wine for bottling). <u>See</u>, Exhibit B, KVW Answer to Involuntary Petition, ¶11. The foregoing list of debts is not an exclusive or exhaustive list debts or claims held by KVW insiders and employees; the preceding simply attempts to illustrate that KVW is in default on several principal obligations to creditors whose consideration (goods and services)

enable KVW to remain in business, rendering KVW an entity that is not paying its debts as such debts become due.  <u>See</u>,  Exhibit B, KVW Answer to Involuntary Petition, ¶12.

**III**
**CONCLUSION**

As illustrated above, the facts warrant and the law mandates expeditious entry of an Order for Relief in the above captioned Involuntary.  While KVW has nominally controverted the Involuntary Petition and refuses to consent to entry of an Order for Relief, the evidentiary record consisting strictly of KVW admissions illustrate that there are no controverted issues that would prevent this court for entering an Order for Relief at this time or that would justify any delay or postponement of the entry of an Oder for Relief.

Rebekah Parker,
Attorney for Main Street Cottage, LLC.,
Petitioning Creditor

**Declaration of Rebekah L. Parker**

I, Rebekah L. Parker, declare:

1.   I am an attorney at law, duly qualified and licensed to practice before the U.S. District Court for the Northern District of California, as well as the U.S. Bankruptcy Court for the Northern District of California. I have personal knowledge of the following facts.

2.   I drafted, reviewed, and revised, the above captioned **MOTION FOR EXPEDITED ADJUDICATION OF PENDING INVOLUNTARY AND REQUEST FOR ENTRY OF ORDER FOR RELIEF.**

3.   To the best of my knowledge, information, and belief, the facts set forth therein are true and correct.

4.   To the best of my knowledge and belief, all the documents attached to this Application are true and correct copies of their originals including but not limited to (A) the Executed Summons which contains a copy of the Involuntary Petition; and (B) KVW's Answer to the Involuntary Petition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 27, 2023, in the County of San Diego, State of California**.**

_____

Rebekah Parker, Declarant

# CERTIFICATE OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 4225-H Oceanside Boulevard #369, Oceanside CA, 92056-3472

A true and correct copy of the foregoing document described as **MOTION FOR EXPEDITED ADJUDICATION OF PENDING INVOLUNTARY AND REQUEST FOR ENTRY OF ORDER FOR RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF REBEKAH PARKER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 1002-2(c); and **(b)** in the manner indicated below:

William Lafferty
U.S. Bankruptcy Court,
1300 Clay St. Room 220,
Oakland, CA 94612
Served by Overnight Mail

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee      USTPRegion17.SF.ECF@usdoj.gov
Rebekah Parker      attorneyrparker@gmail.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On July 27, 2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Susanna R. Kelham
Manager Member
Kelham Vineyard & Winery, LLC.
360 Zinfandel Lane
St. Helena, CA 94574
Served by U.S. Mail

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 27, 2023, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Susanna R. Kelham
Manager Member
Kelham Vineyard & Winery, LLC.
360 Zinfandel Lane
St. Helena, CA 94574
Served by Email:
info@kelhamvineyards.com.

Alexis White, Attorney for
Susanna R. Kelham
Day, Pace, York & York
587 Jefferson Street
Napa, CA 94559
Served by Email
awhite@yorkyorklaw.com

Service information continued on attached page: None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 27, 2023

_____
Rebekah Parker

# EXHIBIT A

# Executed Summons
# &
# Involuntary Petition

Form SUMINVBK

**United States Bankruptcy Court**
**California Northern Bankruptcy Court**

| | | | |
|---|---|---|---|
| In re | Kelham Vineyard & Winery, LLC | ) | Case No.  23–10384 |
| | Debtor* | ) | |
| | | ) | Chapter  11 |
| | | ) | |

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on 7/20/23, requesting an order for relief under chapter 11 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:

U.S. Bankruptcy Court
99 South "E" Street
Santa Rosa, CA 95404

At the same time, you must also serve a copy of your motion or answer on .

Name and Address of
Petitioning Creditor:

Rebekah L. Parker
4225–H Oceanside Blvd., #369
Oceanside, CA 92056

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

**YOU ARE NOTIFIED** that a Status Conference of the proceeding commenced by the filing of the involuntary petition will be held at the following time and place:

Location: U.S. Bankruptcy Court, 1300 Clay St. Room 220, Oakland, CA 94612 or by Zoom.

