Harold H. Davis (SBN CA 235552)
Marc R. Baluda (SBN CA 192516)
GREENBERG TAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Hal.Davis@gtlaw.com
Marc.Baluda@gtlaw.com

Attorneys for Party in Interest RONALD NICHOLSEN II

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| | |
|---|---|
| In re Kelham Vineyards & Winery, LLC | Bankruptcy Case No. 23-10384 SR__ - Chapter 11 [Assigned to: Judge William Lafferty]<br><br>**PARTY IN INTEREST RONALD NICHOLSEN II'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing:<br>DATE: Aug. 16, 2023<br>TIME: 9:30 a.m.<br>DEPT: Dept. 220, Oakland |

TO THE HONORABLE WILLIAM LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CREDITOR, AND OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that party in interest Ronald Nicholsen II's Motion for Relief from the Automatic Stay to allow the pending writ of mandate action filed against debtor Kelham Vineyards & Winery, LLC to comply with its obligations under the California Corporations Code will be heard by the Honorable William Lafferty on August 16, 2023 at 9:30 a.m. in the Bankruptcy Court located at 1300 Clay Street, Courtroom 220 Oakland, California 94612.

Ronald Nicholsen hereby moves the Court to modify the automatic stay under 11 USC §362(d) to allow the pending writ action filed against debtor Kelham Vineyards & Winery, LLC to proceed to trial as currently set for October 2, 2023, in the Napa County Superior Court for cause.

Ronald Nicholsen contends that relief from the automatic stay is warranted under 11 U.S.C. section 362(d)(1) because the interests of judicial economy and the expertise of the state court in resolving the writ of mandate action, as well as prejudice to the Ronald Nicholsen, as a member of the company, to continue being deprived his statutory right to inspect Kelham Vineyards & Winery, LLC's books and records, and no bankruptcy issues are involved.

This motion is based on the following grounds:

1. The Bankruptcy Court should decline to exercise jurisdiction over Ronald Nicholsen's writ action since that case is ready for trial in 67 days before the Napa Superior Court;

2. The ends of justice will be served because complete relief cannot be afforded to Ronald Nicholsen in the Bankruptcy Court due to the presence of non-creditor respondent, Susanna Kelham, in the pending writ action;

3. Judicial economy will be better served by litigating the writ action in the Napa Superior Court because the writ case exclusively involves state law and the California state court's determination of whether Kelham Vineyards & Winery, LLC and Susanna Kelham complied with the court's writ.

Pursuant to Local Rules, rule 4001-1, notice is hereby given to Respondent to appear personally or by counsel at the preliminary hearing set for August 16, 2023. If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must:

a. Attend the hearing scheduled on August 16, 2036, at 9:30 a.m., at the United States Bankruptcy Court, 1300 Clay Street, Suite 300, Oakland, California 94612, before the Honorable William Lafferty, United States Bankruptcy Judge. You may orally oppose the Motion at that time.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

This Motion is further based upon Memorandum of Points and Authorities filed concurrently herewith, the declaration of Harold Davis and the exhibits attached thereto, the papers and pleadings filed herein, and upon any further oral or documentary evidence that may be presented at the hearing of this Motion.

WHEREFORE, Ronald Nicholsen respectfully requests the Court enter an order as follows:

1. Modifying the automatic stay to allow the writ action pending in Napa Superior Court since October 4, 2021 to proceed to judgment;

2. For any such other and further relief as just and proper.

Respectfully submitted,
GREENBERG TRAURIG

Dated: July 31, 2023    By: /s/ Harold Davis

Harold Davis
Marc Baluda

Attorneys for Petitioner
RONALD NICHOLSEN II

3    [Assigned to: Judge William Lafferty]