Harold H. Davis (SBN CA 235552)
Marc R. Baluda (SBN CA 192516)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Hal.Davis@gtlaw.com
Marc.Baluda@gtlaw.com

Michael Thomson *pro hac vice*
GREENBERG TRAURIG, LLP
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: 801.478.6817
thomsonm@gtlaw.com

Attorneys for Party in Interest
RONALD NICHOLSEN II

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| | |
|---|---|
| In re Kelham Vineyards & Winery, LLC | Bankruptcy Case No. 23-10384 SR__ - Chapter 11 [Assigned to: Judge William Lafferty] <br><br> **RONALD NICHOLSEN II'S DECLARATION IN SUPPORT OF PARTY IN INTEREST'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO LIFT AUTOMATIC STAY** <br><br> Hearing: <br> DATE: August 16, 2023 <br> TIME: 9:30 a.m. <br> DEPT: 220 |

**RONALD NICHOLSEN II'S DECLARATION IN SUPPORT OF PARTY IN INTEREST'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO LIFT AUTOMATIC STAY**

Case: 23-10384   Doc# 24-1   Filed: 08/14/23   Entered: 08/14/23 19:35:30   Page 1 of 14

ACTIVE 689460499v4

# DECLARATION OF RONALD NICHOLSEN II

I, RONALD NICHOLSEN II, declare as follows:

1. I am an individual residing in Napa County, California. I am the Party in Interest in the above-entitled action. I make this declaration in support of the Reply into Support of the Motion Lift the Stay. I have personal knowledge of the matters stated in this Declaration, about which I could and would testify competently if called as a witness.

2. On September 24, 2011, I married my wife Lauren Nicholsen at Kelham Vineyards' winery at 360 Zinfandel Lane in St. Helena, California. My brother, Hamilton Nicholsen was the only person at my side during the wedding ceremony.

3. Lauren and I have four children – two boys and two girls - aged 12, 11, 9, and 7. Our youngest son's middle name is Hamilton after my brother. Our eldest daughter's middle name is Rawson after our stepfather. Our other daughter's middle name is Ann after my maternal grandmother.

4. After Susanna Kelham forced me out of Kelham Vineyards & Winery, I was concerned about providing for my family so I obtained a general building contractor's license (no. 1079572) with the California Contractors State License Board in August 2021. Attached hereto as **Exhibit 20** is a true and correct copy from the CSLB website reflecting my license.

5. After leaving the winery (over my objections), I was employed as a tasting room manager at another winery until December 2022. Starting in January 2023, I began supporting my family of six by working 5 to 6 days a week on various construction projects, including remodeling a bakery in St. Helena, California.

6. Attached hereto as **Exhibit 21** is a true and correct copy of an email I sent Susanna Kelham in March 2023. I never received a response to this email.

7. Attached hereto as **Exhibit 22** is a true and correct copy of text messages I sent to Hamilton Nicholsen in March 2023. I never received a response to this text.

8. Susanna Kelham exerts complete control over Kelham Vineyards' business operations and finances. She never provided me access to the company's books and records despite my numerous requests over the years. I am certain that absent the Writ action, I would never have obtained the records received to date.

1

RONALD NICHOLSEN II'S DECLARATION IN SUPPORT OF PARTY IN INTEREST'S REPLY IN SUPPORT OF MOTION TO LIFT AUTOMATIC STAY

ACTIVE 689460499v3

9. On January 10 and March 18, 2023, I went to the Winery to retrieve my personal items only to discover that they had been put outside without covering and water filled the bin thereby destroying all of my personal possessions.

10. On May 24, 2021, Susanna Kelham abruptly informed me via a letter that it was "time to server our business relationship, and to start the process of negotiating a settlement for your exit from Kelham Vineyards and Winery LLC. As a reminder, you own a 33% interest in Kelham Vineyards and Winery LLC. I am in the process of having Kelham Vineyard and Winery LLC appraised. Once that value is determined, we can negotiate the terms of your exit…. I believe it is time to move in our separate directions and I hope you will agree to a reasonable settlement for your exit." Attached hereto is a true and correct copy of that letter marked as **Exhibit 27**. Nevertheless, I have not been provided any offer from them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14 day of August 2023, in Napa, California.

