

**The following constitutes the order of the Court.
Signed: August 16, 2023**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

In re KELHAM VINEYARDS & WINERY, LLC

Debtor(s).

Case No. 23-10384

Chapter 11

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Michael F. Thomson, whose business address and telephone number is 222 South Main Street, Suite 1730, Salt Lake City, UT 84111, (801) 478-6900, and who is an active member in good standing of the bar of the State of Utah having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Ronald Nicholsen II.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

\*\*END OF ORDER\*\*

# COURT SERVICE LIST

Susanna R. Kelham
Kelham Vineyard & Winery, LLC
360 Zinfandel Lane
St. Helena, CA 94574