**Entered on Docket**
**August 16, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: August 16, 2023

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA

In re

Kelham Vineyard & Winery, LLC,

Debtor.

Case No. 23-10384 WJL

Chapter 11

**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**

On consideration of the petition filed on July 20, 2023 pursuant to 11 U.S.C. §§ 303(a) and (b), by petitioning creditor Main Street Cottage LLC against Kelham Vineyard & Winery LLC whose address is 360 Zinfandel Lane, St. Helena, CA 94574, and whose EIN is 68-0473623, and the petition not being timely controverted under 11 U.S.C. § 303(h), an Order for Relief under Chapter 11 of the Bankruptcy Code is HEREBY GRANTED.

**\*\*END OF ORDER\*\***

| | |
|---|---|
| 1 | **<u>COURT SERVICE LIST</u>** |
| 2 | |
| 3 | Kelham Vineyard & Winery, LLC |
| 4 | 360 Zinfandel Lane |
| 5 | St. Helena, CA 94574 |
| 6 | |
| 7 | Michael F. Thomson |
| 8 | 222 South Main St., Suite 1730 |
| 9 | Salt Lake City, UT 84111 |

2