# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 8/16/2023 |
| Case: 23−10384 | Form ID: pdfeoc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Michael F. Thomson      thomsonm@gtlaw.com

                                 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Kelham Vineyard & Winery, LLC      360 Zinfandel Lane      St. Helena, CA 94574

                                 TOTAL: 1