Harold H. Davis (SBN CA 235552)
Marc R. Baluda (SBN CA 192516)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Hal.Davis@gtlaw.com
Marc.Baluda@gtlaw.com

Michael Thomson pro hac vice
Carson Heninger (SBN CA 327130)
GREENBERG TRAURIG, LLP
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: 801.478.6817
thomsonm@gtlaw.com
Carson.Heninger@gtlaw.com

Attorneys for Party in Interest
RONALD NICHOLSEN II

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSE DIVISION

| | |
|---|---|
| In re<br><br>Kelham Vineyards & Winery, LLC, | Bankruptcy Case No. 23-10384<br>Chapter 11<br>(Assigned to: Judge William Lafferty)<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

**PLEASE TAKE NOTICE THAT** Carson Heninger of Greenberg Traurig, LLP hereby appears in the above-captioned matter as counsel for Ronald Nicholsen II. Accordingly, undersigned counsel hereby requests that all further notice and copies of pleadings, papers, and other material relevant to this action be directed to and served upon:

Carson Heninger
GREENBERG TRAURIG, LLP
222 South Main Street, Suite 1730
Salt Lake City, UT 84101
Carson.Heninger@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to above, but also, without limitation, all orders, notices, pleadings, complaints, notices of hearing, applications, motions, requests or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which affect or seek to affect in any way any rights of the Trustee.

DATED August 17, 2023.

**GREENBERG TRAURIG, LLP**

By _____
Carson Heninger
Attorneys for Ronald Nicholsen II