CHRISTINA L. GOEBELSMANN (SBN 273379)
Assistant United States Trustee
PAUL G. LEAHY (SBN 320775)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
450 Golden Gate Ave., Rm. 05-0153
San Francisco, California 94102
Telephone: (415) 705-3333
Telecopier: (415) 705-3379
Email: Paul.Leahy@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SANTA ROSA DIVISION**

| | |
|---|---|
| In re | Case No. 23-10384 WJL |
| KELHAM VINEYARD & WINERY, LLC, | Chapter 11 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

>Office of the United States Trustee
>Attn: Paul G. Leahy
>280 South First St., Suite 268
>San Jose, CA 95113
>Email: Paul.Leahy@usdoj.gov

Dated: August 22, 2023

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

*/s/ Paul G. Leahy*
Paul G. Leahy
Trial Attorney for United States Trustee

Notice of Appearance