# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−1 | User: admin | Date Created: 8/22/2023 |
| Case: 23−10384 | Form ID: OFP | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust    Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov
aty    Paul Gregory Leahy    Paul.Leahy@usdoj.gov

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kelham Vineyard & Winery, LLC    360 Zinfandel Lane    St. Helena, CA 94574

TOTAL: 1