# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

crcm          Committee of Essential Creditors

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| aty | Carson Heninger | carson.heninger@gtlaw.com |
| aty | Harold H. Davis, Jr. | Hal.Davis@gtlaw.com |
| aty | Michael F. Thomson | thomsonm@gtlaw.com |
| aty | Paul Gregory Leahy | Paul.Leahy@usdoj.gov |
| aty | Rebekah L Parker | attorneyrparker@gmail.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Kelham Vineyard & Winery, LLC          360 Zinfandel Lane          St. Helena, CA 94574
ptcrd          Main Street Cottage, LLC          P.O. Box 60          Oakville, CA 94562
intp          Ronald Nicholsen, II          223 Alchemy Way          Napa, CA 94558 UNITED STATES
cr          Main Street Cottage, LLC          P.O. Box 60          Oakville, CA 94562 UNITED STATES
smg          CA Franchise Tax Board          Bankruptcy Group          P.O. Box 2952          Sacramento, CA 95812−2952
smg          CA Employment Development Dept.          Bankruptcy Group MIC 92E          P.O. Box 826880          Sacramento, CA 94280−0001
smg          IRS          P.O. Box 7346          Philadelphia, PA 19101−7346

TOTAL: 7