REBEKAH PARKER SBN 143674
4225-H Oceanside Boulevard #369
Oceanside CA, 92056-3472
Telephone No. (213) 268-2918
Email: AttorneyRParker@Gmail.Com

Attorney for Committee of Essential
Creditors & Post-Petition Providers

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re
KELHAM VINEYARD & WINERY, LLC.
Debtor.

Case No. 23-10384

Chapter 11

**DECLARATION OF ALEXIS WHITE IN SUPPORT OF OPPOSITION TO MOTION TO APPOINT CHAPTER 11 TRUSTEE**

DATE: September 5, 2023
TIME: 9:30 A.M.
ROOM: Courtroom 220

United States Bankruptcy Court
1300 Clay Street
Oakland, CA 94612

1

Case: 23-10384    Doc# 43    Filed: 08/22/23    Entered: 08/22/23 18:36:53    Page 1 of 5

# Declaration of Alexis White
# in
# Support of Opposition to Motion to Appoint Chapter 11 Trustee

I, Alexis White, declare,

1. I am an Attorney-at-Law licensed to practice in the State of California.

2. I have represented Susanna R. Kelham ("SRK") for approximately 10 years as her Estate Planner and I have also rendered legal services in various capacities to the debtor in this case, Kelham Vineyards & Winery, LLC ("KVW").

3. As SKR's Estate Planner, I have personal knowledge of all her real estate holdings; and, as someone who has rendered legal services to KVW, I am familiar with KVW's real estate holdings.

4. In this capacity, I have personal knowledge of the following facts and I am prepared to testify as to their truthfulness under penalty of perjury.

5. The real property located at 360 Zinfandel Lane, St. Helena, California ("Zinfandel Lane"), that serves as KVW's principal place of business, is NOT, and never was, owned by KVW.

6. The real property located at 1350 Main Street, St. Helena, 95474, used by KVW as a promotional guest house for Wine Club members ("Main Street Cottage"), is NOT, and never was, owned by KVW.

7. The 40-acre vineyard designated as Napa County Assessor's Parcel Number 027-500-037, commonly known as the "Oakville Vineyard", source of some of the grapes from which KVW's wines are produced, is NOT, and never was, owed by KVW.

8. The real property located at 4106 Gastaad, Tahoe City, Lake Tahoe, is NOT, and never was, owned by KVW (the "Tahoe Vacation House").

Case: 23-10384   Doc# 43   Filed: 08/22/23   Entered: 08/22/23 18:36:53   Page 2 of 5

9. The only parcel of real property actually owned by KVW is a piece of vacant land located at 540 Mund Road in Deer Park California. The cabin on the property burnt down in 2020 in the devastating Napa fires.

    A. After the settlement of Rawson Kelham's estate, SRK inherited the Oakville Vineyard personally, without conditions or restrictions. As was her right, SRK subsequently transferred title to the Oakville Vineyard to Kelham Vineyards Growers, a California Limited Liability Company.

    B. Ronald Nicholsen attests that he has a reasonable belief that KVW "likely owns properties that are either hidden or constructively owned as a result of paying mortgages or shared title." Motion, Page 24, Footnote 5. Based on my representation of SRK as her Estate Planner and based on the related legal services I have rendered to KVW over the years, I have no knowledge or reason to believe that KVW is "hiding title" to any real property assets nor any knowledge or reason to believe KVW holds "constructive title" to any real property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on August 22, 2023, in the County of Napa, State of California.

_/s/ Alexis White_
Alexis White, Declarant

# CERTIFICATE OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 4225-H Oceanside Boulevard #369, Oceanside CA, 92056-3472

A true and correct copy of the foregoing document described as **DELCARATION OF ALEXIS WHITE IN SUPPORT OF OPPOSITION TO MOTION TO APPOINT A TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner indicated below:

William Lafferty
U.S. Bankruptcy Court,
1300 Clay St. Room 220
Oakland, CA 94612
<u>Served by Priority Mail</u>

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 22, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| U.S. Trustee | USTPRegion17.SF.ECF@usdoj.gov |
| Rebekah Parker | attorneyrparker@gmail.com |
| Harold H. Davis, Jr. | hal.davis@gtlaw.com |
| Michael F. Thomson | thomsonm@gtlaw.com |

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:** On August 22, 2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Susanna R. Kelham
Manager Member
Kelham Vineyard & Winery, LLC.
360 Zinfandel Lane
St. Helena, CA 94574
<u>Served by U.S. Mail</u>

Ron Nicholsen
223 Alchemy Way
Napa, CA 94558
<u>Served by U.S. Mail</u>

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 22, 2023, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Susanna R. Kelham<br>Manager Member<br>Kelham Vineyard & Winery, LLC.<br>360 Zinfandel Lane<br>St. Helena, CA 94574<br><u>Served by Email</u>:<br>info@kelhamvineyards.com. | Alexis White, Attorney for<br>Susanna R. Kelham<br>Day, Pace, York & York<br>587 Jefferson Street<br>Napa, CA 94559<br><u>Served by Email</u><br>awhite@yorkyorklaw.com |

Service information continued on attached page: None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

August 22, 2023

_____
Rebekah Parker