# CLERK'S NOTICE
## RE: Zoom Webinar Information
## Virtual Courtroom 220

WHEN: **September 5, 2023 at 9:30 AM** Pacific Time (US and Canada)
TOPIC: **Santa Rosa Calendar**

Please use the link below to join the webinar:

https://www.zoomgov.com/j/1601258670?pwd=MTRHVFJuL203V3hSUWZEbVF5MHBQZz09

    Password: 747970

To Join by Telephone:

**Note: Parties who dial-in via phone are in listen-only mode. They will not have a live line to address the Court.**

US: +1 (669) 254-5252 or +1 (646) 828-7666
    Webinar ID: 160 125 8670
    Password: 747970
International numbers available: https://www.zoomgov.com/u/agUmUmAFY

**Attorneys and parties intending to appear and be heard on matters on this calendar should NOT register with CourtCall as they had in the past.**

**All parties must wear business professional attire.**

**If you are making an appearance, your name must list the Line #, Your First Name, Your Last Name, and Representation. Otherwise, for security reasons, you will not be allowed into the Zoom hearing.**

**Please ensure you are connected via Zoom 15 minutes prior to the start of the hearing.**

## Important Notice to the Media and Public

Unless authorized by the Court, any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual or audio copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted or denial of entry to future hearings, or any other sanction the Court deems necessary.
Please see https://www.canb.uscourts.gov/policy-and-procedure-appearances-televideoconference for information on preparing for and
participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.