United States Bankruptcy Court
Northern District of California

In re: Case No. 23-10384-WJL
Kelham Vineyard & Winery, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-1     User: admin     Page 1 of 2
Date Rcvd: Aug 23, 2023     Form ID: pdfntc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kelham Vineyard & Winery, LLC, 360 Zinfandel Lane, St. Helena, CA 94574-1636 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carson Heninger | on behalf of Interested Party Ronald Nicholsen II carson.heninger@gtlaw.com |
| Harold H. Davis, Jr. | on behalf of Interested Party Ronald Nicholsen II Hal.Davis@gtlaw.com |
| Michael F. Thomson | on behalf of Interested Party Ronald Nicholsen II thomsonm@gtlaw.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Gregory Leahy | on behalf of U.S. Trustee Office of the U.S. Trustee / SR Paul.Leahy@usdoj.gov |
| Rebekah L Parker | on behalf of Creditor Main Street Cottage LLC attorneyrparker@gmail.com |

# CLERK'S NOTICE
## RE: Zoom Webinar Information
## Virtual Courtroom 220

WHEN: **September 5, 2023 at 9:30 AM** Pacific Time (US and Canada)
TOPIC: **Santa Rosa Calendar**

Please use the link below to join the webinar:

https://www.zoomgov.com/j/1601258670?pwd=MTRHVFJuL203V3hSUWZEbVF5MHBQZz09

    Password: 747970

To Join by Telephone:

**Note: Parties who dial-in via phone are in listen-only mode. They will not have a live line to address the Court.**

US: +1 (669) 254-5252 or +1 (646) 828-7666
    Webinar ID: 160 125 8670
    Password: 747970
International numbers available: https://www.zoomgov.com/u/agUmUmAFY

**Attorneys and parties intending to appear and be heard on matters on this calendar should NOT register with CourtCall as they had in the past.**

**All parties must wear business professional attire.**

**If you are making an appearance, your name must list the Line #, Your First Name, Your Last Name, and Representation. Otherwise, for security reasons, you will not be allowed into the Zoom hearing.**

**Please ensure you are connected via Zoom 15 minutes prior to the start of the hearing.**

## Important Notice to the Media and Public

Unless authorized by the Court, any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual or audio copying of a hearing, is absolutely prohibited. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted or denial of entry to future hearings, or any other sanction the Court deems necessary.

Please see https://www.canb.uscourts.gov/policy-and-procedure-appearances-televideoconference for information on preparing for and
participating in a Zoom Webinar. Counsel are instructed to familiarize themselves with and practice Zoom Webinar functions, and to test their internet, video, and audio capabilities prior to the hearing.