**Fill in this information to identify the case:**

Debtor name: Kelham Vineyard & Winery, LCC

United States Bankruptcy Court for the: Northern District of California

Case number (If known): 23-10384

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Holland & Knight<br>P.O. Box 936937<br>Atlanta, GA 31193 | Richard Petty<br>(813) 901-4180<br>richard.petty@hklaw.com | Legal Services | Disputed | n/a | n/a | $281,994.84 |
| 2 | American Express<br>P.0. Box 981535<br>El Paso, TX 7998-1535 | No Contact Person<br>1-800-492-8468 | Credit Card | | n/a | n/a | $22,660.08 |
| 3 | Citibusiness Card<br>P.O. Box 76045<br>Phoenix, AZ 85062-8045 | No Contact Person<br>1-800-732-6000 | Credit Card | | n/a | n/a | $15,700.99 |
| 4 | Tonnellerie Francois Freres<br>Route Départementale 17<br>21190 Saint Romain, France | Max Gigandet<br>Tel.+33 3 80 21 23 33<br>courriers@francoisfreres.com | Supplier Barrels | | n/a | n/a | $10,292.40 |
| 5 | Tonnellerie Sylvain<br>23 route de Lyon – D1089<br>33910 Saint-Denis-de-Pile, France | Jean De La Fountaine<br>Tel : +33 5 57 55 46 36 | Supplier Barrels | | n/a | n/a | $11,198.60 |
| 6 | Jack Neal & Son<br>360 La Fata Street<br>St. Helena, CA 95474 | Jack Neal<br>(704) 963-7303<br>info@jacknealandson.com | Vineyard Services | | n/a | n/a | $2,264.90 |
| 7 | Barbour Analytics<br>123 Echo Avenue<br>Oakland, CA 94611- 4309 | Barbour, Gregory<br>(415) 287-0959<br>greg@barberanalytics.com | Appraiser | Disputed | n/a | n/a | $1,245.00 |
| 8 | Only 7 Unsecured Creditors | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  Only 7 Unsecured Creditors | | | | | | |
| 10 Only 7 Unsecured Creditors | | | | | | |
| 11 Only 7 Unsecured Creditors | | | | | | |
| 12 Only 7 Unsecured Creditors | | | | | | |
| 13 Only 7 Unsecured Creditors | | | | | | |
| 14 Only 7 Unsecured Creditors | | | | | | |
| 15 Only 7 Unsecured Creditors | | | | | | |
| 16 Only 7 Unsecured Creditors | | | | | | |
| 17 Only 7 Unsecured Creditors | | | | | | |
| 18 Only 7 Unsecured Creditors | | | | | | |
| 19 Only 7 Unsecured Creditors | | | | | | |
| 20 Only 7 Unsecured Creditors | | | | | | |

23-10384