**KELHAM VINEYARD & WINERY, LLC**
360 Zinfandel Lane
St. Helena, CA 94574

Chapter 11 Debtor,

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA,
## SANTA ROSA DIVISION

In re

KELHAM VINEYARD & WINERY, LLC.

Alleged Debtor.

**Case No. 23-10384**

Chapter 11

CORPORATE OWNERSHIP STATEMENT
(FRBP 1007(a)(1) and 7007.1)

1

# Corporate Ownership Statement

This Corporate Ownership Statement was prepared and is being filed pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) which provides that "Each petitioner that is a corporation shall file with the petition a corporate ownership statement containing the information described in Rule 7007.1".

Federal Rule of Bankruptcy Procedure 7007.1 in turn provides that "Any nongovernmental corporation that is a party to an adversary proceeding, other than the debtor, shall file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation. The same requirement applies to a nongovernmental corporation that seeks to intervene."

Pursuant to and in Compliance with Federal Rule of Bankruptcy Procedure 7007.1 the undersigned herein attests that Kelham Vineyards & Winery, LLC., has no parent corporation nor does a publicly held corporation exist that owns 10% or more of its shares.

I, Hamilton Nicholsen, declare that the foregoing is true and correct under penalty of perjury.

Executed in Napa County California on August 27, 2023.

*[Signature]*

Hamilton Nicholsen, Member
Designated-Authorized Member to File Schedules for Kelham Vineyard & Winery, LLC.