American Express
P.0. Box 981535
El Paso, TX 7998-1535


Barbour, Gregory
Barbour Analytics
123 Echo Avenue
Oakland, CA 94611- 4309


Citibusiness Card
P.0. Box 76045
Phoenix, AZ  85062-8045


Jean De La Fountaine
Tonnellerie Sylvain
23 route de Lyon – D1089
33910 Saint-Denis-de-Pile, France


Max Gigandet
Tonnellerie Francois Freres
Route Départementale 17
21190 Saint Romain, France


Kelham Growers, LLC.
P.O. Box 60
Oakville, CA 94562


Susanne R. Kelham
360 Zinfandel Lane Lease
P.O. Box 2707
Yountville, CA 94599

Susanna R. Kelham, Manager
Kelham Vineyard & Winery, LLC.
P.O. Box 2707
Yountville, CA 94599


Jack Neal
Jack Neal & Son
360 La Fata Street
St. Helena, CA 95474


Hamilton Nicholsen, Member
Kelham Vineyard & Winery
P.O. Box 2707
Yountville, CA 94599


Hamilton Nicholsen, Manager
Mainstreet Cottage, LLC
P.O. Box 60
Oakville, CA 94562


Ron Nicholsen, Member
Kelham Vineyard & Winery
223 Alchemy Way
Napa, CA 94558


Petty, Richard, Partner
Holland & Knight
P.O. Box 936937
Atlanta, GA 31193