Susanna R. Kelham, Manager
Kelham Vineyard & Winery, LLC.
P.O. Box 2707
Yountville, CA 94599


Hamilton Nicholsen, Member
Kelham Vineyard & Winery, LLC.
P.O. Box 2707
Yountville, CA 94599


Ron Nicholsen, Member
Kelham Vineyard & Winery, LLC.
223 Alchemy Way
Napa, CA 94558