# Exhibit B: Bottled Wine Inventory

# Kelham Bottled Wine Inventory
# Cost-Retail-Auction

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:00 CS 1.5 | 2000 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 400.00 | 14.00 |
| Wine:00 MR | 2000 Merlot, Oakville 750ml | 8.59 | 205.00 | 155.00 |
| Wine:00 MR 1.5L | 2000 Merlot, Oakville 1.5L | 17.18 | 400.00 | 36.00 |
| Wine:00 RCS | 2000 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 245.00 | 4.00 |
| Wine:00 RCS 1.5L | 2000 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 825.00 | 0.00 |
| Wine:00 RCS 3.0L | 2000 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 1,100.00 | 3.00 |
| Wine:00 RCS 6.0L | 2000 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 2,200.00 | 2.00 |
| Wine:01 CS | 2001 Cabernet Sauvignon, Oakville 750ml | 8.59 | 190.00 | 46.00 |
| Wine:01 CS 1.5L | 2001 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 375.00 | 23.00 |
| Wine:01 CS C Block | 2001 C Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 125.00 | 301.00 |
| Wine:01 CS C Block 1.5L | 2001 C Block Cabernet Sauvignon, Oakville 1.5L | 17.18 | 765.00 | 10.00 |
| Wine:01 CS D Block | 2001 D Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 270.00 | 6.00 |
| Wine:01 CS F Block | 2001 F Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 125.00 | 82.00 |
| Wine:01 CS F Block 1.5L | 2001 F Block Cabernet Sauvignon, Oakville 1.5L | 17.18 | 765.00 | 6.00 |
| Wine:01 MR | 2001 Merlot, Oakville 750ml | 8.59 | 190.00 | 157.00 |
| Wine:01 MR 1.5L | 2001 Merlot, Oakville 1.5L | 17.18 | 375.00 | 68.00 |
| Wine:01 MR D Block | 2001 D Block Merlot, Oakville 750ml | 8.59 | 125.00 | 438.00 |
| Wine:01 MR D Block 1.5L | 2001 D Block Merlot, Oakville 1.5L | 17.18 | 765.00 | 11.00 |
| Wine:01 MR G Block | 2001 G Block Merlot, Oakville 750ml | 8.59 | 125.00 | 280.00 |
| Wine:01 MR G Block 1.5L | 2001 G Block Merlot, Oakville 1.5L | 17.18 | 765.00 | 6.00 |
| Wine:01 RCS | 2001 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 270.00 | 127.00 |
| Wine:01 RCS 1.5L | 2001 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 525.00 | 1.00 |
| Wine:01 RCS 3.0L | 2001 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 1,050.00 | 1.00 |
| Wine:02 CS | 2002 Cabernet Sauvignon, Oakville 750ml | 8.59 | 180.00 | 26.00 |
| Wine:02 CS 1.5L | 2002 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 350.00 | 57.00 |
| Wine:02 CS 3.0L | 2002 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 700.00 | -1.00 |
| Wine:02 CS 375ML | 2002 Cabernet Sauvignon, Oakville 375ml | 4.30 | 75.00 | 22.00 |
| Wine:02 CS 6.0L | 2002 Cabernet Sauvignon, Oakville 6.0L | 68.72 | 1,400.00 | 4.00 |
| Wine:02 CS C Block | 2002 C Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 250.00 | 216.00 |
| Wine:02 CS C Block 1.5L | 2002 C Block Cabernet Sauvignon, Oakville 1.5L | 17.18 | 705.00 | 36.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---:|---:|---:|
| Wine:02 CS E Block | 2002 E Block Cabernet Sauvignon, Oakville 750ml | 8.56 | 250.00 | 576.00 |
| Wine:02 CS F Block | 2002 F Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 250.00 | 216.00 |
| Wine:02 CS F Block 1.5L | 2002 F Block Cabernet Sauvignon, Oakville 1.5L | 17.18 | 705.00 | 20.00 |
| Wine:02 MR | 2002 Merlot, Oakville 750ml | 8.59 | 175.00 | 45.00 |
| Wine:02 MR 1.5L | 2002 Merlot, Oakville 1.5L | 17.18 | 350.00 | 133.00 |
| Wine:02 MR 3.0L | 2002 Merlot, Oakville 3.0L | 34.46 | 700.00 | 11.00 |
| Wine:02 MR 6.0L | 2002 Merlot, Oakville 6.0L | 68.72 | 1,400.00 | 8.00 |
| Wine:02 RCS | 2002 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 200.00 | 3.00 |
| Wine:02 RCS 1.5L | 2002 Cabernet Sauvignon Reserve, Oakville 1.5L | 29.84 | 500.00 | 0.00 |
| Wine:02 RCS 3.0L | 2002 Cabernet Sauvignon Reserve, Oakville 3.0L | 59.68 | 1,000.00 | -1.00 |
| Wine:02 RCS 6.0L | 2002 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 2,000.00 | 7.00 |
| Wine:02 SB 375ml | 2002 Sauvignon Blanc, 375ml | 7.22 | 65.00 | 0.00 |
| Wine:03 CS | 2003 Cabernet Sauvignon, Oakville, 750ml | 8.59 | 145.00 | -10.00 |
| Wine:03 CS 1.5L | 2003 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 335.00 | 34.00 |
| Wine:03 CS 3.0L | 2003 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 650.00 | 2.00 |
| Wine:03 CS 375ML | 2003 Cabernet Sauvignon, Oakville 375ml | 4.30 | 65.00 | 1,298.00 |
| Wine:03 CS 6.0L | 2003 Cabernet Sauvignon, Oakville 6.0L | 68.72 | 1,300.00 | 15.00 |
| Wine:03 CS C Block | 2003 C Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 250.00 | 300.00 |
| Wine:03 CS F Block | 2003 F Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 250.00 | 276.00 |
| Wine:03 MR | 2003 Merlot, Oakville, 750ml | 8.59 | 160.00 | 145.00 |
| Wine:03 MR 1.5L | 2003 Merlot, Oakville 1.5L | 17.18 | 325.00 | 81.00 |
| Wine:03 MR 3.0L | 2003 Merlot, Oakville 3.0L | 34.36 | 650.00 | 7.00 |
| Wine:03 MR 6.0L | 2003 Merlot, Oakville 6.0L | 68.72 | 1,300.00 | 11.00 |
| Wine:03 MR D Block | 2003 D Block Merlot, Oakville 750ml | 8.59 | 250.00 | 0.00 |
| Wine:03 MR G Block | 2003 G Block Merlot, Oakville 750ml | 8.59 | 250.00 | 43.00 |
| Wine:03 RCS | 2003 Reserve Cabernet Sauvignon, 750ml | 7.00 | 240.00 | 16.00 |
