**Fill in this information to identify the case:**

Debtor name: **Kelham Vineyard & Winery, LCC**

United States Bankruptcy Court for the: **Northern** District of **California**
(State)

Case number (If known): **23-10384**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name: **Kelham Growers, LLC**
Creditor's mailing address: P.O. Box 60, Oakville, CA 94562
Creditor's email address, if known: None Availiable
Date debt was incurred: 2021
Last 4 digits of account number: n./a
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien: **KVW Wine Inventory** — See - Exhibit B to Schedule A/B
Describe the lien:
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **533,929.45**       $ **6,507,375.43**

**2.2** Creditor's name: **n/a**
Creditor's mailing address:
Creditor's email address, if known:
Date debt was incurred:
Last 4 digits of account number:
Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien:
Describe the lien:
Is the creditor an insider or related party?
☐ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____  $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $ **533,929.45**

Case: 23-10384   Doc# 54   Filed: 08/28/23   Entered: 08/28/23 12:09:05   Page 1 of 1

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of **1**