**Fill in this information to identify the case:**

Debtor name: Kelham Vineyard & Winery, LLC.

United States Bankruptcy Court for the: Northern District of California
(State)

Case number (If known): 23-10384    Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: Custom Crush Contract<br><br>State the term remaining: Undermined Due to Process<br><br>List the contract number of any government contract: | Terra Valentine Winery<br>4007 Spring Mountain Rd, St Helena, CA |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: Renewable License<br>360 Zinfandel Lane<br><br>State the term remaining: Automatic 10 Day Renewals<br><br>List the contract number of any government contract: | Susanna Kelham, Authorized Agent for<br>360 Zinfandel Lane Property<br>Mailing Address:<br>P.O. Box 60, Oakville, CA 94562 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest:<br><br>State the term remaining:<br><br>List the contract number of any government contract: | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest:<br><br>State the term remaining:<br><br>List the contract number of any government contract: | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest:<br><br>State the term remaining:<br><br>List the contract number of any government contract: | |