**Fill in this information to identify the case:**

Debtor name ___Kelham Vineyard & Winery, LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___California___
(State)

Case number (If known): ___23-10384___

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 | Susanna Kelham / P.O. Box 2707 (Street) / Yountville, CA 94599 (City, State, ZIP Code) | | American Express | ☐ D / ☑ E/F / ☐ G |
| 2.2 | Susanna Kelham / P.O. Box 2707 (Street) / Yountville, CA 94599 (City, State, ZIP Code) | | Citibank | ☐ D / ☑ E/F / ☐ G |
| 2.3 | _____ / _____ (Street) Text / _____ (City, State, ZIP Code) | | _____ | ☐ D / ☐ E/F / ☐ G |
| 2.4 | _____ / _____ (Street) / _____ (City, State, ZIP Code) | | _____ | ☐ D / ☐ E/F / ☐ G |
| 2.5 | _____ / _____ (Street) / _____ (City, State, ZIP Code) | | _____ | ☐ D / ☐ E/F / ☐ G |
| 2.6 | _____ / _____ (Street) / _____ (City, State, ZIP Code) | | _____ | ☐ D / ☐ E/F / ☐ G |

Case: 23-10384   Doc# 56   Filed: 08/28/23   Entered: 08/28/23 12:16:52   Page 1 of 1