**Fill in this information to identify the case:**

Debtor name __**Kelham Vineyard & Winery, LLC.**__

United States Bankruptcy Court for the: __**Northern**__ District of __**California**__
(State)

Case number (If known): __**23-10384**__

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................ $ __**265,667.00**__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................... $ __**7,027,791.67**__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................ $ __**7,293,458.67**__

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................. $ __**533,929.45**__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ __**00.00**__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. + $ __**$2,584,526.74**__

4. **Total liabilities**...............................................................................................................
Lines 2 + 3a + 3b $ __**3,118,456.19**__