KELHAM VINEYARD & WINERY, LLC
360 Zinfandel Lane
St. Helena, CA 94574

Chapter 11 Debtor,

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA,
## SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC.<br><br>              Alleged Debtor. | **Case No. 23-10384**<br><br>Chapter 11<br><br>List of Equity Security Holders<br>(FRBP 1007(a)(3) ) |

Debtor: Kelham Vineyard & Winery, a California Limited Liability Company

Equity Holders:

1. Susanna Kelham, Managing Member -33.34%
P.O. Box 2707
Yountville CA 94599

2. Hamilton Nicholsen, Member-33.33%
PO Box 60
Oakville, CA 94562

3. Ronald Nicholsen, Member-33.33%
223 Alchemy Way,
Napa, CA 94558