| Fill in this information to identify the case: | |
|---|---|
| Debtor | Kelham Vineyard & Winery, LLC |
| United States Bankruptcy Court for the: | Northern District of California (State) |
| Case number (If known) | 23-10384 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**Total claim** | **Priority amount**

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ | $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ | $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ | $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | Kelham Vineyard & Winery, LLC | Case number (if known) | 23-10384 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

American Express
P.O. Box 981535
El Paso, TX 7998-1535

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Purchases

Date or dates debt was incurred: July/August 2023
Last 4 digits of account number: Ending 7-76000

Is the claim subject to offset?
☑ No
☐ Yes

$ $32,588.15

---

**3.2** Nonpriority creditor's name and mailing address

Barbour, Gregory
Barbour Analytics
123 Echo Avenue
Oakland, CA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Xerox Copy of Appraisal

Date or dates debt was incurred: 2022
Last 4 digits of account number: None

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,245.00

---

**3.3** Nonpriority creditor's name and mailing address

Citibusiness Card
P.O. Box 76045
Phoenix, AZ 85062-8045

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Purchases

Date or dates debt was incurred: July/August 2023
Last 4 digits of account number: Ending 7144

Is the claim subject to offset?
☑ No
☐ Yes

$ $15,700.99

---

**3.4** Nonpriority creditor's name and mailing address

De La Fountaine, Jean
Tonnellerie Sylvain
23 route de Lyon – D1089
33910 Saint-Denis-de-Pile, France

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier - Barrels

Date or dates debt was incurred: 2022
Last 4 digits of account number: None

Is the claim subject to offset?
☑ No
☐ Yes

$ $10,292.40

---

**3.5** Nonpriority creditor's name and mailing address

Gigandet, Max,
Tonnellerie Francois Freres
Route Départementale 17
21190 Saint Romain, France

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Supplier - Barrels

Date or dates debt was incurred: 2022
Last 4 digits of account number: None

Is the claim subject to offset?
☑ No
☐ Yes

$ $11,198.60

---

**3.6** Nonpriority creditor's name and mailing address

Kelham Growers, LLC.
P.O. Box 60
Oakville, CA 94562

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Reimbursement Claim for Property Tax Advances on Zinfandel Lane Lease

Date or dates debt was incurred: 2014-2022
Last 4 digits of account number: None

Is the claim subject to offset?
☑ No
☐ Yes

$ $291,969.25

| | | |
|---|---|---|
| Debtor **Kelham Vineyard & Winery, LLC** | Case number *(if known)* 23-10384 | |
| Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** Nonpriority creditor's name and mailing address

Kelham, Susanna R., Authorized Agent
360 Zinfandel Lane Lease
P.O. Box 2707
Yountville, CA 94599

Date or dates debt was incurred: 2005-2023
Last 4 digits of account number: None

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Rent - Lease Payments

Is the claim subject to offset?
☑ No
☐ Yes

$ $328,800.00

---

**3.8** Nonpriority creditor's name and mailing address

Kelham, Susanna R., Managing Member
Kelham Vineyard & Winery, LLC.
P.O. Box 2707
Yountville, CA 94599

Date or dates debt was incurred: 2014
Last 4 digits of account number: None

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Reimbursement re Mund Road Mortgage Payoff

Is the claim subject to offset?
☑ No
☐ Yes

$ 305,000.00

---

**3.9** Nonpriority creditor's name and mailing address

Kelham, Susanna R., Managing Member
Kelham Vineyard & Winery, LLC.
P.O. Box 2707
Yountville, CA 94599

Date or dates debt was incurred: 2002-2023
Last 4 digits of account number: None

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Guaranteed Payment

Is the claim subject to offset?
☑ No
☐ Yes

$ $931,500.00

---

**3.10** Nonpriority creditor's name and mailing address

Kelham, Susanna R., Managing Member
Kelham Vineyard & Winery, LLC.
P.O. Box 2707
Yountville, CA 94599

Date or dates debt was incurred: 2002-2023
Last 4 digits of account number: None

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Misc. Reimbursement Claims

Is the claim subject to offset?
☑ No
☐ Yes

$ $269,095.53

---

**3.11** Nonpriority creditor's name and mailing address

Neal, Jack
Jack Neal & Son
360 La Fata Street
St. Helena, CA 95474

Date or dates debt was incurred: 2023
Last 4 digits of account number: None

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,700.00

---

Case: 23-10384   Doc# 61   Filed: 08/28/23   Entered: 08/28/23 19:24:22   Page 3 of 5

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** **Nonpriority creditor's name and mailing address**

Nicholsen, Hamilton, Member & Winemaker KVW
360 Zinfandel Lane
P.O. Box 2707
Yountville, CA 94599

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Guaranteed Payment/Reimbursement Claimant

**Date or dates debt was incurred:** 2023
**Last 4 digits of account number:** None

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,825.00

---

**3.13** **Nonpriority creditor's name and mailing address**

Nicholsen, Hamilton, Member Manager
Mainstreet Cottage, LLC
P.O. Box 60
Oakville, CA 94562

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Back Due Rent

**Date or dates debt was incurred:** 2006-2023
**Last 4 digits of account number:** None

**Is the claim subject to offset?**
☑ No
☐ Yes

$ $107,500.00

---

**3.14** **Nonpriority creditor's name and mailing address**

Ron Nicholsen, Member KVW
223 Alchemy Way
Napa, CA 94558

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Alleged Entitlement to Guaranteed Payments

**Date or dates debt was incurred:** n/a
**Last 4 digits of account number:** None

**Is the claim subject to offset?**
☐ No
☑ Yes

$ 1.00

---

**3.15** **Nonpriority creditor's name and mailing address**

Petty, Richard, Partner
Holland & Knight
P.O. Box 936937
Atlanta, GA 31193

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Legal Services in Writ Action

**Date or dates debt was incurred:** Prior to May 9, 2023
**Last 4 digits of account number:** None

**Is the claim subject to offset?**
☐ No
☑ Yes

$ $281,994.84

---

**3.__** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred:** _____
**Last 4 digits of account number:** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 258,526.74 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 258,526.74 |