Michael J. Gomez (State Bar No. 251571)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Creditor
BANK OF MARIN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>**KELHAM VINEYARDS & WINERY, LLC,**<br><br>      Debtor. | CASE No. 23-10384<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT; THE DEBTOR AND ITS ATTORNEYS OF RECORD; AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Bank of Marin, a creditor in the above captioned Chapter 11 case, pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002 and 9007, hereby requests special notice of all matters which may come before the above-referenced Bankruptcy Court (the "Court"), including, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007, and also including, without limitation, all applications, complaints, demands, hearings, motions, objections, notices of orders, proposed orders, conformed copies of orders, petitions, pleadings, reports, requests, schedules and amended schedules, stipulations, and any other matter before the Court in this case, whether formal or informal, whether written or oral, and whether or not specifically provided for in the Bankruptcy Rules.

Bank of Marin requests that all such matters, whether sent by the Court, a Trustee, the Debtor, or any other creditor or party in the case, be sent to the following address:

> Michael J. Gomez, Esq.
> Frandzel Robins Bloom & Csato, L.C.
> 1000 Wilshire Boulevard, 19th Floor
> Los Angeles, CA 90017-2427
> (323) 852-1000  Telephone
> (323) 651-2577  Facsimile
> mgomez@frandzel.com

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 2002(g), the above name and address should be added to the Court's master mailing list.

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of Bank of Marin:

(i) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(ii) right to trial by jury in any proceedings as to any and all matters so triable

herein, whether or not the same be designated legal or private rights, or in an case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute of the United States Constitution;

    (iii) right to have the reference of these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    (iv) other rights claims, actions, defenses, setoffs, recoupments or other matters to which Bank of Marin is entitled under any agreements or at law or in equity or under the Unites States Constitution.

  All of the above rights are expressly reserved and preserved unto Bank of Marin without exception and with no purpose of confessing or conceding the jurisdiction or venue of the Court or venue of the cases in any way by this filing.

DATED: September 1, 2023    FRANDZEL ROBINS BLOOM & CSATO, L.C.
                   MICHAEL J. GOMEZ

                  By: */s/ Michael J. Gomez*
                     MICHAEL J. GOMEZ
                     Attorneys for Creditor
                     BANK OF MARIN

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000