

**The following constitutes the order of the Court.**
**Signed: September 8, 2023**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Harold H. Davis (SBN CA 235552)
Marc R. Baluda (SBN CA 192516)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415.655.1300
Facsimile: 415.707.2010
Hal.Davis@gtlaw.com
Marc.Baluda@gtlaw.com

Michael Thomson admitted *pro hac vice*
Carson Heninger (SBN CA 327130)
GREENBERG TRAURIG, LLP
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: 801.478.6817
carson.heninger@gtlaw.com
thomsonm@gtlaw.com

Attorneys for Party in Interest
RONALD NICHOLSEN II

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>Kelham Vineyards and Winery, LLC | Bankruptcy Case No. 23-10384<br>Chapter 11<br>[Assigned to: Judge William Lafferty]<br><br>**ORDER GRANTING MOTION FOR ORDER TO APPOINT A CHAPTER 11 TRUSTEE**<br><br>Date: September 5, 2023<br>Time: 9:30 a.m.<br>Place: United States Bankruptcy Court<br>      1300 Clay Street Courtroom 220<br>      Oakland, CA 94612 |

Upon the *Motion to Appoint a Chapter 11 Trustee* [Doc. No. 16] (the "Motion"), filed by Ronald Nicholsen II in the above-captioned chapter 11 case for entry of an order directing the appointment of a chapter 11 trustee; the Court having reviewed and considered the Motion, all other related pleadings, and the arguments made at the hearing on the Motion; the Court finding that it has jurisdiction over this matter,

///

that venue in this Court is proper, and that notice of the Motion was reasonable and sufficient under the circumstances; and after due deliberation and good cause appearing, for all the reasons stated on the record,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.
2. The Office of the United States Trustee (the "US Trustee") is hereby directed to appoint a Chapter 11 trustee pursuant to section 1104(a)(2) of the Bankruptcy Code.
3. The US Trustee shall appoint a Chapter 11 trustee on or before September 8, 2023.

*** END OF ORDER***

**COURT SERVICE LIST**

All ECF Recipients.