**REBEKAH PARKER SBN 143674**
4225-H Oceanside Boulevard #369
Oceanside CA, 92056-3472
Telephone No. (213) 268-2918
E-Mail: AttorneyRParker@gmail.com

Appearing for Susanna Kelham, in her Individual capacity, and for the Unofficial Committee of Essential Creditors and Post- Petitions Providers

# United States Bankruptcy Court
## Northern District of California – Santa Rosa Division

| | |
|---|---|
| In re Kelham Vineyard & Winery, LLC<br><br>　　　　　　　　Debtors. | Case No. 23-10384-WL<br><br>Chapter 11<br><br>Adv. No 23-01009-WL |

**Application for Continuance of Hearing on Motion for Relief from Stay Scheduled for September 27, 2023, until November 7, 2023.**

<u>Current Hearing</u>

Date:　September 27, 2023
Time:　9:30 A.M.
Room:　Courtroom 220

<u>Proposed Hearing Date</u>
Date:　November 7, 2023
Time:　9:30 A.M.
Room:　Courtroom 220

United States Bankruptcy Court
1300 Clay Street
Oakland, CA 94612

**TO THE HONORABLE WILLIAM LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, CREDITOR RONALD NICHOLSEN, II, AND HIS ATTORNEYS OF RECORD:**

Susanna R. Kelham ("Proponent or "Ms. Kelham") commenced the above captioned adversary proceeding (herein, the "Complaint for Injunctive Relief") which, among other things, seeks an injunction staying Ronald Nicholsen from prosecuting State Court Case No. 21CV001403 <u>pending the liquidation of the above captioned Estate</u> (herein, the "Writ Action").

. Proponent further filed a Motion for Temporary Restraining Order and Preliminary in connection with the Complaint for Injunctive Relief (herein the "Injunction Motion"). Proponent noticed a hearing, on regular notice, on the Injunction Motion for the earliest available date, November 7, 2023. A copy of the Injunction Motion, which contains a copy of the Complaint for Injunctive Relief, is attached hereto.

With that said, Ronald Nicholsen (who is the named Defendant in the Injunction Complaint) has a September 27, 2023, continued hearing on a Motion for Relief from Stay that seeks termination of the stay as to the Estate in connection with the Writ Action.

Proponent respectfully submits that in the interest of judicial economy and to avoid the possibility of inconsistent rulings, both the hearing on the Motion for Relief from Stay and the hearing on the Injunction Motion should be heard on the same calendar. Proponent would further point out that the Motion for Relief from Stay was continued until September 27, 2023, for the express purpose of giving the newly appointed Chapter 11 Trustee an opportunity to file opposition to the Motion for Relief from Stay. With that said, to the best of Proponent's knowledge, the U.S. Trustee has

yet to name a Trustee; Proponent respectfully submits that the newly appointed Trustee (when one is named) should likewise be given ample time to, meet with Debtor and Ms. Kelham, and thereon review the Complaint for Injunctive Relief and the accompanying Injunction Motion, making November 7, 2023, a more appropriate hearing date, especially since there is no evidence of any harm to Ronald Nicholsen resulting from allowing the stay to remain in place pending an orderly and timely resolution of the pending stay issue

    On, September 11, 2023, Counsel for Proponent, wrote a Meet and Confer letter to Counsel for Ronald Nicholsen, requesting a stipulation in connection with the continuance proposed herein, thereon advising Ronald Nicholsen that Proponent would have no choice but to file an Application for a Hearing on Shortened Time and/or a Continuance if the parties were unable to reach a stipulation. On that same day, Counsel for Proponent received an email from Hal Davis from the Greenberg firm declining the proposed stipulation.

.

    Date: September 12, 2023

_____
Rebekah Parker
Attorney for Proponent
Susanna R. Kelham

# DECLARATION OF REBEKAH PARKER
# IN SUPPORT OF APPLICATION For CONTINUANCE OF
# HEARING ON MOTION FOR RELIEF FROM STAY

I, Rebekah Parker, declare,

1. I am an attorney-at-law, licensed to practice in the State of California.

2. I am also admitted to practice before the U.S. Bankruptcy Court for the Northern District of California.

3. Susanna R. Kelham ("Proponent or "Ms. Kelham") commenced the above captioned adversary proceeding (herein, the "Complaint for Injunctive Relief") which, among other things, seeks an injunction staying Ronald Nicholsen from prosecuting State Court Case No. 21CV001403 <u>pending the liquidation of the above captioned Estate</u> (herein, the "Writ Action").

