CHRISTINA GOEBELSMANN (SBN 273379)
Assistant United States Trustee
PAUL LEAHY (SBN 320775)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: Paul.Leahy@usdoj.gov

Attorneys for Tracy Hope Davis,
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

Kelham Vineyard & Winery LLC,

               Debtor.

Case No: 23-10384-WJL
Chapter 11

Date: November 7, 2023
Time: 9:30 AM
Location: In Person or Zoom Webinar
1300 Clay Street, Courtroom 220
Oakland, CA 94612

## NOTICE OF HEARING OF THE UNITED STATES TRUSTEE'S MOTION FOR RELIEF FROM ORDER AUTHORIZING APPOINTMENT OF A TRUSTEE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9024

    **PLEASE TAKE NOTICE** that a hearing will be held on November 7, 2023, **at 9:30 A.M.**, before the **Honorable William J. Lafferty, in person or via Zoom**, on the motion of the United States Trustee for an order directing the appointment of a Chapter 11 trustee for the above-captioned debtors, pursuant to 11 U.S.C. § 1104(a) (the "Motion").

    The Courtroom Address is: 1300 Clay Street, Courtroom 220, Oakland CA 94612.
    The Motion is based upon this notice of hearing, the Motion, the declarations filed concurrently herewith, the pleadings, orders, and other documents on file in this case, and upon such evidence as may be presented to the Court at the hearing on the Motion. You may obtain a copy of the Motion and accompanying declarations from the Court's docket on the PACER system or by contacting the undersigned.

    **PLEASE TAKE FURTHER NOTICE** that (1) counsel, parties, and other interested parties may attend the hearing in person or by Zoom Webinar/AT&T Teleconference, (2) additional information is available on Judge Lafferty's Procedures page on the Court's website, and (3)

information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included with each calendar posted under Judge Lafferty's Calendar on the court's website.

> **A RESPONSE, IF ANY, TO THE MOTION SHALL BE MADE IN WRITING AND SERVED UPON THE UNITED STATES TRUSTEE, AND FILED WITH THE BANKRUPTCY COURT, AT LEAST FOURTEEN (14) DAYS PRIOR TO THE HEARING DATE PURSUANT TO B.L.R. 9014-1(C)(1).**

Date: September 13, 2023

Respectfully Submitted,

Tracy Hope Davis
UNITED STATES TRUSTEE

/s/ *Paul G. Leahy*
Paul G. Leahy
Trial Attorney for the United States Trustee