Ryan C. Wood (SBN 249048)
Law Offices of Ryan C. Wood, Inc.
611 Veterans Blvd. Ste. 218
Redwood City, CA 94063
Telephone: (650) 366-4858
Facsimile: (650) 366-4875
Ryan@WestCoastBK.com

Proposed Attorneys for
Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| Kelham Vineyard & Winery, LLC, a California Limited Liability Company, | Bankruptcy Case No.: 23-10384 WJL <br><br> Chapter 11 <br><br> **EX PARTE APPLICATION FOR ORDER DESIGNATING RESPONSIBLE INDIVIDUAL** <br><br> [No Hearing Required] <br><br> Hon. William J. Lafferty, III |

Kelham Vineyard & Winery, LLC, a California Limited Liability Company, ("Debtor"), no longer in possession, by and through its proposed counsel, Ryan C. Wood, file this Application for an Order designating Hamilton Nicholsen as its Responsible Individual, and respectfully represents as follows:

1. On July 20, 2023, Main Street Cottage, LLC, filed an involuntary petition for reorganization under Chapter 11 of the Bankruptcy Code.
2. On August 16, 2023, an Order for Relief was entered by this Court.
3. On September 8, 2023, Michael G. Kasolas was appointed Chapter 11 Trustee.

4. Debtor is a California Limited Liability Company and is required to designate a responsible individual pursuant to B.L.R. 4002-1.

5. The Debtor designates Hamilton Nicholsen, equity security holder and employee of the Debtor, to act as the Debtor's representative in this bankruptcy case.

6. Debtor believes the appointment of Hamilton Nicholsen as its responsible individual is appropriate and in the best interests of its estate.

7. There are three equity secured holders of the Debtor. Ronald Nicholsen filed a Writ of Mandate in California Superior Court and therefore is not disinterested. Susanna Nicholsen is the other equity security holder, alleged secured creditor, and unsecured creditor, owns entities doing business with the Debtor, owns properties leased to the Debtor, and is the sole provider of fruit to the Debtor.

WHEREFORE, Applicant prays that the Court appoint and enter an Order designating Hamilton Nicholsen as the Debtor's Responsible Individual.

Dated: September 15, 2023

Respectfully submitted,

Law Offices of Ryan C. Wood, Inc.

/s/Ryan Wood

Ryan C. Wood
Proposed Attorney for
Debtor