Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

[proposed] Attorneys for Michael G. Kasolas,
Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 TRUSTEE** |

**TO: THE HONORABLE WILLIAM J. LAFFERTY, III, UNITED STATES BANKRUPTCY JUDGE AT OAKLAND, CALIFORNIA, THE DEBTOR, AND THE U.S. TRUSTEE:**

The application of Michael G. Kasolas ("Applicant" or "Trustee"), chapter 11 trustee of the above-captioned estate, respectfully represents:

1. On September 13, 2023, Applicant was appointed as Chapter 11 trustee.

2. Applicant believes it is necessary to retain counsel to render legal services relating to the day-to-day administration of this case, as applicable. These services will likely include: preparation of motions, applications, answers, orders, reports (including monthly operating reports) and other pleadings in connection with the administration of the estate or as required by this Court, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or the Local Bankruptcy Rules; representing Trustee at hearings where the attorney for Trustee is required to appear; investigation of Debtor and its financial affairs; prosecution and defense of litigation

1

29899899.2/501762.0010

matters that may arise during the case, provided that such matters are deemed a duty of Trustee under 11 U.S.C. § 1106 (Duties of trustee or examiner); advising Trustee with respect to the claims and any claim objection asserted in the case; advising, consulting with and/or otherwise assisting Trustee in connection with a plan of reorganization or liquidation and related disclosure statement or motion to convert; and performing all other legal services or counseling that may arise related to the case and that are necessary for the proper, efficient, and economic administration of the Case

3. Applicant desires to retain and employ the law firm of Fennemore Wendel ("Fennemore") pursuant to 11 U.S.C. § 327(a) as his attorneys to perform the above-described services. The estate will reimburse Fennemore for fees and expenses it incurs in representing Applicant effective September 13, 2023.

4. Concerning fees for services, the estate seeks employment of Fennemore on an hourly basis with fees to be paid at its regular hourly rates, whose hourly rates range from $270.00 to $850.00. Lead counsel, Mark Bostick, will be billing at $595.00 per hour. The hourly rate of Lisa Lenherr, who will also be working in this case is $550.00. Fennemore's hourly billing rates are subject to change from time to time as circumstances warrant, but usually at the beginning of the year. Compensation for services rendered and reimbursement for expenses incurred are to be paid pursuant to 11 U.S.C. § 330 as allowed by the Court and after notice and a hearing.

5. Applicant selected Fennemore because of the extensive experience and knowledge of its members in the field of bankruptcy, insolvency, debtor and creditor rights, commercial litigation, agricultural law and PAGA claims, real property law, and other relevant areas and believes that it is well qualified to represent him in the case. Trustee believes that the Firm will act as counsel in a cost-effective manner.

6. To the best of Applicant's knowledge based on information provided to him by Fennemore, the members and associates of Fennemore represent no interest adverse to the estate in the matters upon which Fennemore is to be retained and do not have any connections with the debtor, creditors of the estate, any other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except that: Fennemore

represents Applicant in his capacity as a fiduciary in unrelated cases and in 2018 an estate planning attorney at Wendel Rosen LLP (Fennemore's predecessor) received an inquiry from and had a communication with an attorney for Suzanna Kelham respecting his potential engagement but Wendel Rosen LLP was not engaged and to the best of the estate planning counsel's recollection, no confidential information was obtained during or after such communication.

7. A true and correct copy of the proposed Order Authorizing Employment of Counsel for Trustee is attached to the accompanying Declaration of Mark S. Bostick as Exhibit A.

WHEREFORE, Applicant requests the entry of an order authorizing him to employ the law firm of Fennemore Wendel subject to the terms of this application to represent him in this Chapter 7 case, effective September 13, 2023.

Dated: September 19, 2023

/s/ Michael G. Kasolas
MICHAEL G. KASOLAS, Trustee