Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

[proposed] Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**DECLARATION OF MARK S. BOSTICK IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 TRUSTEE** |

I, Mark Bostick, declare:

1. I am a member of Fennemore Wendel ("**Fennemore**" or "**Firm**"), counsel for Michael G. Kasolas ("**Trustee**"), the duly appointed and acting trustee of the above-captioned chapter 11 bankruptcy estate of Kelham Vineyard & Winery, LLC ("**Debtor**"). The following facts are true of my own personal knowledge and if called upon to do so, I would and could competently testify thereto, except as to those matters that are alleged upon information and belief and as to those matters, I believe them to be true.

2. To the best of my knowledge based on information provided to me, the members and associates of Fennemore represent no interest adverse to the estate in the matters upon which Fennemore is to be retained and do not have any connections with the debtor, creditors of the estate, any other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except that: Fennemore represents

1

Applicant in his capacity as a fiduciary in unrelated cases, and in 2018 an estate planning attorney at Wendel Rosen LLP (Fennemore's predecessor) received an inquiry from and had a communication with an attorney for Suzanna Kelham respecting his potential engagement, but Wendel Rosen LLP was not engaged and to the best of the estate planning counsel's recollection, no confidential information was obtained during or after such communication.

3. No attorney with Fennemore Wendel has entered into any agreement with any party in interest concerning compensation of the law firm for the services to be rendered to the trustee.

4. A true and correct copy of the proposed Order Authorizing Employment of Counsel for Trustee is attached hereto as **Exhibit A.**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 19, 2023, at Oakland, California.

/s/ Mark S. Bostick
MARK S. BOSTICK

# EXHIBIT A

Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR TRUSTEE** |

The application of Michael G. Kasolas ("Trustee"), Chapter 11 trustee of the above-captioned estate, requesting the appointment of counsel for the purposes more particularly set forth in his Application to Employ Counsel for Trustee ("Application"), having been presented on notice to the debtor and the U.S. Trustee, and the Court being satisfied that the law firm of Fennemore Wendel is disinterested, qualified and does not hold or represent an interest adverse to the estate, and for good cause appearing,

IT IS HEREBY ORDERED that:

1. The Application for appointment of Fennemore Wendel is approved, effective from September 13, 2023, and Fennemore Wendel is appointed as counsel for said Trustee under 11 U.S.C. § 327(a), to perform legal services as required to assist the Trustee as set forth in the Application.

2. Fennemore Wendel's employment is on an hourly basis, with fees to be paid at its hourly rates as set forth in the Application. Compensation for services rendered and

reimbursement for expenses incurred is subject to the Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees and are to be paid pursuant to 11 U.S.C. § 330, as allowed by the Court after notice and a hearing.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Service not required.