

Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

**The following constitutes the order of the Court.**
**Signed: September 20, 2023**

_William J. Lafferty, III_
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 23-10384-WJL |
| KELHAM VINEYARD & WINERY, LLC, | Chapter 11 |
| Debtor. | **ORDER AUTHORIZING EMPLOYMENT OF COUNSEL FOR TRUSTEE** |

The application of Michael G. Kasolas ("Trustee"), Chapter 11 trustee of the above-captioned estate, requesting the appointment of counsel for the purposes more particularly set forth in his Application to Employ Counsel for Trustee ("Application"), having been presented on notice to the debtor and the U.S. Trustee, and the Court being satisfied that the law firm of Fennemore Wendel is disinterested, qualified and does not hold or represent an interest adverse to the estate, and for good cause appearing,

IT IS HEREBY ORDERED that:

1.      The Application for appointment of Fennemore Wendel is approved, effective from September 13, 2023, and Fennemore Wendel is appointed as counsel for said Trustee under 11 U.S.C. § 327(a), to perform legal services as required to assist the Trustee as set forth in the Application.

2.      Fennemore Wendel's employment is on an hourly basis, with fees to be paid at its hourly rates as set forth in the Application. Compensation for services rendered and

reimbursement for expenses incurred is subject to the Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees and are to be paid pursuant to 11 U.S.C. § 330, as allowed by the Court after notice and a hearing.

**\*\*END OF ORDER\*\***

29167721.1/513816.0113

1 **<u>COURT SERVICE LIST</u>**

2 Service not required.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29892775.1/501762.0010