| | |
|---|---|
| 1 | MARTHA J. SIMON (CBN 98251)<br>LAW OFFICE OF MARTHA J. SIMON |
| 2 | 100 Pine Street - Suite 1250 San Francisco, California 94111 |
| 3 | (415) 434.1888 Telephone<br>(415) 434.1880 Facsimile<br>mjs@mjsimonlaw.com |
| 4 | |
| 5 | Attorney for Utility Service Provider<br>Pacific Gas and Electric Company |

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re | | Case No. 23-10384<br>Chapter 11 |
| KELHAM VINEYARD & WINERY, LLC | | |
| | Debtor | **PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE BANKRUPTCY COURT AND TO PARTIES IN INTEREST:

Pursuant to Federal Rules of Bankruptcy Procedure 2002, 4001, 9007 and 9010, the Law Office of Martha J. Simon, attorney for Pacific Gas and Electric Company, hereby requests that notice of all matters brought before the Court in this case be sent to the undersigned, and that the following be added to the court's master mailing list:

> Martha J. Simon
> Law Office of Martha J. Simon
> 100 Pine Street   Suite 1250
> San Francisco, CA 94111
> mjs@mjsimonlaw.com

This Request includes, without limitation, matters formal or informal, written or oral, whether transmitted by mail, delivery, telephone, facsimile, email or otherwise.

Dated: October 7, 2023

LAW OFFICE OF MARTHA J. SIMON
/s/Martha J. Simon
Martha J. Simon
Attorney for Utility Service Provider Pacific Gas and Electric Company