1  Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
2  **FENNEMORE WENDEL**
1111 Broadway, 24th Floor
3  Oakland, California 94607-4036
Telephone: (510) 834-6600
4  Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
5  Email: llenherr@fennemorelaw.com

6  Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date:   October 25, 2023<br>Time:   10:30 a.m.<br>Place:   1300 Clay Street<br>           Courtroom 220<br>           Oakland, CA 94612<br>Judge:  Honorable William J. Lafferty, III |

Michael G. Kasolas, Chapter 11 Trustee ("**Trustee**") of the above-captioned estate, hereby submits this status conference statement as follows:

1. On September 13, 2023, Michael G. Kasolas was appointed as Chapter 11 trustee. (Docket No. 75.) Trustee filed a prior Status Conference Statement on September 26, 2023, as Docket No. 97.

2. The Order employing Arch & Beam Global, LLC ("**Arch & Beam**") as Trustee's financial advisor was entered September 26, 2023. (Docket No. 99.) The Order employing Kokjer, Pierotti, Maiocco & Duck LLP as Trustee's accountant was entered October 6, 2023. (Docket No. 103.)

3. Trustee, with the assistance of his professionals, has worked diligently since the last status conference to understand and facilitate the continued ordinary course operation of

Debtor, which includes: onsite wine tasting, Fall wine club sales efforts,[1] harvesting of grapes on vines, "custom crush" activities, and payment of ordinary course payroll and bills. In addition, Trustee with the assistance of his team have analyzed and renewed all necessary insurance policies, commenced detailed inventory of assets, identified assets subject to liens asserted by Kelham Vineyard Growers, and undertaken a process to understand and evaluate the economics of Debtor's business which will inform a plan process.[2] Either Trustee or representatives of Arch & Beam have been onsite at Debtor's location at least once per week.

4. To facilitate Debtor's continued operation, protection and preservation of assets, Kelham Vineyard Growers, LLC, has consented to the continued use of cash collateral to pay ordinary operating costs and expenses incurred in the Chapter 11 case. 11 U.S.C. § 363(c)(2)(A).

5. Debtor's operations are located at 360 Zinfandel Lane in St. Helena ("**Zinfandel Property**"). Trustee asserts the Zinfandel Property is leased to Debtor pursuant to an unexpired lease dated December 26, 2005, wherein annual rent is not due until issuance of the Final Grape Crush Report published by the California Agricultural Statistics Service (expected in March or April 2024) (the "**Zinfandel Lease**"). Trustee is informed and believes that Ms. Kelham, as authorized representative of various entities who purportedly owns the Zinfandel Property, disputes the validity of the Zinfandel Lease and asserts that the use of the Zinfandel Property is subject to a license agreement executed a mere six (6) days before the bankruptcy filing. Trustee believes any such license agreement is invalid and/or avoidable as a fraudulent transfer.

6. Debtor purportedly leases certain real property commonly known as 1760 Main Street, St. Helena ("**Main Street Cottage**"), owned by Main Street Cottage, LLC (an entity purportedly controlled by Susanna Kelham). Trustee is informed and believes that the Main Street Cottage has historically been used as a wine club member "perk." Trustee has requested from the

---

[1] Trustee is optimistic that Fall wine club sales will be successful and sufficient to cover the on-going cost of operations, and protecting and preserving assets of the estate. However, to the extent those sales efforts cease or fall short, Trustee is also investigating alternate financing so that he is prepared if faced with its necessity.

[2] In addition valuation of wine assets, Trustee is also investigating the value of other potential assets which may be included in a sale process, including a sale of Debtor as a going concern.

Debtor and Ms. Kelham, who is the managing member of Main Street Cottage, LLC: a copy of the Main Street Cottage lease; a historic analysis of the net benefit arising from the use of Main Street Cottage; and anticipated revenue from wine sales linked to the Main Street Cottage. Trustee has determined that this information is necessary to effectively analyze whether any lease of the Main Street Cottage should be assumed/assigned or rejected. To avoid incurring unnecessary administrative expenses, Trustee has determined that the Main Street Cottage should not be used until further notice.

7. Trustee is working with Debtor's responsible individual to prepare amended Schedules and Statement of Financial Affairs, as required by 11 U.S.C. § 1106(a)(2). Trustee and his professionals have received complete cooperation toward this effort and anticipates the process should be completed in the coming weeks.

8. In light of the fact that amended Schedules and SOFA will be filed, a continued meeting of creditors is scheduled to take place on November 8, 2023, at 9:00 a.m.

