Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: December 13, 2023<br>Time: 10:30 a.m.<br>Place: 1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612<br>Judge: Honorable William J. Lafferty, III |

Michael G. Kasolas, Chapter 11 Trustee ("**Trustee**") of the above-captioned estate, hereby submits this status conference statement as follows:

1. On September 13, 2023, Michael G. Kasolas was appointed as Chapter 11 trustee. (Docket No. 75.) Trustee filed prior Status Conference Statements on September 26, 2023, as Docket No. 97; on October 18, 2023, as Docket No. 105; and on November 9, 2023, as Docket No 109.

2. The Fall wine club sales, custom crush activities, and other revenue operations have entered their seasonal slowdown. However, Trustee is still optimistic that no alternate financing will be required. Trustee is currently holding approximately $329,761.88 (bank cash balance).

3. Trustee or representatives of Arch & Beam have continued to be onsite at Debtor's location once per week.

4. With the assistance of Debtor's responsible individual and through diligent investigation, Trustee has prepared amended Schedules and Statement of Financial Affairs (SOFA), as required by 11 U.S.C. § 1106(a)(2). However, Debtor's responsible individual has rejected the final drafts, refuses to discuss the objectionable changes in any detail, and refuses to execute the amended Schedules and SOFA. Trustee has executed and filed the amended Schedules (Docket No. 144, filed Dec. 11, 2023) and SOFA (Docket No. 143, filed Dec. 11, 2023) and will address the Debtor's responsible individual's objections to the amended documents at the continued meeting of creditors scheduled to take place on **December 15, 2023, at 9:00 a.m.**

5. The appraisal of the wine is in progress.

6. The claims bar date runs **December 14, 2023**.

7. Trustee had hoped to have an initial bid on hand by mid-December, which was intended to serve as a stalking horse bidder and the foundation of a sale process. However, these negotiations were not successful and Trustee is now prepared to move forward without a stalking horse bidder.

8. In light of the fact that there will be no stalking horse bidder, and to facilitate his sale efforts, Trustee has identified a broker to handle the sale of all or some of the wine and is negotiating the terms of that representation. As part of that process, the proposed broker will visit the vineyard/winery on Thursday, **December 14, 2023**. Once an agreement has been negotiated, an application to employ the broker will be filed.

9. The extent of the proposed wine sale will be determined once the appraisal is completed and once the claims bar date runs (on **December 14, 2023**). If all non-equity claims can be paid in-full through a partial sale of wine, Trustee may opt to proceed with a partial sale strategy, with any surplus assets to be returned to the reorganized Debtor though a plan of reorganization.

10. Trustee filed a motion to extend the time to assume or reject the lease of the 360

Zinfandel Lane in St. Helena property ("**Zinfandel Property**"). In response, the owner of the Zinfandel Property filed a motion for relief from stay (Docket No. 122, filed Nov. 22, 2023), and Hamilton Nicholsen filed a Complaint (AP Case No. 23-01016) seeking to address the same issues. Trustee has proposed a truncated process whereby Ron Nicholsen, Hamilton Nicholsen, and the landlord (represented by Susanna Kelham) will litigate the validity of the Zinfandel Lease as a contested matter. The preliminary hearing on the motion for relief from stay will be held contemporaneously with the December 13, 2023, status conference.

11. Trustee has rejected the purported lease of Main Street Cottage. (Docket No. 133, filed Dec. 6, 2023.)

12. Trustee is cognizant of the frustration of Hamilton Nicholsen and Susanna Kelham with the Chapter 11 process. However, with the busy sale period now completed, the amended Schedules and SOFA filed, the claim bar date passing (on December 14, 2023), and the completion of the appraisal, Trustee will finally be in a position to make rapid progress toward a sale and proposed plan of reorganization.

13. Trustee no longer requests a continued standstill of all litigation between Susanna Kelham and Ronald Nicholsen.

14. To facilitate Debtor's continued operation, protection and preservation of assets, Kelham Vineyard Growers, LLC, has consented to the continued use of its purported cash collateral to pay ordinary operating costs and expenses incurred in the Chapter 11 case. 11 U.S.C. § 363(c)(2)(A).[1]

15. Trustee requests that this status conference be continued sixty (60) days.

DATED: December 11, 2023          FENNEMORE WENDEL

By: /s/ Lisa Lenherr
    Mark S. Bostick
    Lisa Lenherr
    Attorneys for Lois I. Brady, Trustee

---

[1] It is further noted that Trustee is not selling any wine that is encumbered by Kelham Vineyard Growers, LLC's purported producer's lien.

# CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set out below, I caused to be served the following document(s):

**STATUS CONFERENCE STATEMENT**

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document. On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Wesley H. Avery on behalf of Interested Party Wesley H. Avery
wes@averytrustee.com

Mark Bostick on behalf of Trustee Michael G. Kasolas
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Harold H. Davis, Jr. on behalf of Interested Party Ronald Nicholsen, II
Hal.Davis@gtlaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SR
christina.goebelsmann@usdoj.gov

Michael J. Gomez on behalf of Creditor Bank of Marin
mgomez@frandzel.com, dmoore@frandzel.com

Carson Heninger on behalf of Interested Party Ronald Nicholsen, II
carson.heninger@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com

Michael G. Kasolas
trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com

Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SR
Paul.Leahy@usdoj.gov

Lisa Lenherr on behalf of Trustee Michael G. Kasolas
llenherr@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Rebekah L Parker on behalf of Creditor Main Street Cottage, LLC
attorneyrparker@gmail.com

Richard L. Pierotti
Rpierotti@kpmd.com

Michael F. Thomson on behalf of Interested Party Ronald Nicholsen, II
thomsonm@gtlaw.com

Ryan C. Wood on behalf of Debtor Kelham Vineyard & Winery, LLC
ryan@westcoastbk.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 11, 2023, at Oakland, California.

                                              /s/ *Jeanne Rose*
                                              JEANNE ROSE