Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**WITHDRAWAL OF DOCUMENT [DOCKET NO. 144]** |

Michael G. Kasolas, Chapter 11 Trustee of the above-captioned estate of Kelham Vineyard & Winery, LLC, hereby withdraws the *Amended Schedules A – H*, filed on December 11, 2023, as Docket No. 144, as the incorrect document was inadvertently filed.

DATED: December 12, 2023         FENNEMORE WENDEL

By: */s/ Lisa Lenherr*
Mark S. Bostick
Lisa Lenherr
Attorneys for Michael G. Kasolas, Trustee