Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF MARK S. BOSTICK IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 TRUSTEE** |

I, Mark Bostick, declare:

1. I am a member of Fennemore Wendel ("**Fennemore**" or "**Firm**"), counsel for Michael G. Kasolas ("**Trustee**"), the duly appointed and acting trustee of the above-captioned chapter 11 bankruptcy estate of Kelham Vineyard & Winery, LLC ("**Debtor**"). The following facts are true of my own personal knowledge and if called upon to do so, I would and could competently testify thereto, except as to those matters that are alleged upon information and belief and as to those matters, I believe them to be true.

2. I make this supplemental declaration in support of and pursuant to my firm's Application to Employ Counsel for Trustee filed on September 19, 2023, as Docket No. 84.

3. Subsequent to Applicant's employment herein, an attorney in the Firm's Reno office was retained by Holland & Knight to assist it in an unrelated matter, which matter is now concluded. Holland & Knight was a former counsel for the Debtor and is a creditor in this case,

having filed proof of claim no. 6 on December 11, 2023.

4.  Applicant does not anticipate any adverse relationship between the Trustee and Holland & Knight, but should one develop, the Trustee will retain special counsel to handle such matter on his and the estate's behalf.

5.  As the identity of additional creditors or interested parties who are clients or former clients of Fennemore come to its attention, it will supplement this disclosure to inform the court of the scope of such relationship.

6.  As provided in the Application for Employment of Fennemore, Fennemore will not represent any current or former client with regard to any matter in connection with this case and in the event of a dispute between an actual current client and the Trustee, the Trustee will obtain independent counsel to represent him with regard to such client's particular dispute or will obtain a court-approved waiver.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 29, 2023, at Oakland, California.

/s/ Mark S. Bostick
MARK S. BOSTICK

# CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**SUPPLEMENTAL DECLARATION OF MARK S. BOSTICK IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL FOR CHAPTER 11 TRUSTEE**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SR
christina.goebelsmann@usdoj.gov

Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SR
Paul.Leahy@usdoj.gov

Office of the U.S. Trustee / SR
USTPRegion17.SF.ECF@usdoj.gov

Rebekah L Parker on behalf of Creditor Main Street Cottage, LLC
attorneyrparker@gmail.com

Ryan C. Wood on behalf of Debtor Kelham Vineyard & Winery, LLC
ryan@westcoastbk.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 29, 2023, at Oakland, California.

                                         */s/ Jeanne Rose*
                                         JEANNE ROSE