Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**MOTION FOR ORDER APPROVING SALE OF PERSONAL PROPERTY AND 2024 BULK WINE, AND RELATED RELIEF**<br><br>Date: January 7, 2025<br>Time: 9:30 a.m. PT<br>Place: In Person or Video/TeleConference<br>1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612<br>Judge: Honorable William J. Lafferty, III |

Michael G. Kasolas, Chapter 11 Trustee ("**Trustee**" or "**Seller**") of the above-captioned estate, hereby moves pursuant to section 363 of the Bankruptcy Code,[1] Rule 6004 of the Federal Rules of Bankruptcy Procedure ("**FRBP**"), and Bankruptcy Local Rule ("**BLR**") 9014-1(b)(2), to sell 2024 bulk wine (the "**2024 Bulk Wine**") and personal property (the "**Personal Property**"), along with other related relief (the "**Motion**"), as follows:

/ / /

---

[1] 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**").

## I. JURISDICTION AND VENUE

The Bankruptcy Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. The Motion is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. STATEMENT OF FACTS

A. On July 20, 2023, an involuntary petition for relief under Chapter 11 of the Bankruptcy Code was filed against the debtor ("**Debtor**"). (Docket No. 1.) On August 16, 2023, an Order for Relief in an Involuntary Case was entered. (Docket No. 27.)

B. On September 13, 2023, Michael G. Kasolas was appointed as Chapter 11 trustee of the debtor's estate. (Docket No. 75.)

C. Debtor is in the business of operating a winery, tending vines, running a tasting room, manufacturing and selling wine, among other related activities**.**

D. Debtor leases certain real property commonly known as 360 Zinfandel Lane, St. Helena, CA ("**Zinfandel Lane Property**"). (*See* Docket No. 145, p. 6, filed Dec. 1, 2023 (Amended Schedules).) The lease term for the Zinfandel Lane Property expires December 31, 2024. (*See* Docket No. Docket No. 206-1, pp. 3-13, filed March 13, 2024 (Lease).)

## III. SALE OF PERSONAL PROPERTY

The Personal Property sale assets include all tangible personal property owned by the Estate currently located on the Zinfandel Lane Property, but excludes:

1. any wine or other alcohol;
2. any grapes (including vines);
3. any personal property sold as part of the sale to Boom Stick, LLC, entered as Docket No. 343, entered October 18, 2024;
4. all personal property abandoned pursuant to Trustee's Notice of Proposed Abandonment filed September 20, 2024, as Docket No. 303;
5. all personal property identified in **Exhibit A** attached hereto which has been identified as not property of the Estate; and
6. real property improvements, including fixtures.

The Personal Property is unencumbered and will be sold "as is" without any representations or

2

warranties. Trustee proposes to sell the Personal Property to Susanna Kelham[2] or her designee in exchange for $30,000.00 (thirty-thousand dollars), subject to mutually agreeable documentation.

The Personal Property is located on the Zinfandel Lane Property and is difficult to specifically identify because it is comingled with other personal property owned by Susanna Kelham or other third parties. (Kasolas Decl. ¶ 3.) Trustee has consulted with his professionals including his Sales Agent, Susanna Kelham, Hamilton Nicholson, and West Auctions, Inc. and has determined that the offer of $30,000.00 is a fair offer that reflects the value of the Personal Property, taking into account: i) the age and condition of all personal property assets located at the Zinfandel Lane Property; ii) the fact that most of the more valuable wine making personal property items have been identified as not property of the Estate; and iii) the anticipated cost to separate out non-Estate property from the assets being sold. (Kasolas Decl. ¶ 4.) Therefore, Trustee believes that it is in the best interests of the estate, creditors, and Debtor and that sale of the Personal Property for $30,000 be approved. (Kasolas Decl. ¶ 5.)

