Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**DECLARATION OF K. KEVIN OTUS IN SUPPORT OF MOTION FOR ORDER APPROVING SALE OF PERSONAL PROPERTY AND 2024 BULK WINE, AND RELATED RELIEF**<br><br>Date: January 7, 2025<br>Time: 9:30 a.m. PT<br>Place: In Person or Video/TeleConference<br>1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612<br>Judge: Honorable William J. Lafferty, III |

I, K. Kevin Otus, declare:

1. I am the founder and managing partner of Onyx Asset Advisors, LLC ("**Onyx**"), the Estate's sales agent.

2. The following facts are true of my own personal knowledge and if called upon to do so, I would and could competently testify thereto, except as to those matters that are alleged upon information and belief and as to those matters, I believe them to be true.

3. I make this declaration in support of the above-captioned motion (the "**Motion**").

4. I have over thirty years of expertise in the disposition, advisory and valuation

industry and I have experience selling assets across a broad spectrum of industries, including executing several sale processes in the wine and adult beverage industry.

5. As reflected in my declaration filed in support of the Boom Stick Sale[1] (Docket No.286-1, filed Sept. 10, 2024), Onyx diligently marketed the Kelham wine assets. When the 2024 Bulk Wine became available for sale, I contacted selected qualified bulk wine buyers previously interested in the Kelham wine assets and I have identified several interested parties who will finalize their offers once the wine is made available for tasting (anticipated tasting will commence December 15). I believe that Onyx will be able to secure a sale in excess of $30,000.00.

6. I believe that the assets were appropriately exposed to the market. Potential difficult market challenges are facing the wine industry as reflected by a perceived uptick in winery bankruptcies.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 12, 2024, at Scottsdale, California

/s/ K, Kevin Otus
K. KEVIN OTUS

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.