

Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

The following constitutes the order of the Court.
Signed: December 27, 2024

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR SALE OF PERSONAL PROPERTY AND 2024 BULK WINE, AND RELATED RELIEF**<br><br>Date: December 19, 2024<br>Time: 10:30 a.m. PT<br>Place: In Person or Video/TeleConference<br>1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612<br>Judge: Honorable William J. Lafferty, III |

A hearing was held on shortened notice on the *Motion for Order Approving Sale of Personal Property and 2024 Bulk Wine, and Related Relief*, filed by Michael G. Kasolas, Chapter 11 Trustee ("**Trustee**"), on December 19, 2024 [Docket No. 381] ("**Motion**"), before the Honorable William J. Lafferty, III. Appearances were noted on the record. Having considered the Motion and related pleadings, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. Trustee is authorized to sell the Personal Property (as defined in the Motion) for an amount of $30,000.00 or less without further Court order; and

2. Trustee is authorized to sell the 2024 Bulk Wine (as defined in the Motion) on seven (7) days' notice without further hearing; provided, however, if any objection to the sale is filed and served on the Trustee within seven (7) days of mailing the notice, Trustee shall set the sale for hearing on at least seven days' notice;

3. Upon completion of a sale, Trustee is authorized to pay Onyx Asset Advisors, LLC its 11% commission on gross sale proceeds and reimbursement of costs, as requested in the Motion; and

4. This Order shall be effective immediately upon entry; no automatic stay of execution pursuant to Rule 62(a) of Federal Rules of Civil Procedure, or Bankruptcy Rule 6004(h) applies with respect to this Order.

**END OF ORDER**

**COURT SERVICE LIST**

No service required.