Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**STIPULATION REGARDING POSSESSION OF 360 ZINFANDEL LANE, ST. HELENA, CA** |

MICHAEL G. KASOLAS ("**Trustee**"), trustee of the above-captioned estate of Kelham Vineyard & Winery, LLC ("**Debtor**"), and SUSANNA ROGERS KELHAM, AS MANAGER OF THE 360 ZINFANDEL LANE TENANT IN COMMON AGREEMENT (the "**Landlord**"), by and through their counsel hereby enter into this stipulation, as follows:

**RECITALS**

A.      On July 20, 2023, an involuntary petition for relief under Chapter 11 of the Bankruptcy Code was filed against the debtor ("**Debtor**"). (Docket No. 1.) On August 16, 2023, an Order for Relief in an Involuntary Case was entered. (Docket No. 27.) On September 13, 2023, Michael G. Kasolas was appointed as Chapter 11 trustee of the debtor's estate. (Docket No. 75.)

B.      On or about December 26, 2005, Debtor purportedly entered into a lease (the "**Lease**") for Debtor's use and occupancy of that certain real property commonly known as 360

Zinfandel Lane, St. Helena, CA (the "**Property**"). The purported Lease states that it commenced January 1, 2005, and terminates January 1, 2025. A true and correct copy of the purported Lease is attached hereto as **Exhibit A**.

C.     Trustee asserts, and Landlord disputes, that upon termination of the purported Lease, Landlord must purchase the improvements[1] ("**Lease Improvements**") from Debtor or sell the Property to Debtor (collectively, the "**Buy-Out Provision**").

D.     The validity and enforceability of the purported Lease is disputed by Landlord and is the subject of pending litigation in Adversary Proceeding Case No. 23-01016 (the "**Lease AP**"); and the appeal pending with the Ninth Circuit Bankruptcy Appellate Panel as Case No. 24-1135 (the "**Lease Appeal**").

E.     Landlord desires to recover possession of the Property upon termination of the Lease on January 1, 2025. Trustee desires to protect its interest related to the alleged Buy-Out Provision until final resolution of the Lease AP and Lease Appeal. To avoid unnecessary expense and delay, Trustee and Landlord have agreed to transition possession of the Property from Trustee to Landlord pursuant to the terms of this Stipulation.

**WHEREFORE**, the parties stipulate and agree that:

1.     Recitals Incorporated. The foregoing recitals are true and correct, and each such recital is incorporated herein.

2.     Possession of the Property. On January 1, 2025, Trustee will transfer possession of the Property to Landlord.

3.     Continued access to Improvements; duty to preserve. Landlord agrees to maintain and safeguard all the Lease Improvements, including, but not limited to, buildings, fixtures, and grapevines. Landlord agrees not to materially modify, remove, or alter the Lease Improvements without Trustee's consent. Landlord agrees to provide Trustee access to inspect the Lease Improvements upon 48 hours' written notice.  The parties agree that upon further court order, Trustee may sell, remove or otherwise dispose of any of the Lease Improvements.

---

[1] Trustee asserts that the Lease Improvements, which are subject to litigation, include, but are not limited to: the winery building, parking lot and related improvements, and the grapevines.

50805101.4/513816.0119

1    4.    Personal Property. Landlord agrees to maintain and safeguard all personal property

2  on the Property that is owned by the Estate. Landlord agrees not to materially modify, remove, or

3  alter the personal property without Trustee's consent. Landlord agrees to provide Trustee access to

4  inspect the personal property upon 48 hours' written notice.  The parties agree that upon further

5  court order, Trustee may sell, remove or otherwise dispose of any personal property of the Estate.

6    5.    Wine on Property.

7         a.    Landlord acknowledges that Terra Valentine wine may be on the Property.

8  If the Terra Valentine wine is on the Property, Landlord agrees to allow Terra Valentine access to

9  remove the wine by February 1, 2025.   Landlord acknowledges that approximately 5,300 gallons

10  of bulk wine owned by the Estate remains on the Property. Trustee shall either remove the bulk

11  wine or abandon the bulk wine by no later than January 7, 2025.

12    6.    Unremoved Trade Fixtures. Landlord agrees to modify Section 13 of the Lease to

13  permit unremoved trade fixtures to remain on the Property until thirty (30) days after entry of final

14  order(s) resolving the Lease AP and Lease Appeal.

15    7.    All Rights Reserved. All rights are reserved and nothing in this Stipulation shall be

16  deemed as a waiver of any right, defense, claim, action, setoff, or recoupment. It is the intention of

17  the Trustee and Landlord that the transfer of possession of the Property does not impact the Lease

18  AP, Lease Appeal, any claim(s) litigation, or the Bankruptcy Case.

19    8.    Suspension of Rent.   Rent if any due on or after January 1, 2025, through the date

20  of transfer of possession of the Property, provided that the transfer occurs no later than January 15,

21  2025, is waived, subject to Trustee's compliance with the terms of this stipulation and approval

22  order.

23    9.    Authority. Landlord represents that she is competent and has all necessary right,

24  power, and authority to enter into this Stipulation under all applicable laws.

25    10.    Bankruptcy Court Approval. The effectiveness of this Stipulation is conditioned

26  upon Bankruptcy Court approval to be obtained as soon as practicable.

27

28

50805101.4/513816.0119

1   DATED:  December 31, 2024          FENNEMORE WENDEL

2

3                                      By: _____

4                                          Mark S. Bostick
                                           Lisa Lenherr
5                                          Attorneys for Michael G. Kasolas, Trustee

6   DATED:  December 31, 2024          KORNFIELD, NYBERG, BENDES, KUHNER &
7                                      LITTLE, P.C.

8                                      By: _____
9                                          Chris Kuhner
10                                         Attorneys for Landlord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

50805101.4/513816.0119