Entered on Docket
January 7, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

The following constitutes the order of the Court.
Signed: January 6, 2025

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION REGARDING POSSESSION OF 360 ZINFANDEL LANE, ST. HELENA, CA** |

Upon consideration of the Stipulation Regarding Possession of 360 Zinfandel Lane, St. Helena, CA (the "**Stipulation**"), entered into by Michael G. Kasolas ("**Trustee**"), trustee of the above-captioned estate of Kelham Vineyard & Winery, LLC ("**Debtor**"), and Susanna Rogers Kelham, as Manager of the 360 Zinfandel Lane Tenant in Common Agreement (the "**Landlord**"), filed as Docket No. 392, on January 3, 2025, and for good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

No service required.