Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**DECLARATION OF KEVIN OTUS IN SUPPORT OF MOTION FOR ORDER: (A) APPROVING OVERBID AND AUCTION PROCEDURES; (B) APPROVING SALE; (C) FINDING PURCHASER IS A GOOD FAITH PURCHASER WITHIN THE MEANING OF 11 U.S.C. § 363(m); (D) AUTHORIZING AND APPROVING PAYMENTS FROM SALE PROCEEDS; (E) WAIVING ANY STAYS OF ORDER; (F) APPROVING COMPROMISE WITH KELHAM PARTIES; AND (G) OTHER RELATED RELIEF**<br><br>Date: June 3, 2025<br>Time: 1:00 p.m. PT<br>Place: 1300 Clay Street<br>  Courtroom 220<br>  Oakland, CA 94612<br>Judge: Honorable William J. Lafferty, III |

I, K. Kevin Otus, declare:

1. I am the founder and managing partner of Onyx Asset Advisors, LLC ("**Onyx**"), the Estate's sales agent.

2. The following facts are true of my own personal knowledge and if called upon to

do so, I would and could competently testify thereto, except as to those matters that are alleged upon information and belief and as to those matters, I believe them to be true.

3. I make this declaration in support of the above-captioned motion (the "**Motion**").

4. I have marketed the Sales Assets,[1] excluding Mund Road,[2] since April 2024.

5. In my Declaration filed as Docket No. 286, filed September 10, 2024, I describe the marketing efforts which resulted in the sale of the Estate's wine and related assets. As part of that marketing, I also marketed the Sale Assets. Through this reference I fully incorporate my prior declaration herein.

6. Through my prior marketing efforts of these Sale Assts (see ¶ 5), I have identified parties interested in the Sale Assets. Once the Motion is filed and the Agreement made public and subject to overbid, I will reconnect with these parties to facilitate engagement in the overbid opportunity and process.

7. In addition, I will undertake the following marketing efforts to reach all interested potential bidders: (a) update data room to reflect the current overbid opportunity only – remove wine inventory information; (b) reconnect with all parties who previously executed NDA's and advise them of the current overbid opportunity; (c) create new / updated LinkedIn post; (d) create new website sale page reflecting overbid opportunity; (e) link court docket to Onyx sale page; (f) resend Onyx YouTube Channel Video: https://youtu.be/wFocUf9P1Vs ; (g) distribute public notice to Wine Business and other adult beverage and distressed investment industry sites; (h) property inspections to be scheduled by appointment only – Proposed access / dates, between May 12 – 23, 2025, with multiple appointment windows available within each selected day; and (i) new email blast to Onyx Adult Beverage proprietary list and Pitchbook target list

8. I have over thirty years of expertise in the disposition, advisory and valuation industry and I have experience selling assets across a broad spectrum of industries, including executing several sale processes in the wine and adult beverage industry.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.
[2] As discussed as part of my employment application, I am not a licensed real estate broker and, therefore, I have not engaged in the marketing of Mund Road. All inquiries related to Mund Road are referred to Trustee.

9. I believe that the Sale Assets have been and will be appropriately exposed to the market. Potential difficult market challenges are facing the wine industry as reflected by a perceived uptick in winery bankruptcies. In addition, the Sale Assets are subject to litigation and its associated risks.

10. I continue to market the Sale Assets with the goal of facilitating an active overbid auction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Foster City, California, on April 23, 2025.

                                       */s/ K. Kevin Otus*
                                       K. KEVIN OTUS