1  Mark S. Bostick (Bar No. 111241)
   Lisa Lenherr (Bar No. 258091)
2  **FENNEMORE LLP**
   1111 Broadway, 24th Floor
3  Oakland, California 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928
   Email: mbostick@fennemorelaw.com
5  Email: llenherr@fennemorelaw.com

6  Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>KELHAM VINEYARD & WINERY, LLC,<br><br>Debtor. | Case No. 23-10384-WJL<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: June 3, 2025<br>Time: 1:00 p.m. PT<br>Place: 1300 Clay Street<br>       Courtroom 220<br>       Oakland, CA 94612<br>Judge: Honorable William J. Lafferty, III |

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in the County of Alameda. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California, 94607-4036.

On the date set forth below I caused to be served the following document(s):

**MOTION FOR ORDER: (A) APPROVING OVERBID AND AUCTION PROCEDURES; (B) APPROVING SALE; (C) FINDING PURCHASER IS A GOOD FAITH PURCHASER WITHIN THE MEANING OF 11 U.S.C. § 363; (D) AUTHORIZING AND APPROVING PAYMENTS FROM SALE PROCEEDS; (E) WAIVING ANY STAYS OF ORDER; (F) APPROVING COMPROMISE WITH KELHAM PARTIES; AND (G) OTHER RELATED RELIEF**

**DECLARATION OF K. KEVIN OTUS IN SUPPORT OF MOTION FOR ORDER: (A) APPROVING OVERBID AND AUCTION PROCEDURES; (B) APPROVING SALE; (C) FINDING PURCHASER IS A GOOD FAITH PURCHASER WITHIN THE MEANING OF 11 U.S.C. § 363; (D) AUTHORIZING AND APPROVING PAYMENTS FROM SALE PROCEEDS; (E) WAIVING ANY STAYS OF ORDER; (F) APPROVING COMPROMISE WITH KELHAM PARTIES; AND (G) OTHER RELATED RELIEF**

**DECLARATION OF MICHAEL G. KASOLAS IN SUPPORT OF MOTION FOR ORDER: (A) APPROVING OVERBID AND AUCTION PROCEDURES; (B) APPROVING SALE; (C) FINDING PURCHASER IS A GOOD FAITH PURCHASER WITHIN THE MEANING OF 11 U.S.C. § 363; (D) AUTHORIZING AND APPROVING PAYMENTS FROM SALE PROCEEDS; (E) WAIVING ANY STAYS OF ORDER; (F) APPROVING COMPROMISE WITH KELHAM PARTIES; AND (G) OTHER RELATED RELIEF**

on each party listed below in the following manner:

☐ BY FIRST CLASS MAIL: by placing said document(s) in a sealed envelope with postage fully prepaid, in a United States mail box at Oakland, California, addressed as set forth below.

☐ BY PERSONAL SERVICE: by causing to be delivered by reputable messenger service said document(s) addressed as set forth below.

☐ BY ELECTRONIC MAIL: by transmitting via email said document(s) to the email address set forth below.

☒ **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document(s) will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document(s). On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Wesley H. Avery on behalf of Interested Party Wesley H. Avery
wes@averytrustee.com

Mark Bostick on behalf of Cross-Claimant Michael G. Kasolas
mbostick@fennemorelaw.com, ecfbankruptcy@fennemorelaw.com

Harold H. Davis, Jr. on behalf of Cross Defendant Ron Nicholsen
Hal.Davis@gtlaw.com

Jared A. Day on behalf of U.S. Trustee Office of the U.S. Trustee / SR
jared.a.day@usdoj.gov

Christina Lauren Goebelsmann on behalf of U.S. Trustee Office of the U.S. Trustee / SR
christina.goebelsmann@usdoj.gov

Michael J. Gomez on behalf of Creditor Bank of Marin
mgomez@frandzel.com, dmoore@frandzel.com

| | |
|---|---|
| 1 | Carson Heninger on behalf of Cross Defendant Ron Nicholsen<br>carson.heninger@gtlaw.com, carson-heninger-5642@ecf.pacerpro.com |
| 2 | |
| 3 | Michael G. Kasolas<br>trustee@kasolas.net, ecf.alert+Kasolas@titlexi.com |
| 4 | Chris D. Kuhner on behalf of Creditor Susanna Kelham<br>c.kuhner@kornfieldlaw.com, g.michael@kornfieldlaw.com |
| 5 | |
| 6 | Paul Gregory Leahy on behalf of U.S. Trustee Office of the U.S. Trustee / SR<br>Paul.Leahy@usdoj.gov |
| 7 | Lisa Lenherr on behalf of Cross-Claimant Michael G. Kasolas<br>llenherr@fennemorelaw.com, courtfilings@fennemorelaw.com |
| 8 | |
| 9 | Brent D. Meyer on behalf of Creditor Hamilton Nicholsen<br>brent@meyerllp.com |
| 10 | Office of the U.S. Trustee / SR<br>USTPRegion17.SF.ECF@usdoj.gov |
| 11 | |
| 12 | Rebekah L Parker on behalf of Attorney Rebekah Parker<br>attorneyrparker@gmail.com |
| 13 | Richard L. Pierotti<br>Rpierotti@kpmd.com |
| 14 | |
| 15 | Gregory S. Powell on behalf of U.S. Trustee Office of the U.S. Trustee / SR<br>greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov |
| 16 | Nathan A. Schultz on behalf of Other Prof. Onyx Asset Advisors, LLC<br>nschultzesq@gmail.com, kjarashow@goodwinlaw.com |
| 17 | |
| 18 | Meghan C. Sherrill on behalf of Interested Party Ascot and Barrel Wine Co., LLC<br>meghan@themurpheylawyers.com |
| 19 | Martha J. Simon on behalf of Creditor Pacific Gas and Electric Company<br>mjs@mjsimonlaw.com, LawOfficeofMarthaJSimon@jubileebk.net |
| 20 | |
| 21 | Michael F. Thomson on behalf of Interested Party Ronald Nicholsen, II<br>thomsonm@gtlaw.com |
| 22 | Ryan C. Wood on behalf of Debtor Kelham Vineyard & Winery, LLC<br>ryan@westcoastbk.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2025, at Oakland, California.

                                                              */s/ Jeanne Rose*
                                                              JEANNE ROSE