Date and Time: 9/20/23 at 10:30 AM



For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Date: 7/20/23

By: Linda Jerge
Deputy Clerk

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, _____Rebekah Parker_____(name), certify that on ___July 21, 2023_____

(date), I served this summons and a copy of the involuntary petition on _____See List Below_____

(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

| | | |
|---|---|---|
| Susanna R. Kelham<br>Manager Member<br>Kelham Vineyard & Winery, LLC.<br>360 Zinfandel Lane<br>St. Helena, CA 94574<br>Served by U.S. Mail<br>Served by Email:<br>info@kelhamvineyards.com. | Alice Narlock<br>Agent for Service<br>Kelham Vineyard & Winery, LLC.<br>15320 Trinity Road<br>Cobb, CA 95426<br>Served by U.S. Mail | Alexis White, Attorney for<br>Susanna R. Kelham<br>Day, Pace, York & York<br>587 Jefferson Street<br>Napa, CA 94559<br>Served by Email:<br>awhite@yorkyorklaw.com |

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ____July 21, 2023_____      Signature _____

Print Name: ___Rebekah Parker_____

Business Address: ___4225-H Oceanside Boulevard #369_____

_____Oceanside CA 92056-3472_____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code

*Check one:*

☐ Chapter 7

☑ Chapter 11

## Part 2: Identify the Debtor

2. Debtor's name

**Kelham Vineyard & Winery, LLC**

3. Other names you know the debtor has used in the last 8 years

Include any assumed names, trade names, or *doing business as* names.

Not Applicable

4. Debtor's federal Employer Identification Number (EIN)

☑ Unknown

_6_ _8_ – _0_ _4_ _7_ _3_ _6_ _2_ _3_
EIN

5. Debtor's address

**Principal place of business**

360 Zinfandel Lane
Number      Street

St. Helena          CA      94574
City                State   ZIP Code

Napa County
County

**Mailing address, if different**

Number      Street

P.O. Box

City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                State   ZIP Code

| Debtor | Kelham Vineyard Winery, LLC | Case number (*if known*) | Not Yet Assigned |
|---|---|---|---|
| | Name | | |

---

**6. Debtor's website** (URL)   https://www.kelhamvineyards.com

---

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the types of business listed.

☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD  / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD  / YYYY

---

| Part 3: | Report About the Case |
|---|---|

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

| Debtor | Kelham Vineyard & Winery, LLC. | Case number (if known) | Not Yet, Assigned |
|---|---|---|---|
| | Name | | |

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Main Street Cottage, LLC | Real Property Rent | $ 107,500.00 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 107,500.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:** **Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | |
| Hamilton Nicholsen, Member Manager | Rebekah Parker SBN 143674 |
| Name | Printed name |
| PO Box 60 | |
| Number    Street | Firm name, if any |
| Oakville          CA      94562 | 4225-H Oceanside Boulevard #369 |
| City              State    ZIP Code | Number    Street |
| | Oceanside          CA      92056-3472 |
| **Name and mailing address of petitioner's representative, if any** | City              State    ZIP Code |
| | Contact phone  213 268-2918   Email |
| Name | AttorneyRParker@gmail.com |
| | Bar number   143674 |
| Number    Street | |
| | State        California |
| City      State    ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  07 / 18 / 2023 | ✗ _[signature]_ |
| MM / DD / YYYY | Signature of attorney |
| ✗ _[signature]_  Member Manager | Date signed  07 / 18 / 2023 |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

| Debtor | Kelham Vineyard & Winery | Case number (if known) | Not Yet Assigned |
|---|---|---|---|
| | Name | | |

**Name and mailing address of petitioner**

Not Applicable
Name

Number    Street

City                    State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Not Applicable
Name

Number    Street

City                    State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Not Applicable
Printed name

Firm name, if any

Number    Street

City                    State         ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
                MM / DD / YYYY

**Name and mailing address of petitioner**

Not applicable
Name

Number    Street

City                    State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Not applicable
Name

Number    Street

City                    State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

Not applicable
Printed name

Firm name, if any

Number    Street

City                    State         ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✘ _____
Signature of attorney

Date signed _____
                MM / DD / YYYY

Case 23-10384  Doc #1  Filed 07/22/23  Entered 07/22/23 09:02:59  Page 15 of 23

# Corporate Ownership Statement

This Corporate Ownership Statement was prepared and is being filed pursuant to Federal Rule of Bankruptcy Procedure 1010(b) which provides that "Each petitioner that is a corporation shall file with the involuntary petition a corporate ownership statement containing the information described in Rule 7007.1".

Federal Rule of Bankruptcy Procedure 7007.1 in turn provides that "Any nongovernmental corporation that is a party to an adversary proceeding, other than the debtor, shall file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. The same requirement applies to a nongovernmental corporation that seeks to intervene."

Pursuant to and in Compliance with Federal Rule of Bankruptcy Procedure 7007.1 the undersigned herein attest that Main Street Cottage, LLC., has no parent corporation nor does publicly held corporation exist that own 10% or more of its shares.

I, Hamilton Nicholsen, declare that the foregoing is true and correct under penalty of perjury.

Executed in Napa County California on July 18, 2023.

Hamilton Nicholsen, Member Manager
Main Street Cottage, LLC.