_____
Ronald Nicholsen II

2
RONALD NICHOLSEN II'S DECLARATION IN SUPPORT OF PARTY IN INTEREST'S REPLY IN SUPPORT OF MOTION TO LIFT AUTOMATIC STAY
ACTIVE 689460499v3

Case: 23-10384    Doc# 24-1    Filed: 08/14/23    Entered: 08/14/23 19:35:30    Page 3 of 14

# EXHIBIT 20

Home 

## ⬇Contractor's License Detail for License # 1079572

**DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

▸ CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure click on link that will appear below for more information. Click here for a definition of disclosable actions.

▸ Only construction related civil judgments reported to CSLB are disclosed (B&P 7071.17).

▸ Arbitrations are not listed unless the contractor fails to comply with the terms.

▸ Due to workload, there may be relevant information that has not yet been entered into the board's license database.

Data current as of 8/13/2023 12:31:06 PM

| Business Information |
|---|

R NICHOLSEN & CO LLC
DBA R NICHOLSEN DEVELOPMENT CO

P O BOX 47
OAKVILLE, CA 94562-0001
Business Phone Number:(707) 369-2138

| | |
|---|---|
| Entity | Ltd Liability |
| Issue Date | 08/12/2021 |
| Expire Date | **08/31/2025** |

| License Status |
|---|

**This license is current and active.**

All information below should be reviewed.

| Classifications |
|---|

B - GENERAL BUILDING

| Bonding Information |
|---|

**Contractor's Bond**

This license filed a Contractor's Bond with BUSINESS ALLIANCE INSURANCE COMPANY.
**Bond Number:** G120920841154
**Bond Amount:** $25,000
**Effective Date:** 01/01/2023
Contractor's Bond History

**LLC EMPLOYEE/WORKER BOND**
This license filed a LLC Employee/Worker Bond with GREAT AMERICAN INSURANCE COMPANY.
**Bond Number:** 3963717
**Bond Amount:** $100,000
**Effective Date:** 07/27/2021

**Bond of Qualifying Individual**
The qualifying individual RONALD CHRIS NICHOLSEN certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
**Effective Date:** 08/12/2021

| Workers' Compensation |
|---|

This license is exempt from having workers compensation insurance; they certified that they have no employees at this time.
**Effective Date:** 08/03/2023
**Expire Date:** None

Workers' Compensation History

## Liability Insurance Information

This license has liability insurance with UNITED NATIONAL INSURANCE COMPANY
**Policy Number:** GRW0004238
**Amount:** $2,000,000
**Effective Date:** 07/30/2023
**Expiration Date:** 07/30/2024

[Liability Insurance History](#)

---

## Liability Insurance Information

This license has liability insurance with UNITED NATIONAL INSURANCE COMPANY
**Policy Number:** GRW0004238
**Amount:** $2,000,000
**Effective Date:** 07/30/2023
**Expiration Date:** 07/30/2024

[Liability Insurance History](#)

Back to Top | Conditions of Use | Privacy Policy | Accessibility | Accessibility Certification

Case: 23-10384    Doc# 24-1    Filed: 08/14/23    Entered: 08/14/23 19:35:30    Page 6 of 14

# EXHIBIT 21

**From:**
**To:**
**Subject:**
**Date:**

Begin forwarded message:

**From:** ronald NICHOLSEN <ronnicholsen@gmail.com>
**Subject: Support**
**Date:** March 28, 2023 at 1:55:03 PM PDT
**To:** Info <info@kelhamvineyards.com>
**Cc:** susannakelham@icloud.com

Mom-

I write to you with the understanding that Ham recently had a ███████ health issue. That he is not working, and that you are doing everything to cover him. What can I do to help Ham, you, or the winery? I completely understand how you must feel, but in all sincerity, regardless of our differences, I want you to know I am here to help the family in any capacity, personally or professionally, that makes you comfortable.

I remember how much Rory loved his sister through his hard times. Unfortunately, it was years lost between them before they had a friendship again. I don't want you, Ham or myself to feel the way Rory felt for so many years. We need to remember family first. We will always have differences, but we remain united as a family.

I am here in any capacity to support you, Ham, or the business. I look forward to hearing from you and understanding more of how I can help.

It's been too long.

Devotedly,

ron

ronald | NICHOLSEN

R. NICHOLSEN & CO.

# EXHIBIT 22

**Winery >**

iMessage
Thu, Nov 24, 10:23 AM

> Strange of you to be at the winery today

Thu, Nov 24, 11:27 AM

> I was checking on my property. My son checked on chicken coop. Antonio shared details that I need to confirm.