| Wine:03 RCS 1.5L | 2003 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 475.00 | 5.00 |
| Wine:03 RCS 3.0L | 2003 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 950.00 | 6.00 |
| Wine:03 RCS 6.0L | 2003 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 1,900.00 | 8.00 |
| Wine:04 CS | 2004 Cabernet Sauvignon, Oakville, 750ml | 8.59 | 135.00 | 3,008.00 |
| Wine:04 CS 1.5L | 2004 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 300.00 | 47.00 |
| Wine:04 CS 3.0L | 2004 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 600.00 | 3.00 |
| Wine:04 CS 6.0L | 2004 Cabernet Sauvignon, Oakville 6.0L | 68.72 | 1,200.00 | 13.00 |
| Wine:04 CS C Block | 2004 C Block Cabernet Sauvignon, Oakville 750ml | 8.59 | 250.00 | 264.00 |
| Wine:04 MR | 2004 Merlot, Oakville, 750ml bottle | 8.59 | 145.00 | 108.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---:|---:|---:|
| Wine:04 MR 1.5L | 2004 Merlot, Oakville 1.5L | 17.18 | 300.00 | 57.00 |
| Wine:04 MR 3.0L | 2004 Merlot, Oakville 3.0L | 34.36 | 600.00 | 2.00 |
| Wine:04 MR 6.0L | 2004 Merlot, Oakville 6.0L | 68.72 | 1,200.00 | 11.00 |
| Wine:04 MR D Block | 2004 D Block Merlot, Oakville 750ml | 8.59 | 250.00 | 264.00 |
| Wine:04 MR G Block | 2004 G Block Merlot, Oakville 750ml | 8.59 | 250.00 | 276.00 |
| Wine:04 PV | 2004 Petit Verdot, Oakville 750ml | 8.59 | 135.00 | 130.00 |
| Wine:04 PV B Block | 2004 B Block Petit Verdot, Oakville 750ml | 8.59 | 250.00 | 0.00 |
| Wine:04 RCS | 2004 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 225.00 | 138.00 |
| Wine:04 RCS 1.5L | 2004 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 450.00 | 50.00 |
| Wine:04 RCS 3.0L | 2004 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 900.00 | 9.00 |
| Wine:04 RCS 6.0L | 2004 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 1,800.00 | 8.00 |
| Wine:04 Sons | 2004 Sons 750ml | 8.59 | 215.00 | 40.00 |
| Wine:05 CS | 2005 Cabernet Sauvignon, Oakville, 750ml | 8.59 | 125.00 | 9,979.00 |
| Wine:05 CS 1.5L | 2005 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 275.00 | 44.00 |
| Wine:05 CS 3.0L | 2005 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 550.00 | 19.00 |
| Wine:05 CS 6.0L | 2005 Cabernet Sauvignon, Oakville 6.0L | 68.72 | 1,100.00 | 16.00 |
| Wine:05 CS E Block | 2005 Cabernet Sauvignon E Block, Oakville, 750ml | 8.59 | 75.00 | 0.00 |
| Wine:05 CS E Ranch | 2005 Escher Ranch Cabernet, Rutherford (E Ranch) | 30.00 | 135.00 | 0.00 |
| Wine:05 CS F Block | 2005 Cabernet Sauvignon F Block, Oakville, 750ml | 8.59 | 75.00 | 0.00 |
| Wine:05 MR | 2005 Merlot, Oakville 750ml | 8.59 | 115.00 | 666.00 |
| Wine:05 MR 1.5L | 2005 Merlot, Oakville 1.5L | 17.18 | 275.00 | 55.00 |
| Wine:05 MR 3.0L | 2005 Merlot, Oakville 3.0L | 34.36 | 550.00 | 6.00 |
| Wine:05 MR 6.0L | 2005 Merlot, Oakville 6.0L | 68.72 | 1,100.00 | 9.00 |
| Wine:05 MR D Block | 2005 Merlot D Block, Oakville 750ml | 8.59 | 45.00 | 288.00 |
| Wine:05 PV | 2005 Petit Verdot, Oakville 750ml | 8.59 | 130.00 | 128.00 |
| Wine:05 PV B Block | 2005 Petit Verdot B Block, Oakville 750ml | 8.59 | 50.00 | 0.00 |
| Wine:05 RCS | 2005 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 205.00 | 167.00 |
| Wine:05 RCS 1.5L | 2005 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 425.00 | 43.00 |
| Wine:05 RCS 3.0L | 2005 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 850.00 | 5.00 |
| Wine:05 RCS 6.0L | 2005 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 1,700.00 | 8.00 |
| Wine:05 SB | 2005 Sauvignon Blanc, Oakville 750ml | 7.22 | 145.00 | 46.00 |
| Wine:06 CS | 2006 Cabernet Sauvignon, Oakville 750ml | 8.59 | 125.00 | 11,092.00 |
| Wine:06 CS 1.5L | 2006 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 250.00 | 30.00 |
| Wine:06 CS 3.0L | 2006 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 500.00 | 10.00 |
| Wine:06 CS 6.0L | 2006 Cabernet Sauvignon, Oakville 6.0L | 68.72 | 1,000.00 | 8.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:06 CS E Block | 2006 Cabernet Sauvignon E Block, Oakville, 750ml | 8.56 | 75.00 | 588.00 |
| Wine:06 CS E Ranch | 2006 Escher Ranch Cabernet, Rutherford (E Ranch) | 30.00 | 120.00 | 0.00 |
| Wine:06 CS KW | 2006 KW Cabernet Sauvignon, 750ml | 8.59 | 100.00 | 0.00 |
| Wine:06 MR | 2006 Merlot, Oakville 750ml | 8.56 | 115.00 | 4,511.00 |
| Wine:06 MR 1.5L | 2006 Merlot, Oakville 1.5L | 17.18 | 250.00 | 30.00 |
| Wine:06 MR 3.0L | 2006 Merlot, Oakville 3.0L | 34.36 | 500.00 | 7.00 |
| Wine:06 MR 6.0L | 2006 Merlot, Oakville 6.0L | 68.72 | 1,000.00 | 9.00 |
| Wine:06 MR D Block | 2006 Merlot D Block, Oakville 750ml | 8.56 | 45.00 | 300.00 |
| Wine:06 PV | 2006 Petit Verdot, Oakville 750ml | 8.56 | 125.00 | 584.00 |
| Wine:06 PV B Block | 2006 Petit Verdot B Block, Oakville 750ml | 8.56 | 250.00 | 300.00 |
| Wine:06 RCS | 2006 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 205.00 | 2,024.00 |
| Wine:06 RCS 1.5L | 2006 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 400.00 | 52.00 |
| Wine:06 RCS 3.0L | 2006 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 800.00 | 16.00 |
| Wine:06 RCS 6.0L | 2006 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 1,600.00 | 10.00 |
| Wine:06 SB | 2006 Sauvignon Blanc, Oakville 750ml | 7.22 | 130.00 | 0.00 |