4. Proponent further filed a Motion for Temporary Restraining Order and Preliminary Injunction in connection with the Complaint for Injunctive Relief (herein the "Injunction Motion"). A copy of the Injunction Motion, which contains a copy of the Complaint for Injunctive Relief, is attached hereto.

5. Proponent noticed a hearing, on regular notice, on the Injunction Motion for the earliest available date, November 7, 2023.

6. With that said, Ronald Nicholsen (who is the named Defendant in the Injunction Complaint) has a September 27, 2023, continued hearing on a Motion for Relief from Stay that seeks termination of the stay as to the Estate in connection with the Writ Action.

7. Proponent respectfully submits that in the interest of judicial economy and to avoid the possibility to inconsistent rulings, both the hearing on the Motion for Relief from Stay and the hearing on the Injunction Motion should be heard on the same calendar.

8. Proponent would further point out that the Motion for Relief from Stay was continued until September 27, 2023, for the express purpose of giving the newly appointed Chapter 11 Trustee an opportunity to file opposition to the Motion for Relief from Stay.

9. With that said, to the best of Proponent's knowledge, the U.S. Trustee has yet to name a Trustee.

10. Proponent respectfully submits that the newly appointed Trustee (when one is named) should likewise be given an opportunity to meet with KVW and Ms. Kelham, and thereon review the Complaint for Injunctive Relief and the accompanying Injunction Motion, making November 7, 2023, a more appropriate hearing date, especially since there is no evidence of any harm to Ronald Nicholsen resulting from allowing the stay to remain in place pending an orderly and timely resolution of the pending stay issue.

11. On September 11, 2023, I wrote a Meet and Confer letter to Counsel for Ronald Nicholsen, requesting a stipulation in connection with the continuance proposed herein, thereon advising Ronald Nicholsen that Proponent would have no choice but to file an Application for a Hearing on Shortened Time and/or a Continuance if the parties were unable to reach a stipulation.

12. On that same day, I received an email from Hal Davis from the Greenberg firm rejecting the proposed stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge, information and belief.

Executed on September 12, 2023, in the State of California, County of Napa.

_____
Rebekah Parker
Declarant

# CERTIFICATE OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 4225-H Oceanside Boulevard #369, Oceanside CA, 92056-3472

A true and correct copy of the foregoing document described **Application for Continuance of Hearing on Motion for Relief from Stay Scheduled on September 27, 2023, until November 7, 2023** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR; and **(b)** in the manner indicated below:

William Lafferty
U.S. Bankruptcy Court,
1300 Clay St. Room 220
Oakland, CA 94612
<u>Served by Priority Mail</u>

**<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 12, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| U.S. Trustee | USTPRegion17.SF.ECF@usdoj.gov |
| Paul Leahy | paul.leahy@usdoj.gov |
| Ryan Wood | ryan@westcoastbk.com |
| Rebekah Parker | attorneyrparker@gmail.com |
| Harold H. Davis, Jr. | hal.davis@gtlaw.com |
| Michael F. Thomson | thomsonm@gtlaw.com |
| Carson Heninger | carson.heninger@gtlaw.com |
| Michael J. Gomez | mgomez@frandzel.com |
| Wesley H. Avery | wavery@rpmlaw.com |

II. **<u>SERVED BY U.S. MAIL OR OVERNIGHT MAIL:</u>** On September 12, 2023, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Ron Nicholsen
223 Alchemy Way
Napa, CA 94558
<u>Served by U.S. Mail</u>

III. **<u>SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL</u>** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 12, 2023, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who

consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

|  |  |
|---|---|
| Susanna R. Kelham<br>Manager Member<br>Kelham Vineyard & Winery, LLC.<br>360 Zinfandel Lane<br>St. Helena, CA 94574<br>Served by Email:<br>info@kelhamvineyards.com. | Alexis White, Attorney for<br>Susanna R. Kelham<br>Day, Pace, York & York<br>587 Jefferson Street<br>Napa, CA 94559<br>Served by Email<br>awhite@yorkyorklaw.com |

Service information continued on attached page: None

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 12, 2023

_____
Rebekah Parker