9. Trustee has reviewed the issues in the State Court Action,[3] the AP,[4] the pending RFS Motion,[5] and the pending AP Motion,[6] had discussions with the Susanna Kelham

---

[3] On October 4, 2021, Nicholsen filed a Verified Petition for Writ of Mandate to Enforce Member's Right to Obtain, Inspect, and Copy Certain Records of a Limited Liability Company Per Corporations Code § 17704.10 against Kelham Vineyard & Winery LLC ("**Debtor**") and Kelham ("**Verified Petition**"), commencing the state court action which is currently pending before the Superior Court of the State of California for the County of Napa as Case No. 21CV001403 ("**State Court Action**").

[4] On September 10, 2023, Kelham "in her Individual Capacity as Managing Member of Kelham Vineyard & Winery, LLC," filed a complaint for declaratory relief and injunctive relief against Nicholsen (the "**AP Complaint**"), currently pending as adversary proceeding Case No. 23-01009 (the "**AP**"). An answer to the AP Complaint is due on or about October 11, 2023. (Docket No. 6, filed Sept. 11, 2023.) A scheduling conference is currently set for December 7, 2023, at 9:00 a.m. (Docket No. 6, entered Sept. 11, 2023.)

[5] On July 31, 2023, Nicholsen filed a Motion for Relief from the Automatic Stay ("**RFS Motion**"). (Docket No. 11.) A continued hearing on the RFS Motion is currently scheduled for October 25, 2023, at 10:30 a.m.

[6] On September 11, 2023, Kelham "in her Individual Capacity as Managing Member of Kelham Vineyard & Winery, LLC," filed in the AP a Motion for Temporary Restraining Order and Preliminary Injunction Staying Nicholsen from Prosecuting, or Otherwise Noticing Any Further Hearings in the State Court Action, Pending the Liquidation of this Estate and Further Order of

("**Kelham**") and Ronald Nicholsen II ("**Nicholsen**"), and has ultimately determined that in light of Kelham's anticipated cooperation with the Trustee, the various proceedings will interfere with, delay, and overly complicate Trustee's efforts to investigate and administer this case. Accordingly, Trustee has requested a continued standstill of all litigation between Kelham and Nicholsen, with the October 25, 2023, hearing on the RFS Motion, and the November 7, 2023, hearing on the AP Motion, both continued to **November 15, 2023, at 10:30 a.m.**, or a soon thereafter as the parties may be heard. Trustee is informed and believes that Nicholsen has agreed to this request, and anticipates Kelham will also agree. Trustee may request the standstill continue beyond this period, depending on how the case continues to progress.

10. <u>Continued Status Conference.</u> Trustee requests that this status conference be continued sixty (60) days.

DATED: October 18, 2023               FENNEMORE WENDEL

                                      By:  */s/ Lisa Lenherr*
                                           Mark S. Bostick
                                           Lisa Lenherr
                                           Attorneys for Lois I. Brady, Trustee

---

the U.S. Bankruptcy Court (the "**AP Motion**"), as AP Docket No. 4. The AP Motion is currently set for hearing on November 7, 2023, at 9:30 a.m. (Docket No. 19, filed Oct. 1, 2023.)

# CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set out below, I caused to be served the following document(s):

**STATUS CONFERENCE STATEMENT**

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document. On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Wesley H. Avery on behalf of Interested Party Wesley H. Avery
wes@averytrustee.com

Mark Bostick on behalf of Trustee Michael G. Kasolas
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Harold H. Davis, Jr. on behalf of Interested Party Ronald Nicholsen, II
Hal.Davis@gtlaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SR
christina.goebelsmann@usdoj.gov

Michael J. Gomez on behalf of Creditor Bank of Marin
mgomez@frandzel.com, dmoore@frandzel.com

1  Carson Heninger on behalf of Interested Party Ronald Nicholsen, II
   carson.heninger@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com
2
3  Michael G. Kasolas
   trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com
4
   Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SR
5  Paul.Leahy@usdoj.gov

6  Lisa Lenherr on behalf of Trustee Michael G. Kasolas
   llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com
7
8  Office of the U.S. Trustee / SR
   USTPRegion17.SF.ECF@usdoj.gov
9
   Rebekah L Parker on behalf of Creditor Main Street Cottage, LLC
10 attorneyrparker@gmail.com

11
   Richard L. Pierotti
12 Rpierotti@kpmd.com

13 Michael F. Thomson on behalf of Interested Party Ronald Nicholsen, II
   thomsonm@gtlaw.com
14
   Ryan C. Wood on behalf of Debtor Kelham Vineyard & Winery, LLC
15 ryan@westcoastbk.com

16
17     I declare under penalty of perjury under the laws of the United States of America that the
   foregoing is true and correct.
18
       Executed on October 18, 2023, at Oakland, California.
19
                                      ___/s/ *Jeanne Rose*___
20                                    JEANNE ROSE