**IV.    SALE OF 2024 BULK WINE**

The 2024 Bulk Wine is comprised of:

| Wine | Appellation | Gallons |
|---|---|---|
| 2024 Cabernet Sauvignon | St. Helena | 4,100 |
| 2024 Chardonnay | St. Helena | 680 |
| 2024 Rosé | St. Helena | 50 |
| 2024 Rosé | St. Helena | 50 |
| 2024 Rosé | St. Helena | 50 |
| 2024 Rosé | St. Helena | 50 |
| 2024 Pinot Noir | St. Helena | 320 |
| **TOTAL GALLONS:** | | **5,300** |

The 2024 Bulk Wine is unencumbered and will be sold "as is" without any representations or warranties. Trustee proposes to sell the 2024 Bulk Wine for an amount TBD in excess of $30,000.00 (thirty-thousand dollars), and requests that he be granted authority to negotiate any sale terms he deems necessary in order to comply with removal timeline, licensing requirements, and any other pertinent sale concerns. Trustee has not identified a buyer for the 2024 Bulk Wine;

---

[2] Susanna Kelham is an insider.

rather he seeks general authority to sell the 2024 Bulk Wine for an amount TBD in excess of $30,000.00.

Earlier in this case, this Court approved the sale of all wine assets to Boom Stick, LLC (the "**Boom Stick Sale**"). (Docket No. 343, entered Oct. 18, 2024.) The Boom Stick Sale purchase agreement did not specifically identify the 2024 Bulk Wine because the grapes used in the 2024 Bulk Wine had not yet been harvested. (Kasolas Decl. ¶ 6.)[3] However, the Boom Stick, LLC sale agreement allowed Boom Stick, LLC an option to purchase the 2024 Bulk Wine for $10.00 per gallon (i.e., $53,000.00). (Docket No. 324-2, filed Oct. 8, 2024 (Boom Stick Sale purchase agreement).) Boom Stick, LLC has declined to purchase the 2024 Bulk Wine because they did not find it economically feasible to purchase the 2024 Bulk Wine based on their business model. (Kasolas Decl. ¶ 7.) Trustee's Sales Agent[4] has diligently marketed the 2024 Bulk Wine and believes that he will be able to secure a sale in excess of $30,000.00; the Sale Agent has identified several interested parties who will finalize their offers once the wine is made available for tasting (anticipated tasting will commence December 15). (Otus Decl. ¶¶ 5-6.)[5] Trustee proposes the sale of the Bulk Wine for an amount TBD in excess of $30,000 is in the best interest of the estate, creditors, and Debtor and that the highest and best offer for the assets will be obtained. (Kasolas Decl. ¶ 8.)

## V. GOOD FAITH PURCHASER

If any buyer seeks a good faith purchaser finding entitled to the protections of 11 U.S.C. § 363(m), it must provide a declaration demonstrating the finding is appropriate. Any such declaration will be filed by Trustee prior to the hearing on this Motion.

## VI. DISBURSEMENTS OF SALE PROCEEDS

Trustee proposes to pay after closing: 1) Sales Agent commission in the amount of 11%

---

[3] All references to the Declaration of Michael G. Kasolas shall be referred to as (Kasolas Decl. ¶ ___, Ex. ___).

[4] On March 1, 2024, Trustee filed an Application to Employ Onyx Asset Advisors, LLC ("**Onyx**" or "**Sales Agent**") as the Estate's Sales Agent to seek overbids in coordination with the sale process. (Docket No. 203, filed March 1, 2024.) The order approving Onyx's employment was entered April 1, 2024, as Docket No. 219.

[5] All references to the Declaration of Kevin Otus shall be referred to as (Otus Decl. ¶ ___).

on all gross sale proceeds; 2) Reimbursement to Sales Agent of any out-of-pocket expenses up to $15,000.00 (to be aggregated with expenses related to the Boom Stick Sale), excluding shipping and transportation charges; and 3) Reimbursement of actual cost for all documented accommodation related expenses for Agent employees and/or representatives working onsite. (*See* Docket No. 219, entered Apr. 1, 2024.)