# EXHIBIT B

# KVW Answer to Involuntary

1   **Susanna R. Kelham, Member Manager**
    Kelham Vineyards & Winery, LLC.
2   360 Zinfandel Lane
    Saint Helena, CA 94574
3   Telephone No. (707) 963-2000
    Email. info@**kelhamvineyards**.com
4

5

6                   **UNITED STATES BANKRUPTCY COURT**

7       **NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA DIVISION**

8

9                                              Case No. 23-10384
10  In re KELHAM VINEYARDS & WINERY, LLC.
                 .                             Chapter 11
11                      Debtor .

12

13                                             **ANSWER TO INVOLUNTARY PETITION**
14

15                                             <u>STATUS CONFERENCE</u>
                                               <u>IN-PERSON or by ZOOM</u>
16
17                                              DATE:  September 20, 2023
                                                TIME:  10:30 A.M.
18                                              ROOM: Courtroom 220

19                                              United States Bankruptcy Court
                                                130 Clay Street
20                                              Oakland, CA 94612

21

22

23

24

**TO THE HONORABLE WILLIAM LAFFERTY, U.S. BANKRUTPCY JUDGE:**

The following answer is submitted in response to the allegations of the above captioned Involuntary Petition.

1.  Susanna R. Kelham is the Managing Member and the Authorized Agent for Kelham Vineyards and Winery, LLC. (herein "KVW").

2.  Susanna R. Kelham herein submits this Answer to the Involuntary Petition in her capacity as KVW Managing Member and Authorized Agent.

3.  Susanna R. Kelham is responsible for the day to day operation of KVW; and as such, Susanna R. Kelham has personal knowledge of the underlying facts that serve as the basis for the Answer herein.

4.  KVW is a limited liability company incorporated under the law of the State of California, doing business at 360 Zinfandel Lane, Saint Helena, CA 94574.

5.  Main Street Cottage, LLC. (herein "MSC"), the sole petitioning creditor, holds a claim against KVW in the amount of $107,500.00 as alleged in the Involuntary Petition.

6.  The $107,500.00 claim of MSC is not contingent as to liability or the subject of a bona fide dispute as to liability or amount.

7.  Excluding any employee or insider, KVW had less the 12 creditors on July 20, 2023, the date of the filing the Involuntary Petition.

8. However, when the claims of employees and insiders are included, KVW's list of unpaid debts, both in number and amount, increases substantially.

9. As alleged in the Involuntary Petition, KVW is generally not paying its debts as such debts become due.

10. While KVW, with the assistance of personal loans from myself, has managed to remain current on its small trade, KVW has been in default on all its major principal operational debts since its inception, including but not limited to rent payments on 360 Zinfandel Lane, Saint Helena (KVW's principal place of business without which KVW could not operate), agricultural payments to is grape supplier (KVW's principal trade obligation without which KVW could not produce its principal product wines), lease payments for use of Main Street Cottage (KVW's principal marketing tool used to entice Wine Club Members to place wine orders in exchange for complementary use of the facility), and guaranteed payments to its Managing Member due in exchange for services rendered ( KVW's principal operative in charge of running the day to day operations).

11. In addition to the debts listed in the preceding paragraph, KVW is also in default on debts owed to major or principal suppliers, including barrel suppliers Francois Freres Barrels and Tonnellerie Sylvain (i.e., without these barrels KVW would have no place to age its wine for bottling.)

12. The list of debts specifically enumerated in paragraph 10 is not an exclusive or exhaustive list debts owed to and/or claims held by KVW insiders and employees; the preceding paragraph simply attempts to show that KVW is in default on several principal obligation to creditors whose consideration (goods and services) enable KVW to remain operational.

13. In the interest of full disclosure, it should be noted that, as common in many family run limited liability companies, Susanna R. Kelham holds an equity interest of varying degrees in the entities listed in paragraph 10 to whom KVW has defaulted.

I, Susanna R. Kelham, swear under penalty of perjury on the laws of the State of California and the United States of America that the forgoing is true and correct to the best of my information, knowledge, and belief.

Attached hereto is a Notary Affidavit that attests the foregoing is my true and original signature.

Executed in the City of St. Helena, County of Napa, on July 24, 2023.

Susanna R. Kelham
Member Manager-Authorized Agent
Kelham Vineyards & Winery, LLC

# CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to this action.

On July 24, 2023, I served the attached "Answer to Involuntary Petition" on Rebekah Parker, Attorney for Petitioning Creditor Main Street Cottage by Email at AttorneyRParker@Gmail.com. Before serving this Answer to Involuntary Petition on Rebekah Parker by Email, I spoke to Ms. Parker who agreed to accept service by Email.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on July 24, 2023

Alexis White
587 Jefferson Street
Napa, CA 94559

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Napa

Subscribed and sworn to (or affirmed) before me on this 24th day of July, 2023, by, SUSANNA R. KELHAM proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                                        Signature _____

ALEXIS W. WHITE
Notary Public · California
Napa County
Commission # 2409970
My Comm. Expires Jul 5, 2026