> Happy thanksgiving!! 👍

Thu, Mar 30, 9:54 AM

> Ham - I hear you had a ▮▮▮▮ ▮▮▮▮ WTF are you feeling better? Let me know what I can do to help you or winery. I know things must be scary, but understand I am here to help in any way I can. Speedy recovery bro.

Delivered

# EXHIBIT 27



Ron Nicholsen
Winemaker
360 Zinfandel Lane
St. Helena, CA 94574

Susanna Kelham
Senior Partner
360 Zinfandel Lane
St. Helena, CA 94574

May 24th, 2021

Dear Ron,

On April 27, 2021 you sent an email to Gen Crego regarding purchasing bulk wine from Kelham Vineyards and Winery, LLC. Gen forwarded the email to me the same day. Unfortunately, Kelham Vineyards and Winery, LLC will not be able to accommodate the terms you noted in your email. If your email was an offer or proposal, I must reject this offer or proposal in its entirety.

Kelham Vineyards is currently not interested in selling any wine, under any terms, to FTW, LLC, David Haas, or Nicholas Gerhart. I verbally informed you that I would not approve this one month ago. As you may recall, you previously entangled Kelham Vineyards in a similar circumstance with Craig McClain and the Bench Group that ended up losing the business a large amount of money. Neither myself or Kelham Vineyards are interesting in going down any similar path ever again. I have helped you financially as an individual significantly, but I am not willing to enter into any agreements with any entities or partnerships you have entered. Any agreements entered into between you and Kelham Vineyards or myself will only ever be with you as an individual, never with an entity or partnership. The terms in the agreements we have entered into in the past, including terms you requested in your email, have generously favored you because you are my son and I want to see you succeed. However, I feel it is inappropriate for you to ask me to afford the other two people mentioned the same level of generosity. In essence, you are asking me to give a gift to two people I barely know nor trust in order for them to make money off of my hard work. It is also important to note that I have not been paid for the fruit which made the wine you wish to purchase at a large discount. In fact, I have not been paid for three years for the fruit I provide. I have lost, and am losing, significant amounts of money that I am entitled to under our agreements, yet you are asking me to give you and your associates a sweetheart deal so you all can make money. I hope you can see how inappropriate this is especially in light of your past, costly associations.

It seems clear to me that you would like to go forward making wine with another group of people. Your email suggested that Kelham Vineyards sell you our wine so that you can bottle it, re-label it, and sell it in direct competition with our wines. Since in your scenario you would receive the wines at a heavily discounted price, with none of the overhead or costs associate with making the wine, you would have the flexibility to sell the wine at a much cheaper rate or reap much bigger profit margins. You are asking me to allow you to sell our wine, with a different label, at a discounted rate in direct competition with our wine. You have asked to undercut the integrity and reputation of our brand for your own self-interests and the interests of your associates. Your request represents a direct conflict of interest and violates the terms of our operating agreement. Your email shows a large disconnect between you and the economic reality of Kelham Vineyards along with a total disregard my economic interests and well-being.

If you choose to move forward with your associates and would like any association with Kelham Vineyards, we can negotiate a purchase of bulk wine as part of a settlement process in which you sell your interest in the Kelham Vineyards and Winery LLC. Due to the terms stated in your email, I believe it is time to sever our business relationship, and to start the process of negotiating a settlement for your exit from Kelham Vineyards and Winery LLC.

As a reminder, you own a 33% interest in Kelham Vineyard and Winery LLC. I am in the process of having the Kelham Vineyard and Winery LLC appraised. Once that value is determined, we can negotiate the terms of your exit. However, you are no longer authorized to make wine at Kelham Vineyard and Winery LLC. Any removal of wine or other assets from the 360 Zinfandel Lane property will be a violation of our Operating Agreement and will result in a claim of damages set forth by Kelham Vineyard and Winery LLC, or Kelham Growers due to the fact that none of the fruit has been paid for, against you and your interests noted above.

I believe it is time to move in our separate directions and I hope you will agree to a reasonable settlement for your exit.

Susanna Kelham
Senior Partner
360 Zinfandel Lane
St. Helena, CA 94574

Cc: Hamilton Nicholsen

Cc: Alexis W. White, Esq. Of Counsel