| Wine:06 Sons | 2006 Sons, 750ml | 8.56 | 195.00 | 1,487.00 |
| Wine:06 Sons 1.5L | 2006 Sons 1.5L | 17.18 | 225.00 | 58.00 |
| Wine:07 CS | 2007 Cabernet Sauvignon, Oakville 750ml | 8.56 | 115.00 | 5,745.00 |
| Wine:07 CS 1.5L | 2007 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 130.00 | 27.00 |
| Wine:07 CS 3.0L | 2007 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 260.00 | 11.00 |
| Wine:07 CS 6.0L | 2007 Cabernet Sauvignon, Oakville 6.0L | 68.72 | 520.00 | 10.00 |
| Wine:07 CS E Ranch | 2007 Escher Ranch Cabernet, Rutherford (E Ranch) | 8.56 | 105.00 | 8.00 |
| Wine:07 MR | 2007 Merlot, Oakville 750ml | 8.56 | 115.00 | 3,430.00 |
| Wine:07 MR 1.5L | 2007 Merlot, Oakville 1.5L | 17.18 | 125.00 | 30.00 |
| Wine:07 MR 3.0L | 2007 Merlot, Oakville 3.0L | 34.36 | 250.00 | 9.00 |
| Wine:07 MR 6.0L | 2007 Merlot, Oakville 6.0L | 68.72 | 500.00 | 10.00 |
| Wine:07 PN | 93,5 | 3.49 | 195.00 | 2.00 |
| Wine:07 PV | 2007 Petit Verdot, Oakville 750ml | 8.56 | 125.00 | 443.00 |
| Wine:07 RCS | 2007 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 195.00 | 1,739.00 |
| Wine:07 RCS 1.5L | 2007 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 400.00 | 29.00 |
| Wine:07 RCS 3.0L | 2007 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 600.00 | 14.00 |
| Wine:07 RCS 6.0L | 2007 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 900.00 | 9.00 |
| Wine:07 SB | 2007 Sauvignon Blanc, Oakville 750ml | 7.22 | 115.00 | 0.00 |
| Wine:07 Sons | 2007 Sons 750ml | 8.56 | 195.00 | 7,761.00 |
| Wine:07 Sons 1.5L | 2007 Sons 1.5L | 17.18 | 395.00 | 11.00 |
| Wine:07 Sons 6.0L | 2007 Sons, 6.0L | 68.40 | 1,600.00 | 12.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:08 CS | 2008 Cabernet Sauvignon, Oakville 750ml | 8.56 | 115.00 | 2,294.00 |
| Wine:08 CS 1.5L | 2008 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 130.00 | 55.00 |
| Wine:08 CS 3.0L | 2008 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 260.00 | 15.00 |
| Wine:08 CS 6.0L | 2008 Cabernet Sauvignon, Oakville 6.0L | 68.72 | 520.00 | 9.00 |
| Wine:08 CS E Block | 2008 Cabernet Sauvignon E Block, 750ml | 8.56 | 195.00 | 648.00 |
| Wine:08 CS E Ranch | 2008 Escher Ranch Cabernet, Rutherford (E Ranch) | 8.56 | 100.00 | 23.00 |
| Wine:08 CS SH 1.5L | 2008 Cabernet Sauvignon, St. Helena 1.5L | 17.18 | 195.00 | 18.00 |
| Wine:08 GW | 2008 Gewurztraminer, Sonoma 750ml | 20.00 | 115.00 | -1.00 |
| Wine:08 MR | 2008 Merlot, 750ml | 8.56 | 115.00 | 743.00 |
| Wine:08 MR 1.5L | 2008 Merlot, 1.5L | 17.18 | 125.00 | 60.00 |
| Wine:08 MR 3.0L | 2008 Merlot, 3.0L | 34.36 | 250.00 | 7.00 |
| Wine:08 MR 6.0L | 2008 Merlot, 6.0L | 68.72 | 500.00 | 10.00 |
| Wine:08 PV | 2008 Petit Verdot, Oakville 750ml | 8.56 | 115.00 | 479.00 |
| Wine:08 RCS | 2008 Reserve Cabernet, Oakville 750ml | 14.92 | 195.00 | 1,948.00 |
| Wine:08 RCS 1.5L | 2008 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 390.00 | 60.00 |
| Wine:08 RCS 3.0L | 2008 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 600.00 | 15.00 |
| Wine:08 RCS 6.0L | 2008 Reserve Cabernet Sauvignon, Oakville 6.0L | 119.36 | 1,560.00 | 10.00 |
| Wine:08 Sons | 2008 Sons 750ml | 8.56 | 195.00 | 8,707.00 |
| Wine:08 WCS 1.5L | 2008 St. Helena Cabernet Sauvignon 1.5L | 17.18 | 75.00 | 13.00 |
| Wine:08 WCS 6.0L | 2008 St. Helena Cabernet Sauvignon 6.0L | 93.50 | 800.00 | 3.00 |
| Wine:09 CS | 2009 Cabernet Sauvignon, Oakville 750ml | 8.56 | | 11,116.00 |
| Wine:09 CS 1.5L | 2009 Cabernet Sauvignon, 1.5L | 17.18 | 130.00 | 27.00 |
| Wine:09 CS 3.0L | 2009 Cabernet Sauvignon, Oakville 3.0L | 34.36 | 600.00 | 15.00 |
| Wine:09 CS 6.0L | 2009 Cabernet Sauvignon, Oakville 6L | 68.72 | 520.00 | 9.00 |
| Wine:09 CS E Block | 2009 Cabernet Sauvignon E Block, 750ml | 8.56 | 195.00 | 335.00 |
| Wine:09 CS E Ranch | 2009 Cabernet Sauvignon E Ranch | 8.56 | 75.00 | 13.00 |
| Wine:09 CS KW | 2009 KW Cabernet Sauvignon, 750ml | 8.59 | 100.00 | 132.00 |
| Wine:09 GW | 2009 Gewurztraminer, Sonoma 750ml | 20.00 | 100.00 | 4.00 |
| Wine:09 MR | 2009 Merlot, 750ml | 8.56 | 65.00 | 1,328.00 |
| Wine:09 MR 1.5L | 2009 Merlot, 1.5L | 17.18 | 125.00 | 30.00 |
| Wine:09 MR 3.0L | 2009 Merlot, 3.0L | 34.36 | 250.00 | 8.00 |
| Wine:09 MR 6.0L | 2009 Merlot, 6.0L | 68.72 | 500.00 | 10.00 |
| Wine:09 PV | 2009 Petit Verdot, Oakville 750ml | 8.56 | 115.00 | 582.00 |
| Wine:09 RCS | 2009 Reserve Cabernet Sauvignon, 750ml | 8.56 | 150.00 | 1,687.00 |
| Wine:09 RCS 1.5L | 2009 Reserve Cabernet Sauvignon, 1.5L | 29.84 | 130.00 | 29.00 |
| Wine:09 RCS 3.0L | 2009 Reserve Cabernet Sauvignon, 3.0L | 59.68 | 260.00 | 16.00 |
| Wine:09 RCS 6.0L | 2009 Reserve Cabernet Sauvignon, 6.0L | 119.36 | 520.00 | 10.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:09 SB | 2009 Sauvignon Blanc, Oakville 750ml | 7.22 | 100.00 | 553.00 |
| Wine:09 Sons | 2009 Sons 750ml | 8.56 | 150.00 | 6,273.00 |
| Wine:09 Sons 1.5L | 2009 Sons 1.5L | 17.18 | 200.00 | 234.00 |
| Wine:10 CH -1 | 2010 Chardonnay, Oakville 750ml | 9.55 | 100.00 | 12.00 |
| Wine:10 CS | 2010 Cabernet Sauvignon, Oakville 750ml | 8.56 | 115.00 | 13,356.00 |
| Wine:10 CS 1.5L | 2010 Cabernet Sauvignon, 1.5L | 17.18 | 75.00 | 48.00 |