## VII. WAIVERS OF STAY

Trustee requests that the Court enter an order waiving the fourteen (14) day stay provision of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure. It is in the best interests of the estate that the sale be consummated as quickly as possible without any stay pending appeal and before Trustee turns over 360 Zinfandel Lane to landlord, which could be as early as December 31, 2024. A delay in the closing of the sale(s) will increase carrying costs and may result in the loss of the sale(s), which would in turn require a remarketing of the assets, and risks damage to the 2024 Bulk Wine and Personal Property once possession of the premises is transferred to landlord.

## VIII. CONCLUSION

WHEREFORE, Trustee respectfully requests that the Court approved the proposed sale(s) and related relief, and for such other and further relief that the Court deems just and proper.

DATED: December 12, 2024                FENNEMORE WENDEL

By: */s/ Lisa Lenherr*
Mark S. Bostick
Lisa Lenherr
Attorneys for Michael G. Kasolas, Trustee

5
Case: 23-10384   Doc# 381   Filed: 12/12/24   Entered: 12/12/24 15:46:30   Page 5 of 8
50782883.1/513816.0119

# EXHIBIT A

| **   | Location of the Property       | Property Description                                                                                   | Quantity |
|------|--------------------------------|--------------------------------------------------------------------------------------------------------|----------|
| 1    | 360 Zinfandel Lane, St. Helena | Wine Press- Purchased by Rawson and Susanna Kelham W/ Property                                         | 1        |
| 2    | 360 Zinfandel Lane, St. Helena | 5500 gallon tank- Stainless steel Tank Purchased by Rawson and Susanna Kelham W/ Property              | 3        |
| 3    | 360 Zinfandel Lane, St. Helena | 6000 gallon tank- Stainless steel Tank Purchased by Rawson and Susanna Kelham W/ Property              | 1        |
| 4    | 360 Zinfandel Lane, St. Helena | 3000 gallon tank- Stainless steel Tank Purchased by Rawson and Susanna Kelham W/ Property              | 1        |
| 5    | 360 Zinfandel Lane, St. Helena | 2800 Gallon tank- G Manufacturing wine fermenter, Purchased by Rawson Kelham                           | 3        |
| 6    | 360 Zinfandel Lane, St. Helena | 1200gallon Wine tank- G Manufacturing wine fermenter, Purchased by Rawson Kelham                       | 1        |
| 7    | 360 Zinfandel Lane, St. Helena | 1800 gallons La Garde tank- Purchased by Kelham Vineyards Growers                                      | 15       |
| 8    | 360 Zinfandel Lane, St. Helena | Wine clamps valves fittings- Purchased by Rawson and Susanna Kelham W/ Property                        |          |
| 9    | 360 Zinfandel Lane, St. Helena | Wakishaw centrifugal Pump- Rawson and Susana Kelham Purchased 2 inch Pump                              | 1        |
| 10   | 360 Zinfandel Lane, St. Helena | Kiesel Pump- 3" progressive Cavity pump Purchased by Rawson and Susanna Kelham W/ Property             | 1        |
| 11   | 360 Zinfandel Lane, St. Helena | Flexible impeller Pump- 1" flexible impeller pump, Purchased by reason and Susanna Kelham W/ Property  | 1        |
| 12   | 360 Zinfandel Lane, St. Helena | 2" heat exchanger- Purchased by Rawson and Susanna Kelham W/ Property                                  | 1        |
| 13   | 360 Zinfandel Lane, St. Helena | Diesel Tank- Purchased by Rawson Kelham                                                                | 1        |
| 14   | 360 Zinfandel Lane, St. Helena | Hoss Electric Cart- Purchased by Susanna Kelham                                                        | 1        |
| 15   | 360 Zinfandel Lane, St. Helena | Honda Mini Bike- Purchased by Susanna Kelham                                                           | 1        |
| 16   | 360 Zinfandel Lane, St. Helena | Schmiser Disk and Packer- Purchased by Susanna Kelham                                                  | 1        |
| 17   | 360 Zinfandel Lane, St. Helena | Excavator Buckets- Purchased by Susanna Kelham                                                         | 2        |
| 18   | 360 Zinfandel Lane, St. Helena | Front Loader attachment - Purchased by Susanna Kelham                                                  | 1        |
| 19   | 360 Zinfandel Lane, St. Helena | Forks for front loader- Purchased by Susanna Kelham                                                    |          |
| 20   | 360 Zinfandel Lane, St. Helena | Flail Mower 6'- Purchased by Susanna Kelham                                                            | 1        |
| 21   | 360 Zinfandel Lane, St. Helena | 2 Gates (pipe welded gates)                                                                            | 2        |
| 22   | 360 Zinfandel Lane, St. Helena | Plexiglass for Gondola                                                                                 | 5        |