| Wine:10 CS 3.0L | 2010 Cabernet Sauvignon, 3.0L | 34.36 | 375.00 | 15.00 |
| Wine:10 CS 6.0L | 2010 Cabernet Sauvignon, 6.0L | 68.72 | 75.00 | 10.00 |
| Wine:10 CS E Block | 2010 Cabernet Sauvignon E Block, 750ml | 8.56 | 115.00 | 564.00 |
| Wine:10 KVCS | 2010 KV Cabernet Sauvignon, 750ml | 8.59 | 100.00 | 672.00 |
| Wine:10 MR | 2010 Merlot, 750ml | 8.56 | 65.00 | 7,392.00 |
| Wine:10 MR 1.5L | 2010 Merlot, 1.5L | 17.18 | 65.00 | 60.00 |
| Wine:10 MR 3.0L | 2010 Merlot, 3.0L | 34.36 | 65.00 | 8.00 |
| Wine:10 MR 6.0L | 2010 Merlot, 6.0L | 68.72 | 65.00 | 10.00 |
| Wine:10 PV | 2010 Petit Verdot, Oakville 750ml | 8.56 | 50.00 | 1,788.00 |
| Wine:10 RCS | 2010 Reserve Cabernet Sauvignon, 750ml | 14.92 | 195.00 | 2,085.00 |
| Wine:10 RCS 1.5L | 2010 Reserve Cabernet Sauvignon, 1.5L | 29.84 | 150.00 | 35.00 |
| Wine:10 RCS 3.0L | 2010 Reserve Cabernet Sauvignon, 3.0L | 59.68 | 150.00 | 15.00 |
| Wine:10 RCS 6.0L | 2010 Reserve Cabernet Sauvignon, 6.0L | 119.36 | 150.00 | 10.00 |
| Wine:10 RKCS | 2010 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 8.56 | 275.00 | 17.00 |
| Wine:10 RKCS 1.5L | 2010 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 1.5L | 8.56 | 625.00 | -1.00 |
| Wine:10 RKCS 3.0L | 2010 Rawson Kelham Commemorative Cabernet Sauvignon, 3.0 LT | 15.00 | 1,800.00 | 9.00 |
| Wine:10 RKCS 6L | 2010 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 6L | 8.56 | 2,500.00 | 1.00 |
| Wine:10 SB | 2010 Sauvignon Blanc, Oakville 750ml | 7.22 | 62.50 | 91.00 |
| Wine:10 Sons | 2010 Sons, 750ml | 8.56 | 195.00 | 2,878.00 |
| Wine:10 Sons 3.0L | 2010 Sons, 3.0L | 55.92 | 780.00 | 12.00 |
| Wine:10 Sons 6.0L | 2010 Sons, 6.0L | 55.92 | 1,560.00 | 21.00 |
| Wine:10 WCS 3.0L | 2010 St Helena Winery Cabernet Sauvignon 3.0L | 34.36 | 300.00 | 2.00 |
| Wine:10 White Port | 2010 White Port, 375ml | 3.61 | 195.00 | 112.00 |
| Wine:11 Barbera | 2011 Barbera | 8.56 | 115.00 | 49.00 |
| Wine:11 CF | 2011 Cabernet Franc, 750ml | 8.56 | 75.00 | 335.00 |
| Wine:11 CH | 2011 Chardonnay, 750ml | 7.22 | 100.00 | 0.00 |
| Wine:11 CS | 2011 Cabernet Sauvignon, Oakville 750ml | 8.56 | 100.00 | 3,190.00 |
| Wine:11 CS 1.5L | 2011 Cabernet Sauvignon, 1.5L | 17.18 | 200.00 | 59.00 |
| Wine:11 CS 3.0L | 2011 Cabernet Sauvignon, 3.0L | 34.36 | 400.00 | 15.00 |
| Wine:11 CS 6.0L | 2011 Cabernet Sauvignon, 6.0L | 68.72 | 800.00 | 10.00 |
| Wine:11 CS E Ranch | 2011 Cabernet Sauvignon E Ranch | 8.56 | 115.00 | 127.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:11 KWCS E Ranch | 2011 Cabernet Sauvignon E Ranch, 750ml | 12.79 | 115.00 | 120.00 |
| Wine:11 MB | 2011 Malbec, 750ml | 8.56 | 125.00 | -77.00 |
| Wine:11 MR | 2011 Merlot, 750ml | 8.56 | 65.00 | 3,168.00 |
| Wine:11 MR 1.5L | 2011 Merlot, 1.5L | 17.18 | 65.00 | 60.00 |
| Wine:11 MR 3.0L | 2011 Merlot, 3.0L | 34.36 | 65.00 | 10.00 |
| Wine:11 MR 6.0L | 2011 Merlot, 6.0L | 68.72 | 65.00 | 5.00 |
| Wine:11 PSY | 2011 Petit Syrah, Dunnigan Hills, 750ml Bottle | 8.56 | 135.00 | 38.00 |
| Wine:11 PV | 2011 Petit Verdot, Oakville 750ml | 8.56 | 50.00 | 5,136.00 |
| Wine:11 RCS | 2011 Reserve Cabernet Sauvignon, 750ml | 14.92 | 150.00 | 1,200.00 |
| Wine:11 RCS 1.5L | 2011 Reserve Cabernet Sauvignon, 1.5L | 29.84 | 150.00 | 60.00 |
| Wine:11 RCS 3.0L | 2011 Reserve Cabernet Sauvignon, 3.0L | 59.68 | 150.00 | 15.00 |
| Wine:11 RCS 6.0L | 2011 Reserve Cabernet Sauvignon, 6.0L | 119.36 | 150.00 | 9.00 |
| Wine:11 Red Blend | 2011 Red Wine Blend (Cellar Scraps), 750ml Bottle | 8.56 | 75.00 | 1,188.00 |
| Wine:11 RKCS | 2011 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 8.56 | 275.00 | 2,789.00 |
| Wine:11 RKCS 1.5L | 2011 Rawson Kelham Commomemorative Cabernet Sauvignon, Oakville 1.5L | 8.56 | 750.00 | 11.00 |
| Wine:11 RKCS 3.0L | 2011 Rawson Kelham Commomemorative Cabernet Sauvignon, Oakville 3.0L | 8.56 | 750.00 | 11.00 |
| Wine:11 RKCS 6.0L | 2011 Rawson Kelham Commomemorative Cabernet Sauvignon, Oakville 6.0L | 8.56 | 750.00 | 6.00 |
| Wine:11 SB | 2011 Sauvignon Blanc, 750ml | 7.22 | 100.00 | 1,177.00 |
| Wine:11 Sons | 2011 Sons, 750ml | 8.56 | 100.00 | 3,696.00 |
| Wine:11 Sons 1.5L | 2011 Sons,1.5L | 17.18 | 225.00 | 36.00 |
| Wine:11 Sons 3.0L | 2011 Sons, 3.0L | 17.18 | 225.00 | 10.00 |
| Wine:11 Sons 6.0L | 2011 Sons, 6.0L | 120.00 | 1,560.00 | 6.00 |
| Wine:11 SV | 2011 Sangiovese, Green Valley 750ml | 8.56 | 115.00 | 13.00 |
| Wine:11 WCS | 2011 St. Helena Winery Cabernet Sauvignon, 750ml | 8.56 | 45.00 | 150.00 |
| Wine:12 CF | 2012 Cabernet Franc, 750ml | 8.56 | 115.00 | 2,842.00 |
| Wine:12 CF 3.0L | 2012 Cabernet Franc, 3.0L | 59.68 | 900.00 | 0.00 |
| Wine:12 CH | 2012 Chardonnay, 750ml | 7.22 | 100.00 | 1,507.00 |
| Wine:12 CH KV | 2012 Chardonay, St. Helena 750ml | 9.75 | 100.00 | 2,214.00 |
| Wine:12 CS KV 6.0L | 2012 KW Red Wine Blend 6.0L | 68.72 | 700.00 | -5.00 |
| Wine:12 CS KW | 2012 KW Red Wine Blend, 750ml | 8.56 | 75.00 | 18,588.00 |
| Wine:12 CS KW 1.5L | 2012 KW Red Wine Blend 1.5L | 25.58 | 75.00 | 51.00 |
| Wine:12 CS KW 12.0L | 2012 KW Red Wine Blend 12.0L | 204.64 | 0.00 | 1.00 |
| Wine:12 CS KW 18.0L | 2012 KW Red Wine Blend 18.0L | 306.96 | 0.00 | 2.00 |
| Wine:12 CS KW 3.0L | 2012 KW Red Wine Blend 3.0L | 51.16 | 0.00 | -27.00 |