| 23   | 360 Zinfandel Lane, St. Helena | Ski Gondola and Chair                                                                                  | 1        |
| 26   | 360 Zinfandel Lane, St. Helena | Big Red Three Wheeler                                                                                  | 1        |
| 27   | 360 Zinfandel Lane, St. Helena | 55 gallon drums (given to Hamilton from David Bartolucci and Bob Egelhoff)                             | 11       |
| 28   | 360 Zinfandel Lane, St. Helena | 2000 gallon Tank (Outside North of Winery)                                                             | 1        |
| 29   | 360 Zinfandel Lane, St. Helena | See Breeze RV                                                                                          | 1        |
| 31   | 360 Zinfandel Lane, St. Helena | insulated t Bins                                                                                       | 4        |
| 32   | 360 Zinfandel Lane, St. Helena | 48 inch Fermenting Bin                                                                                 | 10       |
| 33   | 360 Zinfandel Lane, St. Helena | 1200 gallon Stainless Tank                                                                             | 1        |
| 34   | 360 Zinfandel Lane, St. Helena | 24 inch Picking Bin                                                                                    | 50       |
| 35   | 360 Zinfandel Lane, St. Helena | Barrels Empty                                                                                          | 82       |
| 36   | 360 Zinfandel Lane, St. Helena | Barrels Full                                                                                           | 71       |
| 37   | 360 Zinfandel Lane, St. Helena | Racks                                                                                                  | 88       |
| 38   | 360 Zinfandel Lane, St. Helena | Muller Stainless barrels                                                                               | 4        |
| 39   | 360 Zinfandel Lane, St. Helena | Crushing rollers                                                                                       | 1        |
| 40   | 360 Zinfandel Lane, St. Helena | Black Bin Covers                                                                                       | 14       |
| 41   | 360 Zinfandel Lane, St. Helena | 15.5 gallon Kegs- labeled Terra Valentine                                                              |          |
| 44   | 360 Zinfandel Lane, St. Helena | 1956 Cris Craft Boat                                                                                   | 1        |
| 45   | 360 Zinfandel Lane, St. Helena | 1989 Mercedes Benz                                                                                     | 1        |
| 50   | 360 Zinfandel Lane, St. Helena | Dog Art Bathroom                                                                                       | 3        |
| 57   | 360 Zinfandel Lane, St. Helena | Clay Pigeon Thrower                                                                                    | 1        |
| 61   | 360 Zinfandel Lane, St. Helena | Squirrels Nest Purse                                                                                   | 1        |
| 64   | 360 Zinfandel Lane, St. Helena | Stafitire Dogs                                                                                         | 2        |
| 65   | 360 Zinfandel Lane, St. Helena | Fire Place Tools                                                                                       | 4        |
| 67   | 360 Zinfandel Lane, St. Helena | caldrons Small                                                                                         | 4        |
| 68   | 360 Zinfandel Lane, St. Helena | Plancha                                                                                                | 1        |
| 69   | 360 Zinfandel Lane, St. Helena | Drill Press                                                                                            | 1        |
| 70   | 360 Zinfandel Lane, St. Helena | Vase decorations Kitchen                                                                               | 6        |
| 72   | 360 Zinfandel Lane, St. Helena | High Pressure oxiacedaline                                                                             | 2        |
| 77   | 360 Zinfandel Lane, St. Helena | Grape Lamps                                                                                            | 2        |
| 82   | 360 Zinfandel Lane, St. Helena | Settees-small couches in tasting room                                                                  | 2        |
| 83   | 360 Zinfandel Lane, St. Helena | Side Board                                                                                             | 1        |
| 84   | 360 Zinfandel Lane, St. Helena | Secretary                                                                                              | 1        |