| Wine:12 CS KW 9.0L | 2012 KW Red Wine Blend 9.0L | 102.32 | 0.00 | 6.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---:|---:|---:|
| Wine:12 CSKV | 2012 Cabernet Sauvignon, 750ml | 8.56 | 75.00 | 10,035.00 |
| Wine:12 CSKV 1.5L | 2012 Cabernet Sauvignon, 1.5L | 17.18 | 75.00 | 56.00 |
| Wine:12 CSKV 3.0L | 2012 Cabernet Sauvignon, 3.0L | 34.36 | 75.00 | 8.00 |
| Wine:12 CSKV 6.0L | 2012 Cabernet Sauvignon, 6.0L | 68.72 | 75.00 | 10.00 |
| Wine:12 MB | 2012 Malbec, 750ml | 8.56 | 115.00 | 4,032.00 |
| Wine:12 MB 1.5L | 2012 Malbec, 1.5L | 0.00 | 250.00 | -3.00 |
| Wine:12 MR | 2012 Merlot, 750ml | 8.56 | 65.00 | 6,656.00 |
| Wine:12 MR 1.5L | 2012 Merlot, 1.5L | 17.18 | 65.00 | 54.00 |
| Wine:12 MR 3.0L | 2012 Merlot, 3.0L | 34.36 | 65.00 | 10.00 |
| Wine:12 MR 6.0L | 2012 Merlot, 6.0L | 68.72 | 65.00 | 5.00 |
| Wine:12 PN | 2012 Pinot Noir, 750ml | 3.49 | 180.00 | 5.00 |
| Wine:12 RCS | 2012 Reserve Cabernet Sauvignon, 750ml | 14.92 | 150.00 | 3,485.00 |
| Wine:12 RCS 1.5L | 2012 Reserve Cabernet Sauvignon, 1.5L | 29.84 | 150.00 | 60.00 |
| Wine:12 RCS 3.0L | 2012 Reserve Cabernet Sauvignon, 3.0L | 59.68 | 150.00 | 15.00 |
| Wine:12 RCS 6.0L | 2012 Reserve Cabernet Sauvignon, 6.0L | 119.36 | 150.00 | 10.00 |
| Wine:12 RKCS | 2012 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 8.56 | 95.00 | 4,361.00 |
| Wine:12 RKCS 1.5L | 2012 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 1.5L | 17.12 | 550.00 | 36.00 |
| Wine:12 RKCS 3.0L | 2012 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 3.0L | 51.00 | 1,100.00 | 12.00 |
| Wine:12 RKCS 6.0L | 2012 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 6.0L | 102.00 | 2,200.00 | 6.00 |
| Wine:12 SB | 2012 Sauvignon Blanc, 750ml | 7.22 | 50.00 | 1,649.00 |
| Wine:12 Sons | 2012 Sons, 750ml | 8.56 | 100.00 | 4,854.00 |
| Wine:12 Sons 1.5L | 2012 Sons, 1.5L | 17.18 | 225.00 | 36.00 |
| Wine:12 Sons 3.0L | 2012 Sons, 3.0L | 56.12 | 780.00 | 12.00 |
| Wine:12 Sons 6.0L | 2012 Sons, 6.0L | 112.24 | 1,560.00 | 6.00 |
| Wine:13 CFKV | 2013 Cabernet Franc, 750ml | 8.56 | 115.00 | 4,368.00 |
| Wine:13 CFKV 1.5L | 2013 Cabernet Franc 1.5L | 29.84 | 250.00 | 36.00 |
| Wine:13 CS | 2013 Cabernet Sauvignon, 750ml | 8.56 | 75.00 | 8,397.00 |
| Wine:13 CS 1.5L | 2013 Cabernet Sauvignon, 1.5L | 17.18 | 75.00 | 59.00 |
| Wine:13 CS 3.0L | 2013 Cabernet Sauvignon, 3.0L | 51.88 | 460.00 | 15.00 |
| Wine:13 CS 6.0L | 2013 Cabernet Sauvignon, 6.0L | 103.60 | 920.00 | 10.00 |
| Wine:13 CS E Ranch | 2013 E-Ranch Cabernet Sauvignon | 8.56 | 115.00 | 264.00 |
| Wine:13 MB | 2013 Malbec, 750ml | 8.56 | 115.00 | 3,695.00 |
| Wine:13 MB 1.5L | 2013 Malbec, 1.5L | 17.12 | 250.00 | 34.00 |
| Wine:13 MR | 2013 Merlot, 750ml | 8.56 | 65.00 | 9,240.00 |
| Wine:13 MR 1.5L | 2013 Merlot, Oakville 1.5L | 17.18 | 125.00 | 48.00 |
| Wine:13 MR 3.0L | 2013 Merlot, Oakville 3.0L | 51.84 | 460.00 | 10.00 |
| Wine:13 MR 6.0L | 2013 Merlot, Oakville 6.0L | 103.68 | 920.00 | 5.00 |
| Wine:13 RCS | 2013 Reserve Cabernet Sauvignon, 750ml | 14.92 | 150.00 | 2,052.00 |
| Wine:13 RCS 1.5L | 2013 Reserve Cabernet Sauvignon, 1.5L | 29.84 | 150.00 | 36.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:13 RCS 3.0L | 2013 Reserve Cabernet Sauvignon, 3.0L | 51.60 | 780.00 | 20.00 |
| Wine:13 RCS 6.0L | 2013 Reserve Cabernet Sauvignon, 6.0L | 103.20 | 1,560.00 | 10.00 |
| Wine:13 Red Blend 6.0L | 2013 Red Blend, 6.0L | 68.72 | 520.00 | 8.00 |
| Wine:13 Red Wine | 2013 Red Wine, 750ml | 8.56 | 75.00 | 1,164.00 |
| Wine:13 RKCS | 2013 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 8.56 | 275.00 | 1,511.00 |
| Wine:13 RKCS 1.5L | 2013 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 1.5L | 17.12 | 550.00 | 42.00 |
| Wine:13 RKCS 3.0L | 2013 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 3.0L | 57.08 | 1,100.00 | 0.00 |
| Wine:13 RKCS 6.0L | 2013 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 6.0L | 114.16 | 2,200.00 | 3.00 |
| Wine:13 Sons | 2013 Sons, 750ml | 8.56 | 195.00 | 3,695.00 |
| Wine:13 Sons 1.5L | 2013 Sons, 1.5L | 17.18 | 225.00 | 30.00 |
| Wine:13 Sons 3.0L | 2013 Sons, 3.0L | 34.24 | 780.00 | 5.00 |
| Wine:13 Sons 6.0L | 2013 Sons, 6.0L | 17.18 | 225.00 | 3.00 |
| Wine:13 YOLO CH -1 | 2013 YOLO Chardonnay, 750ml | 9.74 | 100.00 | 5,412.00 |
| Wine:14 CF | 2014 Cabernet Franc, 750ml | 8.56 | 115.00 | 1,436.00 |
| Wine:14 CF 1.5L | 2014 Cabernet Franc, 1.5L | 0.00 | 250.00 | 30.00 |
| Wine:14 CF 3.0L | 2014 Cabernet Franc, 3.0L | 61.04 | 500.00 | 4.00 |
| Wine:14 CF 6.0L | 2014 Cabernet Franc, 6.0L | 122.08 | 1,000.00 | 3.00 |
| Wine:14 CS | 2014 Cabernet Sauvignon, 750ml | 8.56 | 115.00 | 5,028.00 |
| Wine:14 CS 1.5L | 2014 Cabernet Sauvignon, 1.5L | 26.36 | 230.00 | 29.00 |
| Wine:14 CS 3.0L | 2014 Cabernet Sauvignon, 3.0L | 52.72 | 460.00 | 15.00 |
| Wine:14 CS 6.0L | 2014 Cabernet Sauvignon, 6.0L | 105.44 | 920.00 | 10.00 |
| Wine:14 CS E Ranch | 2014 E-Ranch Cabernet Sauvignon | 8.56 | 115.00 | 46.00 |
| Wine:14 MB | 2014 Malbec, 750ml | 8.56 | 115.00 | 1,470.00 |
| Wine:14 MB 1.5L | 2014 Malbec, 1.5L | 0.00 | 250.00 | 30.00 |
| Wine:14 MB 3.0L | 2014 Malbec, 3.0L | 52.88 | 500.00 | 5.00 |
| Wine:14 MB 6.0L | 2014 Malbec, 6.0L | 105.75 | 100.00 | 3.00 |