| | | | |
|---|---|---|---|
| 85 | 360 Zinfandel Lane, St. Helena | Side tables Frond door | 2 |
| 92 | 360 Zinfandel Lane, St. Helena | Early American Dining table | 1 |
| 97 | 360 Zinfandel Lane, St. Helena | 1989 Ford F250 | 1 |
| 98 | 360 Zinfandel Lane, St. Helena | Water Pump | 1 |
| 99 | 360 Zinfandel Lane, St. Helena | Water pump Suction | 1 |
| 100 | 360 Zinfandel Lane, St. Helena | Spoked Jaguar rims | 4 |
| 101 | 360 Zinfandel Lane, St. Helena | Rebar cutter | 1 |
| 102 | 360 Zinfandel Lane, St. Helena | Grape Gondola | 1 |
| 105 | 360 Zinfandel Lane, St. Helena | Terra Valentine Barrel and Bulk Wine Inventory | |
| 106 | 360 Zinfandel Lane, St. Helena | TVALROSE'22 | |
| 107 | 360 Zinfandel Lane, St. Helena | TVALPN22- 6 Barrels | |
| 108 | 360 Zinfandel Lane, St. Helena | TVALPNPRESS,22 | |
| 109 | 360 Zinfandel Lane, St. Helena | TVALPSY1,22- 13 Barrels | |
| 110 | 360 Zinfandel Lane, St. Helena | TVALPSYPRESS | |
| 111 | 360 Zinfandel Lane, St. Helena | TVALME22- 7 Barrels | |
| 112 | 360 Zinfandel Lane, St. Helena | TVALCSYV22- 3 Barrels | |
| 113 | 360 Zinfandel Lane, St. Helena | TVALCS,9,522- 7 Barrels | |
| 114 | 360 Zinfandel Lane, St. Helena | TVALCS#2,22- 11 Barrels | |
| 115 | 360 Zinfandel Lane, St. Helena | TVALCSBC22- 8 Barrels; 30 bulk Keg | |
| 116 | 360 Zinfandel Lane, St. Helena | TVALCF1,22- 6 Barrels; 15 bulk Keg | |
| 117 | 360 Zinfandel Lane, St. Helena | Lees 22 | |
| 118 | 360 Zinfandel Lane, St. Helena | TVALSMWEST22- 10 Barrels | |
| 119 | 360 Zinfandel Lane, St. Helena | TVSB- quantity 5 | |
| 120 | 360 Zinfandel Lane, St. Helena | Late Harvest White Wine- quantity 365 | |
| NLS | 360 Zinfandel Lane, St. Helena | Metal Rabbits (not listed in Schedules) | 2 |
| NLS | 360 Zinfandel Lane, St. Helena | Solid Wood Murphy Bed | |
| NLS | 360 Zinfandel Lane, St. Helena | Tasting Room Clock | |

\*\*Number corresponds to Docket No. 143, pp.14-16, filed Dec. 11, 2023 (EXHIBIT SOFA QUESTION 21)
NLS= Not listed in SOFA, but is listed in Complaint pending as AP No. 24-1006