| Wine:14 MR | 2014 Merlot, 750ml | 8.56 | 65.00 | 5,405.00 |
| Wine:14 MR 1.5 | 2014 Merlot, 1.5 | 17.12 | 230.00 | 30.00 |
| Wine:14 MR 3.0L | 2014 Merlot, 3.0L | 52.76 | 460.00 | 10.00 |
| Wine:14 MR 6.0L | 2014 Merlot, 6.0L | 105.52 | 920.00 | 10.00 |
| Wine:14 RCS | 2014 Reserve Cabernet Sauvignon, 750ml | 14.92 | 150.00 | 2,688.00 |
| Wine:14 RCS 1.5L | 2014 Reserve Cabernet Sauvignon, 1.5L | 29.84 | 390.00 | 30.00 |
| Wine:14 RCS 3.0L | 2014 Reserve Cabernet Sauvignon, 3.0L | 52.52 | 780.00 | 14.00 |
| Wine:14 RCS 6.0L | 2014 Reserve Cabernet Sauvignon, 6.0L | 105.04 | 1,560.00 | 10.00 |
| Wine:14 Red Wine | 2014 Red Wine, 750ml | 8.56 | 75.00 | 1,308.00 |
| Wine:14 Red Wine 3.0L | 2014 Red Wine, 3.0L | 52.24 | 460.00 | 37.00 |
| Wine:14 RKCS | 2014 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 8.56 | 275.00 | 2,842.00 |
| Wine:14 RKCS 1.5L | 2014 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 1.5L | 17.12 | 550.00 | 30.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:14 RKCS 3.0L | 2014 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 3.0L | 58.08 | 1,100.00 | 10.00 |
| Wine:14 RKCS 6.0L | 2014 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 6.0L | 17.12 | 2,200.00 | 6.00 |
| Wine:14 Sons | 2014 Sons, 750ml | 8.56 | 195.00 | 5,417.00 |
| Wine:14 Sons 1.5L | 2014 Sons, 1.5L | 17.12 | 390.00 | 30.00 |
| Wine:14 Sons 3.0L | 2014 Sons, 3.0L | 58.08 | 780.00 | 55.00 |
| Wine:14 Sons 6.0L | 2014 Sons, 6.0L | 116.16 | 1,560.00 | 10.00 |
| Wine:14 T CS UL | 2014 T Cabernet Sauvignon 750ml UL (Paul Tow Unlabeled Wine) | 8.56 | 115.00 | 0.00 |
| Wine:15 CF | 2015 Cabernet Franc, 750ml | 8.56 | 125.00 | 3,672.00 |
| Wine:15 CF 1.5L | 2015 Cabernet Franc, 1.5L | 17.12 | 230.00 | 30.00 |
| Wine:15 CF 3.0L | 2015 Cabernet Franc, 3.0L | 8.56 | 500.00 | 8.00 |
| Wine:15 CF 6.0L | 2015 Cabernet Franc, 6.0L | 2.00 | 1,000.00 | 2.00 |
| Wine:15 CH | 2015 Chardonnay, 750ml | 7.22 | 100.00 | 3,564.00 |
| Wine:15 CH KV | 2015 Chardonnay, St. Helena 750ml | 9.91 | 100.00 | 527.00 |
| Wine:15 CS | 2015 Cabernet Sauvignon, 750ml | 8.56 | 115.00 | 5,796.00 |
| Wine:15 CS 1.5L | 2015 Cabernet Sauvignon, 1.5L | 17.12 | 230.00 | 60.00 |
| Wine:15 CS 3.0L | 2015 Cabernet Sauvignon, 3.0L | 53.64 | 460.00 | 15.00 |
| Wine:15 CS 6.0L | 2015 Cabernet Sauvignon, 6.0L | 107.28 | 920.00 | 9.00 |
| Wine:15 CS E Ranch 3.0L | 2015 Escher Ranch Cabernet, Rutherford 3.0L | 52.20 | 460.00 | 25.00 |
| Wine:15 MB | 2015 Malbec, 750ml | 8.56 | 125.00 | 2,628.00 |
| Wine:15 MB 1.5L | 2015 Malbec, 1.5L | 17.12 | 230.00 | 30.00 |
| Wine:15 MB 3.0L | 2015 Malbec, 3.0L | 53.80 | 500.00 | 3.00 |
| Wine:15 MR | 2015 Merlot, 750ml | 8.56 | 115.00 | 4,368.00 |
| Wine:15 MR 1.5L | 2015 Merlot, 1.5L | 17.12 | 230.00 | 30.00 |
| Wine:15 MR 3.0L | 2015 Merlot, 3.0L | 53.68 | 460.00 | 10.00 |
| Wine:15 MR 6.0L | 2015 Merlot, 6.0L | 107.36 | 920.00 | 10.00 |
| Wine:15 RCS | 2015 Reserve Cabernet Sauvignon, 750ml | 14.92 | 195.00 | 1,584.00 |
| Wine:15 RCS 1.5L | 2015 Reserve Cabernet Sauvignon, 1.5L | 17.12 | 390.00 | 30.00 |
| Wine:15 RCS 3.0L | 2015 Reserve Cabernet Sauvignon, 3.0L | 53.44 | 780.00 | 30.00 |
| Wine:15 RCS 6.0L | 2015 Reserve Cabernet Sauvignon, 6.0L | 106.88 | 1,560.00 | 11.00 |
| Wine:15 Red Wine | 2015 Red Wine Blend 750ml | 8.56 | 100.00 | 1,944.00 |
| Wine:15 RKCS | 2015 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 8.56 | 275.00 | 1,680.00 |
| Wine:15 RKCS 1.5L | 2015 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 1.5L.. | 29.84 | 590.00 | 36.00 |
| Wine:15 RKCS 3.0L | 2015 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 3.0L | 118.16 | 1,100.00 | 12.00 |
| Wine:15 RKCS 6.0L | 2015 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 6.0L | 118.16 | 2,200.00 | 5.00 |
| Wine:15 SH Chard | 2015 SH Chardonnay 750ml | 7.22 | 100.00 | 4,595.00 |
| Wine:15 Sons | 2015 Sons, 750ml | 8.56 | 100.00 | 3,696.00 |
| Wine:15 Sons 3.0L | 2015 Sons, 3.0L | 59.08 | 195.00 | 18.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---:|---:|---:|
| Wine:15 Sons 6.0L | 2015 Sons, 6.0L | 118.16 | 1,569.00 | 6.00 |
| Wine:15 SV | 2015 Sangiovese, 750ML | 8.56 | 125.00 | 1,636.00 |
| Wine:15 SV 3.0L | 2015 Sangiovese, 3.0L | 53.50 | 500.00 | 7.00 |
| Wine:16 CF | 2016 Cabernet Franc, 750ml | 13.92 | 125.00 | 3,696.00 |
| Wine:16 CF 1.5L | 2016 Cabernet Franc, 1.5L | 27.84 | 230.00 | 30.00 |
| Wine:16 CF 3.0L | 2016 Cabernet Franc, 3.0L | 63.20 | 500.00 | 6.00 |
| Wine:16 CH | 2016 Chardonnay 750ml | 7.22 | 100.00 | 1,847.00 |
| Wine:16 CS 1.5L | 2016 Cabernet Sauvignon, 1.5L.. | 54.56 | 230.00 | 30.00 |
| Wine:16 CS 3.0L | 2016 Cabernet Sauvignon, 3.0L | 54.56 | 460.00 | 14.00 |
| Wine:16 CS 6.0L | 2016 Cabernet Sauvignon, 6.0L | 109.12 | 920.00 | 10.00 |
| Wine:16 CS E Ranch | 2016 Escher Ranch Cabernet, Rutherford (E Ranch), 750ml | 14.41 | 100.00 | 276.00 |
| Wine:16 KVCS | 2016 Cabernet Sauvignon, 750ml | 13.97 | 115.00 | 6,720.00 |
| Wine:16 KVCSR 3.0L | 2016 KVW Red Wine, 3.0L | 8.00 | 75.00 | 0.00 |
| Wine:16 KVRW2 3YR | 2016 KV 3 Year Red Wine, 750ml.. | 14.12 | 1,000.00 | 2,208.00 |
| Wine:16 MB | 2016 Malbec, 750ml | 13.92 | 125.00 | 3,684.00 |
| Wine:16 MB 1.5L | 2016 Malbec, 1.5L.. | 27.84 | 230.00 | 30.00 |
| Wine:16 MB 3.0L | 2016 Malbec, 3.0L | 54.76 | 500.00 | 6.00 |
| Wine:16 MR | 2016 Merlot, 750ml | 14.27 | 14.27 | 3,612.00 |
| Wine:16 MR 1.5L | 2016 Merlot,1.5L | 14.27 | 230.00 | 30.00 |
| Wine:16 MR 3.0L | 2016 Merlot, 3.0L | 54.60 | 460.00 | 10.00 |
| Wine:16 MR 6.0L | 2016 Merlot, 6.0L | 109.20 | 920.00 | 10.00 |
| Wine:16 RCS | 2016 Reserve Cabernet Sauvignon, 750ml | 14.79 | 275.00 | 2,016.00 |
| Wine:16 RCS 1.5L | 2015 Reserve Cabernet Sauvignon, 1.5L | 14.92 | 390.00 | 30.00 |
| Wine:16 RCS 3.0L | 2016 Reserve Cabernet Sauvignon, 3.0L | 54.36 | 780.00 | 15.00 |
| Wine:16 RCS 6.0L | 2016 Reserve Cabernet Sauvignon, 6.0L | 108.72 | 1,560.00 | 10.00 |
| Wine:16 RKCS | 2016 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 14.16 | 275.00 | 2,184.00 |
| Wine:16 RKCS 3.0L | 2016 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 3.0L | 60.12 | 1,100.00 | 8.00 |
| Wine:16 RW | 2016 Red Wine, 750ml | 13.52 | 100.00 | 4,536.00 |
| Wine:16 RW 3.0L | 2016 Red Wine, 3.0L | 54.08 | 400.00 | 33.00 |
| Wine:16 RW 5.0L | 2016 Red Wine, 5.0L | 87.88 | 500.00 | 24.00 |
| Wine:16 RW 9.0L | 2016 Red Wine, 9.0L | 162.24 | 1,000.00 | 3.00 |
| Wine:16 RW1 | 2016 Red Wine Blend - Higher Acidity Blend | 16.86 | 100.00 | 6,216.00 |
| Wine:16 RW2 | 2016 Red Wine Blend - Lower Acidity Blend | 12.70 | 100.00 | 4,152.00 |
| Wine:16 Sons | 2016 Sons, 750ml | 14.75 | 195.00 | 5,340.00 |
| Wine:16 Sons 1.5L | 16 Sons, 1.5L | 60.12 | 390.00 | 30.00 |
| Wine:16 Sons 3.0L | 2016 Sons, 3.0L | 60.12 | 780.00 | 17.00 |
| Wine:16 Sons 6.0L | 2016 Sons, 6.0L | 120.24 | 560.00 | 10.00 |
| Wine:17 3YR RCS | 2017 3YR Reserve Cabernet Sauvignon.. | 14.95 | 195.00 | 1,332.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:17 3YR RCS 1.5L | 2017 3YR Reserve Cabernet Sauvignon, 1.5L | 29.90 | 390.00 | 30.00 |
| Wine:17 3YR RCS 3.0L | 2017 3YR Reserve Cabernet Sauvignon, 3.0L | 59.80 | 780.00 | 15.00 |
| Wine:17 3YR RCS 6.0L | 2017 3YR Reserve Cabernet Sauvignon, 6.0L | 119.60 | 1,560.00 | 10.00 |
| Wine:17 4YR KVRW-FB-2 | 2017 4YR Red Wine Field Blend-2 | 14.12 | 115.00 | 1,260.00 |
| Wine:17 CF | 2017 Cabernet Franc, 750ml | 13.11 | 125.00 | 3,708.00 |
| Wine:17 CF 1.5L | 2017 Cabernet Franc, 1.5L | 26.22 | 250.00 | 30.00 |
| Wine:17 CF 3.0L | 2017 Cabernet Franc, 3.0L.. | 52.44 | 500.00 | 5.00 |
| Wine:17 CH | 2017 Chardonnay, 750ml | 14.30 | 100.00 | 1,536.00 |
| Wine:17 CH 5.0L | 2017 Chardonnay, 5.0L | 85.80 | 600.00 | 4.00 |
| Wine:17 CS | 2017 Cabernet Sauvignon, 750ml.... | 13.09 | 115.00 | 6,624.00 |
| Wine:17 CS 1.5L | 2017 Cabernet Sauvignon, 1.5L.. | 26.18 | 230.00 | 30.00 |
| Wine:17 CS 3.0L | 2017 Cabernet Sauvignon, 3.0L.. | 52.36 | 460.00 | 6.00 |
| Wine:17 CS 6.0L | 2017 Cabernet Sauvignon, 6.0L | 104.72 | 600.00 | 10.00 |
| Wine:17 KVRW2 3YR | 2017 KV Red Wine-2 3YR | 14.12 | 115.00 | 1,680.00 |
| Wine:17 KVRW2 3YR 1.5L | 2017 KV Red Wine-2 3YR, 1.5L.... | 28.24 | 30.00 | 30.00 |
| Wine:17 KVRW2 3YR 12.0L | 2017 KV Red Wine-2 3YR, 12.0L | 225.92 | 1,840.00 | 5.00 |
| Wine:17 KVRW2 3YR 9.0L | 2017 KV Red Wine-2 3YR, 9.0L | 16.44 | 1,380.00 | 2.00 |
| Wine:17 KW Red Wine | 2017 KWRW, 750ml.. | 15.80 | 100.00 | 4,284.00 |
| Wine:17 KW Red Wine 1.5L | 2017 KWRW, 1.5L.. | 31.60 | 200.00 | 750.00 |
| Wine:17 KW Red Wine 9.0L | 2017 KWRW, 9.0L.. | 189.60 | 1,200.00 | 6.00 |
| Wine:17 MB | 2017 Malbec, 750ml | 13.22 | 125.00 | 2,016.00 |
| Wine:17 MB 1.5L | 2017 Malbec, 1.5L | 26.44 | 250.00 | 30.00 |
| Wine:17 MB 3.0L | 2017 Malbec, 3.0L | 52.88 | 500.00 | 5.00 |
| Wine:17 MR | 2017 Merlot, 750ml | 13.34 | 115.00 | 2,016.00 |
| Wine:17 MR 1.5ML | 2017 Merlot, 1.5L | 26.68 | 220.00 | 30.00 |
| Wine:17 MR 3.0L | 2017 Merlot, 3.0L | 53.36 | 460.00 | 15.00 |
| Wine:17 MR 6.0L | 2017 Merlot, 6.0L | 106.72 | 920.00 | 10.00 |
| Wine:17 PN | 2017 Pinot Noir, 750ml | 14.00 | 125.00 | 419.00 |
| Wine:17 RKCS | 2017 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville, 750ml.. | 14.68 | 295.00 | 1,740.00 |
| Wine:17 RKCS 1.5L | 2017 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 1.5L.. | 29.36 | 550.00 | 30.00 |
| Wine:17 RKCS 3.0L | 2017 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 3.0L.. | 58.72 | 1,100.00 | 10.00 |
| Wine:17 Rose | 2017 NV Rose, 750ml | 7.00 | 115.00 | -1.00 |
| Wine:17 Sons | 2017 Sons, 750ml | 14.03 | 195.00 | 3,744.00 |
| Wine:17 Sons 1.5L | 2017 Sons, 1.5L | 28.06 | 390.00 | 30.00 |
| Wine:17 Sons 3.0L | 2017 Sons, 3.0L | 56.12 | 780.00 | 12.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---|---|---|
| Wine:17 Sons 6.0L | 2017 Sons, 6.0L | 112.24 | 1,560.00 | 3.00 |
| Wine:17 Sons, 12.0L | 2017 Sons, 12.0L | 224.48 | 2,925.00 | 1.00 |
| Wine:17 Sons, 9.0L | 2017 Sons, 9.0L | 168.36 | 2,340.00 | 1.00 |
| Wine:17 VLRW 3.0L | 2017 Victoria Line, 3.0L | 53.40 | 460.00 | 3.00 |
| Wine:18 Cask | 2018 Cask | 13.35 | 115.00 | 2,292.00 |
| Wine:18 CF | 2018 Cabernet Franc | 13.57 | 115.00 | 744.00 |
| Wine:18 CF 1.5L | 2018 Cabernet Franc, 1.5L | 27.14 | 230.00 | 30.00 |
| Wine:18 CF 12.0L | 2018 Cabernet Franc, 12.0L | 217.12 | 1,840.00 | 1.00 |
| Wine:18 CH 5.0L | 2018 Chardonnay, 5.0L | 85.80 | 600.00 | 5.00 |
| Wine:18 CS | 2018 Cabernet Sauvignon | 13.45 | 115.00 | 4,968.00 |
| Wine:18 CS 1.5L | 2018 Cabernet Sauvignon, 1.5L | 26.90 | 230.00 | 30.00 |
| Wine:18 CS 3.0L | 2018 Cabernet Sauvignon, 3.0L | 53.80 | 460.00 | 3.00 |
| Wine:18 CS 6.0L | 2018 Cabernet Sauvignon, 6.0L | 107.60 | 920.00 | 3.00 |
| Wine:18 KVCF-2 | 2018 KV Cabernet Franc-2 | 13.57 | 115.00 | 1,524.00 |
| Wine:18 KVCH-1 | 2018 CH-1 | 13.74 | 100.00 | 1,764.00 |
| Wine:18 KVCH-1 6.0L | 2019 KV 3 Year Red Wine, 6.0L.... | 112.96 | 1,560.00 | 2.00 |
| Wine:18 KVCH-1 3.0 L | 2018 KV 3 year Red Wine, 3.0L.... | 56.48 | 780.00 | 8.00 |
| Wine:18 KVCH-2 | 2018 Chardonnay-2 | 12.92 | 10.00 | 2,112.00 |
| Wine:18 KVCS-3 3YR | 2018 Cabernet Sauvignon KV-3 3YR | 13.36 | 125.00 | 9,108.00 |
| Wine:18 KVRW-3 3YR | 2018 Red Wine KV-3 3YR | 13.35 | 125.00 | 10,308.00 |
| Wine:18 KVRW 3YR | 2018 Red Wine KV 3YR | 14.17 | 115.00 | 1,644.00 |
| Wine:18 MB | 2018 Malbec | 13.53 | 115.00 | 2,520.00 |
| Wine:18 MB 1.5L | 2018 Malbec, 1.5L.. | 27.06 | 230.00 | 30.00 |
| Wine:18 MB 12.0L | 2018 Malbec, 12.0L.. | 216.49 | 1,380.00 | 1.00 |
| Wine:18 MB 6.0L | 2018 Malbec, 6.0L.. | 108.25 | 920.00 | 1.00 |
| Wine:18 MR | 2018 Merlot | 13.83 | 115.00 | 2,004.00 |
| Wine:18 MR 1.5L | 2018 Merlot, 1.5L | 27.66 | 230.00 | 30.00 |
| Wine:18 MR 3.0L | 2018 Merlot, 3.0L | 55.32 | 460.00 | 3.00 |
| Wine:18 MR 6.0L | 2018 Merlot, 6.0L | 110.64 | 920.00 | 3.00 |
| Wine:18 RCS | 2018 Reserve Cabernet Sauvignon | 13.35 | 195.00 | 1,380.00 |
| Wine:18 RCS 3.0L | 2018 Reserve Cabernet Sauvignon, 3.0L | 53.40 | 780.00 | 3.00 |
| Wine:18 RCS 6.0L | 2018 Reserve Cabernet Sauvignon, 6.0L | 106.80 | 1,560.00 | 3.00 |
| Wine:18 RKCS | 2018 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml.. | 15.09 | 295.00 | 1,500.00 |
| Wine:18 RKCS 1.5L | 2018 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 1.5L | 60.36 | 1,100.00 | 30.00 |
| Wine:18 RKCS 12.0L | 2018 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 12.0L | 241.44 | 4,400.00 | 1.00 |
| Wine:18 RKCS 6.0L | 2018 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 6.0L | 120.72 | 2,200.00 | 1.00 |
| Wine:18 Sons | 2018 Sons, 750ml | 14.65 | 195.00 | 2,844.00 |
| Wine:18 Sons 12.0L | 2018 Sons, 12.0L | 175.80 | 3,120.00 | 1.00 |
| Wine:18 Sons 6.0L | 2018 Sons, 6.0L | 117.20 | 1,560.00 | 1.00 |

| Item | Description | Cost | List Price | Quantity |
|---|---|---:|---:|---:|
| Wine:19 CF | 2019 Cabernet Franc, 750ml | 13.35 | 115.00 | 1,260.00 |
| Wine:19 CH-1 | 2019 Chardonnay-1 | 13.97 | 100.00 | 2,052.00 |
| Wine:19 CS | 2019 Cabernet Sauvignon, 750ml | 13.35 | 115.00 | 8,220.00 |
| Wine:19 KVCS-2 | 2019 KV Cabernet Sauvignon-2 | 13.35 | 100.00 | 2,484.00 |
| Wine:19 KVRW-3 | 2019 KV Red Wine Blend-3 | 13.35 | 100.00 | 5,304.00 |
| Wine:19 MB | 2019 Malbec, 750ml | 13.35 | 115.00 | 348.00 |
| Wine:19 MR | 2019 Merlot, 750ml | 13.35 | 115.00 | 2,916.00 |
| Wine:19 MR EGG | 2019 Merlot, Kelham Egg | 13.35 | 125.00 | 396.00 |
| Wine:19 RCS | 2019 Reserve Cabernet Sauvignon, 750ml | 13.35 | 195.00 | 1,812.00 |
| Wine:19 RKCS | 2019 Rawson Kelham Commemorative Cabernet Sauvignon, Oakville 750ml | 14.70 | 275.00 | 1,716.00 |
| Wine:19 Sons | 2019 Sons, 750ml | 14.81 | 195.00 | 3,312.00 |
| Wine:98 CS | 1998 Cabernet Sauvignon, Oakville | 0.00 | 275.00 | 13.00 |
| Wine:98 CS 1.5L | 1998 Cabernet Sauvignon, Oakville 1.5L | 450.00 | 450.00 | 6.00 |
| Wine:98 MR | 1998 Merlot, Oakville 750ml | 8.56 | 235.00 | 38.00 |
| Wine:98 MR 1.5L | 1998 Merlot, Oakville 1.5L | 17.18 | 450.00 | 25.00 |
| Wine:98 RCS | 1998 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 265.00 | 118.00 |
| Wine:98 RCS 1.5L | 1998 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 600.00 | 1.00 |
| Wine:99 CS | 1999 Cabernet Sauvignon, Oakville 750ml | 8.56 | 220.00 | 149.00 |
| Wine:99 CS 1.5L | 1999 Cabernet Sauvignon, Oakville 1.5L | 17.18 | 425.00 | 17.00 |
| Wine:99 MR | 1999 Merlot, Oakville 750ml | 8.56 | 220.00 | 287.00 |
| Wine:99 MR 1.5L | 1999 Merlot, Oakville 1.5L | 17.18 | 425.00 | 30.00 |
| Wine:99 RCS | 1999 Reserve Cabernet Sauvignon, Oakville 750ml | 14.92 | 300.00 | 6.00 |
| Wine:99 RCS 1.5L | 1999 Reserve Cabernet Sauvignon, Oakville 1.5L | 29.84 | 575.00 | -1.00 |
| Wine:99 RCS 3.0L | 1999 Reserve Cabernet Sauvignon, Oakville 3.0L | 59.68 | 1,150.00 | 2.00 |
| Wine:Antique Port | Napa Valley Port - Refillable Hand Blown Antique Bottle in Presentation Box | 8.56 | 450.00 | 12.00 |
| Wine:NV CS KW 1.5L | NV KW Red Wine Blend, 1.5L | 25.58 | 75.00 | -171.00 |
| Wine:NV Port 1.5L | Napa Valley Red Port, 1.5L | 17.18 | 400.00 | 0.00 |
| Wine:NV Port 375ml | Napa Valley Red Port, 375ml | 4.28 | 195.00 | -24.00 |
| Wine:NV Port 750ml | Napa Valley Red Port, 750ml | 0.00 | 195.00 | 3,991.00 |
| Wine:NV Port Refill | Napa Valley Port, Refill Red | 8.56 | 175.00 | 0.00 |
| Wine:NV Rose 2016 | NV Napa Valley Rose, 750ml | 8.56 | 130.00 | 24.00 |
| Wine:NV VLRW1 | N/V Victoria Line Red Wine, 750ml | 13.91 | 115.00 | -51.00 |
| Wine:NV VLRW1 6.0L | N/V Victoria Line Red Wine, 6.0L.. | 111.28 | 0.00 | 0.00 |
| Wine:NV White Port | NV White Port, 375ml | 3.61 | 195.00 | 21,204.00 |
| Wine:Sparkling | St. Helena Sparkling Wine, Blanc de Noir 1.5L | 29.84 | 150.00 | 1,040.00 |